**EXHIBIT A:**

<u>CHRISTOPHER QUAGLIN'S</u>
<u>GRIEVANCES & COMPLAINTS</u>

DC JAIL CELIAC RELATED:          PAGES   1-21

DC JAIL DISCOVERY RELATED:     PAGES   22-31

NNRJ    CELIAC RELATED:            PAGES   32-34

NNRJ    MEDICAL RELATED:          PAGES   35-37

NNRJ    GENERAL / APPEAL:        PAGE    38

NNRJ    MEDICAL RELATED:          PAGES   39

NNRJ    CELIAC RELATED:            PAGES   40-42

NNRJ    DISCOVERY/MEDICAL      PAGE    43

NNRJ    CELIAC RELATED:            PAGE    44

DC JAIL CELIAC RELATED:          PAGES   45-46

PP 4030.1

DOC Staff: Print Name: _____ Sign Name: _____ Date: _____ Attachment F

**DOC**
THE DEPARTMENT OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**WARDEN'S ADMINISTRATIVE REMEDY FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER**:
#

## STEP 3: REQUEST FOR WARDEN'S ADMINISTRATIVE REMEDY
- Inmate has five (5) days from receipt of Formal Grievance response to submit request.
- Place this form in the housing unit IGP box. The Warden will issue a response to the grievance within fifteen (15) business days of receipt.
- If the issue has not been resolved, inmate has five (5) business days from receipt of response from the Warden to submit an Appeal - Deputy Director Form with ALL prior responses attached and placed in the IGP Box.

**INMATE NAME:** Chris Quaglin   **DCDC#:** 378335   **UNIT:** C2B   **DATE:** 11-6-21

**REASON FOR APPEAL:** I am allergic to Wheat. I have Celiac Disease. My body acts like wheat is a disease and it eats itself from the inside out. If I injest wheat. I need a Gluten Free diet. I have told the Jail staff this since my arrival. I have had my diet broken numerous times and been sick, very sick. I have 30+ Grievences out about my diet. I am Constantly being poisoned or starved (If I deny a tray due to wheat products I do not recieve a replacement tray)

**INMATE SIGNATURE:** Chris Q.   **DATE:** 11-6-21
\* This has most recently been addressed by Rep. Jean.

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to IGP Coordinator no later than _____.**

**WARDEN'S RESPONSE:** My diet magically changed (for 24 hours) this morning. I was given farina (cream of wheat). I have been asking for a list of gluten free products by the food supplyer Aramark and a meeting with the nutritionist for over a month. I have gone through the proper steps time and time again. If I don't make my own food I don't eat. This isn't right.

**WARDEN SIGNATURE:** _____ **DATE:** _____

**INMATE GRIEVANCE COORDINATOR SIGNATURE:** _____ **DATE:** _____

I have a newborn at home and my wife is now on income, She can not keep sending me money to supplement the meals I am not Recieving. Please Help

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate
12/2019

DOC Staff:  Print Name: _____  Signature: _____  Date: _____



**DOC**
**THE DEPARTMENT OF CORRECTIONS**

| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE FORMAL GRIEVANCE FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** # _____ |
|---|---|

## STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)

- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Chris Quiglin | DCDC#: 378835 | UNIT: C2B | DATE: 11-4-2 |
|---|---|---|---|

**SELECT DEPARTMENT/SERVICES:**

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone,

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service        *30+ grievances*
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other        *Aramark*

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☐ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** I am allergic to wheat, I have Celiac Disease. I have 30 IGP's out in the past 1.5 months. I am constantly being starved or poisoned. I have asked for a gluten free list from Aramark and a meeting with the nutritionist for over a month. Now half the time I'm getting trays I have to sign for (half the time someone either signs my name or I don't get a sheet to sign). THIS IS NOT LEGAL!!

INMATE SIGNATURE: _____        DATE: 11-7-21

**\*\*\* FOR DOC COMPLETION \*\*\***   Provide response to the IGP Coordinator no later than _____.

**DOC RESPONSE:** _____
_____
_____
_____
_____
_____

PRINT RESPONDER NAME: _____  RESPONDER SIGNATURE: _____  DATE: _____
DEPARTMENT: _____  MANAGER NAME: _____  MANAGER SIGNATURE: _____
INMATE GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: _____

11-3 Breakfast - Can't eat/Not G/F (Tried + Error)
Denied Tray/Not G/F
11-4 lunch

DOC Staff:  Print Name: _____ Signature: _____ Date: _____



**★ ★ ★**

**DOC**
THE DEPARTMENT
OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE FORMAL GRIEVANCE FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**

\# _____

---

**STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)**
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: C2B | DATE: 11-1-21 |
|---|---|---|---|

**SELECT DEPARTMENT/SERVICES:**

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone,

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other *Aramark*

*over 20 IGP's on food issues, food DSN's*

**FOR INMATE:** Has this issue been resolved?  YES ☐ or NO ☐  If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** _____

I need a List of Gluten Free
Foods from Aramark.

Benjamin Pellerin said he would
Provide one 1.5 weeks ago.
Multiple issues with diet.

INMATE SIGNATURE: *Chris Quaglin*      DATE: 11-1-21

---

**\*\*\* FOR DOC COMPLETION \*\*\***   **Provide response to the IGP Coordinator no later than** _____.

**DOC RESPONSE:** _____
_____
_____
_____
_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

DOC Staff: Print Name: _____ Signature: _____ Date: _____

★ ★ ★
≡≡≡≡≡
**DOC**
**THE DEPARTMENT OF CORRECTIONS**

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE FORMAL GRIEVANCE FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**
# _____

**STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)**
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Christopher Quaglin | DCDC#: 378835 | UNIT: C2B | DATE: 11-1-21 |

**SELECT DEPARTMENT/SERVICES:**

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone,

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☐ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** I have Celiac Disease. 10-75 I was given farina (cream of wheat). I was told it was (corn) grits, I ate it and became sick, very sick. I have had multiple issues with my food and getting sick. On 11-1 I was given cream of wheat again. This time it was documented cream of wheat. (from the kitchen) I can not eat Wheat. I have had multiple health issues because in the past month I have broken my diet many times.

INMATE SIGNATURE: _____ DATE: 11-1-21

*** FOR DOC COMPLETION ***  Provide response to the IGP Coordinator no later than _____.

**DOC RESPONSE:** _____
_____
_____
_____
_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

P.S. Sorry for not explaining to the LJ the situation should have, and I apologize. After multiple IGP ___ with multiple staff I have pretty much given up.

12/2019



| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE FORMAL GRIEVANCE FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** # _____ |
|---|---|

**DOC** THE DEPARTMENT OF CORRECTIONS

**STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)**
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.   10-27-21

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: C2B | DATE: 10-27-21 |
|---|---|---|---|

**SELECT DEPARTMENT/SERVICES:**
- Facility Transfer
- Fire Safety and Sanitation /Risk Management
- Program and Activities
- Personal Hygiene
- Case Management Services
- ⊙ Health Care
- Communications (mail, visits, telephone,
- Property
- Sentence computation, jail credit, over detention
- Finance
- Rules and Regulations
- ✗ Staff Treatment
- ✗ Food Service
- Religious Services
- Facilities Management
- Discrimination
- Transportation
- Safety and Security
- Other

*NOT GIVING UP MY COPIES*

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☒ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** I have Celiac Disease It's an Allergy to wheat. I have been here since 9-20 and on this side of the Jail since 10-9 I have filled out (7) Stage 1 grievences. This Number could have been doubled if I did an IGP for every incident. My IGP's include Dates 10-16,21,23,24,25,26. On average, I miss (1) meal per day. (either no show or food I can't eat.) If I don't make my own meals I don't eat. I have talked to C/O + Supervisors and even a Rep from Aramark (mr. Pellerin). I can not/should not have to keep buying food to replace what I can not eat. I should be given (3) meals a day that follow the Federal Guidelines.

INMATE SIGNATURE: _____  DATE: 10-27-21

**\*\*\* FOR DOC COMPLETION \*\*\*  Provide response to the IGP Coordinator no later than** _____.

**DOC RESPONSE:** _____

PRINT RESPONDER NAME: _____  RESPONDER SIGNATURE: _____  DATE: _____
DEPARTMENT: _____  MANAGER NAME: _____  MANAGER SIGNATURE: _____
INMATE GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: _____

I have a complete detailed list of my diet trays if anyone view them. The other issue is that Replacement items equal calories of the items they Replace. Cake ≠ Rice Cake, 1 Piece white bread ≠ 1/2 Corn Tortilla. Among other things

PAGE 6
PP 4030.1
Adjunto C

Personal del DOC: Nombre en letra de imprenta: _____ Firma: _____ Fecha: _____ *Stage1*

★ ★ ★
**DOC**
THE DEPARTMENT
OF CORRECTIONS

| DEPARTAMENTO CORRECCIONAL DEL DISTRITO DE COLUMBIA **FORMULARIO DE QUEJAS DE LA RESOLUCIÓN INFORMAL DEL PRESIDIARIO** | A SER COMPLETADO POR EL COORDINADOR DE QUEJAS DEL PRESIDIARIO **NÚMERO DE IGP:** # _____ |
|---|---|

**PASO 1: RESOLUCIÓN INFORMAL (a ser completado por el presidiario)**
- El presidiario tiene cinco (5) días después de desencadenar el incidente para enviar la solicitud.
- Coloque este formulario en la caja de IGP de la unidad de vivienda. El coordinador de IGP responderá dentro de siete (7) días hábiles.

| NOMBRE DEL PRESIDIARIO: Chris Quaglin | N.° de DCDC: 378835 | UNIDAD: C2B | FECHA: 10-26-21 |
|---|---|---|---|

**SELECCIONE LOS DEPARTAMENTO/SERVICIOS NECESARIOS:**

| | | |
|---|---|---|
| o Transferencia de instalaciones<br>o Seguridad contra Incendios y Saneamiento / Gestión de Riesgos<br>o Programa y actividades<br>o Higiene personal<br>o Servicios de administración de casos<br>o Cuidado de la salud<br>o Comunicaciones (correo, visitas, teléfono, legal) | o Bienes<br>o Cálculo de la condena, crédito de la cárcel, detención excesiva<br>o Finanzas<br>o Normas y reglamentaciones<br>o Trato del personal<br>⊗ Servicio de alimentos<br>o Servicios religiosos | o Administración de instalaciones<br>o Discriminación<br>o Transporte<br>o Protección y seguridad<br>o Otro |

FECHA DEL INCIDENTE: 10-26-21 HORA DEL INCIDENTE: Lunch DELINCUENTE: Kitchen
MOTIVO DE LA QUEJA:

Can not eat meat. Celiac Disease
Allergic to wheat.

Bread, Corn, Pears, Chic Peas, Pasta + Meat

FIRMA DEL PRESIDIARIO: Chris Quaglin FECHA: 10-26-21

**\*\*\* PARA SER COMPLETADO POR EL DOC \*\*\*** Dar una respuesta al Coordinador de IGP a más tardar el _____.
RESPUESTA DEL DOC: _____

NOMBRE EN LETRA DE IMPRENTA DE LA PERSONA QUE RESPONDE: _____ FIRMA DE LA PERSONA QUE RESPONDE: _____ FECHA: _____

DEPARTAMENTO: _____ NOMBRE DEL DIRECTOR: _____ FIRMA DEL DIRECTOR: _____

FIRMA DEL COORDINADOR DE QUEJAS DEL PRESIDIARIO: _____ FECHA: _____

Original – Coordinador de IGP
Copia 1 – Respuesta del presidiario
Copia 2 – Presidiario

Fecha de revisión 12/2019

Personal del DOC: Nombre en letra de imprenta: _____ Firma: _____ Fecha: _____ *Page 1*

PP 4030.1
Adjunto C



**DOC**
THE DEPARTMENT
OF CORRECTIONS

DEPARTAMENTO CORRECCIONAL DEL
DISTRITO DE COLUMBIA
**FORMULARIO DE QUEJAS DE LA
RESOLUCIÓN INFORMAL DEL PRESIDIARIO**

A SER COMPLETADO POR EL COORDINADOR
DE QUEJAS DEL PRESIDIARIO
**NÚMERO DE IGP:**

\# _____

---

**PASO 1: RESOLUCIÓN INFORMAL (a ser completado por el presidiario)**
- El presidiario tiene cinco (5) días después de desencadenar el incidente para enviar la solicitud.
- Coloque este formulario en la caja de IGP de la unidad de vivienda. El coordinador de IGP responderá dentro de siete (7) días hábiles.

| NOMBRE DEL PRESIDIARIO: Chris Qvaglin | N.° de DCDC: 378835 | UNIDAD: C2B | FECHA: 10-26-21 |
|---|---|---|---|

**SELECCIONE LOS DEPARTAMENTO/SERVICIOS NECESARIOS:**

- ○ Transferencia de instalaciones
- ○ Seguridad contra Incendios y Saneamiento / Gestión de Riesgos
- ○ Programa y actividades
- ○ Higiene personal
- ○ Servicios de administración de casos
- ○ Cuidado de la salud
- ○ Comunicaciones (correo, visitas, teléfono, legal)

- ○ Bienes
- ○ Cálculo de la condena, crédito de la cárcel, detención excesiva
- ○ Finanzas
- ○ Normas y reglamentaciones
- ○ Trato del personal
- ○ Servicio de alimentos
- ○ Servicios religiosos

- ○ Administración de instalaciones
- ○ Discriminación
- ○ Transporte
- ○ Protección y seguridad
- ○ Otro

**FECHA DEL INCIDENTE:** 10-25-21   **HORA DEL INCIDENTE:** Breakfast   **DELINCUENTE:** Kitchen

**MOTIVO DE LA QUEJA:**

I believe that the kitchen gave me farina and NOT corn Grits. My Stomach is messed up. Not Good

**FIRMA DEL PRESIDIARIO:** _Chris Qvaglin_   **FECHA:** 10-26-21

---

**\*\*\* PARA SER COMPLETADO POR EL DOC \*\*\* Dar una respuesta al Coordinador de IGP a más tardar el _____.**

**RESPUESTA DEL DOC:** _____

_____

_____

_____

| NOMBRE EN LETRA DE IMPRENTA DE LA PERSONA QUE RESPONDE: _____ | FIRMA DE LA PERSONA QUE RESPONDE: _____ | FECHA: _____ |
|---|---|---|

**DEPARTAMENTO:** _____   **NOMBRE DEL DIRECTOR:** _____   **FIRMA DEL DIRECTOR:** _____

---

**FIRMA DEL COORDINADOR DE QUEJAS DEL PRESIDIARIO:** _____   **FECHA:** _____

Original – Coordinador de IGP
Copia 1 – Respuesta del presidiario
Copia 2 – Presidiario

Fecha de revisión 12/2019

PP 4030.1
Attachment C

DOC Staff: Print Name_____ Sign Name_____ Date _____



**DOC**
**THE DEPARTMENT**
**OF CORRECTIONS**

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION**
**COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**

#_____

---

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: C2B | DATE: 10-25-21 |
|---|---|---|---|

SELECT DEPARTMENT/SERVICES NEEDED:

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone, legal)

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

DATE OF INCIDENT: 10-25-__   TIME OF INCIDENT: Lunch   OFFENDER: _____

REASON FOR COMPLAINT: _____

Lunch - Flour tortillas, Rice, Beans, Corn, Peaches

Allergic to wheat → Can NOT EAT

INMATE SIGNATURE: Chris Quaglin   DATE: 10-25-21

---

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**

DOC RESPONSE: _____

_____

_____

_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

PAGE 9

PP 4030.1
Attachment C

DOC Staff: Print Name_____ Sign Name_____ Date_____



**DOC**
**THE DEPARTMENT**
**OF CORRECTIONS**

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
## INMATE INFORMAL RESOLUTION COMPLAINT FORM

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR

**IGP NUMBER:**

#_____

---

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: | DCDC#: | UNIT: | DATE: |
|---|---|---|---|
| Quaglin, Chris | 378835 | C2B | 10-24-21 |

SELECT DEPARTMENT/SERVICES NEEDED: Oatmeal given as main part of meal 10-24 NOT kitchen's fault

| | | |
|---|---|---|
| ○ Facility Transfer | ○ Property | ○ Facilities Management |
| ○ Fire Safety and Sanitation /Risk Management | ○ Sentence computation, jail credit, over detention | ○ Discrimination |
| ○ Program and Activities | ○ Finance | ○ Transportation |
| ○ Personal Hygiene | ○ Rules and Regulations | ○ Safety and Security |
| ○ Case Management Services | ○ Staff Treatment | ○ Other |
| ○ Health Care | ✓ Food Service | |
| ○ Communications (mail, visits, telephone, legal) | ○ Religious Services | |

DATE OF INCIDENT: 10-24-21  TIME OF INCIDENT: Breakfast  OFFENDER: Aramark/Nutritionist

REASON FOR COMPLAINT: Benjamin Pellerin from Aramark or the Nutritionist has NOT certified the oatmeal as Gluten Free as of 10-19. I have been asking for a meeting with the Nutritionist for 1.5 months. I have Celiac Disease

INMATE SIGNATURE: Chris Q___  DATE: 10-24-21

this is NOT a Lifestyle choice. This needs to be addressed ASAP Please.

---

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**

DOC RESPONSE: _____

_____

_____

_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

---

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

DOC Staff: Print Name_____ Sign Name_____ Date _____



**★ ★ ★**
**DOC**
**THE DEPARTMENT**
**OF CORRECTIONS**

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**

#_____

---

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: C2B | DATE: 10-23-21 |
|---|---|---|---|

SELECT DEPARTMENT/SERVICES NEEDED:

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- o Health Care
- o Communications (mail, visits, telephone, legal)

- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- o Staff Treatment
- x Food Service
- o Religious Services

- o Facilities Management
- o Discrimination
- o Transportation
- o Safety and Security
- o Other

DATE OF INCIDENT: 10-23   TIME OF INCIDENT: Lunch   OFFENDER: Kitchen

REASON FOR COMPLAINT: Gluten Free tray
2 pieces White Bread, Breaded chicken, Rice,
Pea + Corn, Applesauce

Can Not Eat

INMATE SIGNATURE: _____ DATE: 10-23-21

---

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**
DOC RESPONSE: _____

_____

_____

_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

DOC Staff: Print Name_____ Sign Name_____ Date _____

PP 4030.1
Attachment C



**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION**
**COMPLAINT FORM**

| TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR |
| --- |
| **IGP NUMBER:** |
| #_____ |

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)

- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: C2B | DATE: 10-21-21 |
| --- | --- | --- | --- |

**SELECT DEPARTMENT/SERVICES NEEDED:**

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ✗ Health Care
- ○ Communications (mail, visits, telephone, legal)

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ✗ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

**DATE OF INCIDENT:** 10-20/10-21  **TIME OF INCIDENT:** Pm /Am  **OFFENDER:** ? Kitchen/Ham

**REASON FOR COMPLAINT:** I have not recieved my Gluten free trays (10-20)(Dinner) and (10-21)(Breakfast). It seems that I am out of the system. Please Help

**INMATE SIGNATURE:** Chris Quaglin  **DATE:** 10-21-21

---

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**

**DOC RESPONSE:** _____

_____

_____

_____

**PRINT RESPONDER NAME:** _____ **RESPONDER  SIGNATURE:** _____ **DATE:** _____

**DEPARTMENT:** _____ **MANAGER NAME:** _____ **MANAGER SIGNATURE:** _____

**INMATE GRIEVANCE COORDINATOR SIGNATURE:** _____ **DATE:** _____

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

DOC Staff: Print Name_____ Sign Name_____ Date _____

PP 4030.1
Attachment C



**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**
#_____

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: | DCDC#: | UNIT: | DATE: |
|---|---|---|---|
| Quaglin, Christopher | 378875 | C2B | 10-16-12 |

SELECT DEPARTMENT/SERVICES NEEDED: *Allergic to Wheat

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone, legal)

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

DATE OF INCIDENT: 10-15 /10-16   TIME OF INCIDENT: Tray Service   OFFENDER: Kitchen

REASON FOR COMPLAINT: *Did NOT want to fill out another IG so soon. However in the past 2 days (So far) I have only recieved (2) trays that were marked Gluten free/No wheat that were ~~OK~~ OK. (3) were NOT OK. (I was forced to make my own meals. This is an ongoing issue.

INMATE SIGNATURE: [signature]   DATE: 10-16-12

Please Help!!! 10-15 - Wheat Bread in Breakfast, Breaded fish for Lunch
10-16 - Breaded chicken, white Bread.

## *** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than_____.

DOC RESPONSE: _____
_____
_____
_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

DOC Staff: Print Name_____ Sign Name_____ Date _____



★ ★ ★
DOC
THE DEPARTMENT
OF CORRECTIONS

| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE INFORMAL RESOLUTION COMPLAINT FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** #_____ |

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

INMATE NAME: Chris Quaglin

DCDC#: 378835

UNIT: C2B

DATE: 10-14-21

SELECT DEPARTMENT/SERVICES NEEDED: I have to make my own food everyday or I go to bed hungry.

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- o Health Care
- o Communications (mail, visits, telephone, legal)

- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- o Staff Treatment
- o Food Service
- o Religious Services

- o Facilities Management
- o Discrimination
- o Transportation
- o Safety and Security
- o Other

DATE OF INCIDENT: 10-7+10-1B   TIME OF INCIDENT:   OFFENDER: some kitchen

REASON FOR COMPLAINT: I have Celiac Disease. It is an Auto Immune disease to wheat (Allergy to wheat). Almost every day I have had some sort of issue with the trays. It's not a consist issue so that I have to assume there is more then one group that is dealing with the diet trays. one group gets it, one (or more) doesn't I'd like to get everyone on board ~~the~~ Besides getting food that I can not eat (Like Bread, Pasta, Some Processed meat) It's getting the right amount of calories everyday. You can't substitute a piece of ~~ke~~ with 1 rice cake (300 calories → 30 calories) or 4 pieces of Bread +h 2 corn tortilla (450 calories → 120 calories) Please help!

INMATE SIGNATURE:   DATE: 10-14-21

If meats are gluten free then the distributor/company will know

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**
DOC RESPONSE: _____
_____
_____
_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

PP 4030.1
Attachment D

DOC Staff:  Print Name:_____  Signature: _____  Date:_____

★ ★ ★
**DOC**
THE DEPARTMENT
OF CORRECTIONS

| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE FORMAL GRIEVANCE FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** # _____ |
|---|---|

**STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)**
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Chris Quagin | DCDC#: 378835 | UNIT: 2 South | DATE: 10-6-21 |
|---|---|---|---|

**SELECT DEPARTMENT/SERVICES:**

| | | |
|---|---|---|
| ○ Facility Transfer | ○ Property | ○ Facilities Management |
| ○ Fire Safety and Sanitation /Risk Management | ○ Sentence computation, jail credit, over detention | ✗ Discrimination |
| ○ Program and Activities | ○ Finance | ○ Transportation |
| ○ Personal Hygiene | ✗ Rules and Regulations | ○ Safety and Security |
| ○ Case Management Services | ✗ Staff Treatment | ○ Other |
| ✗ Health Care | ✗ Food Service | |
| ○ Communications (mail, visits, telephone, | ○ Religious Services | |

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☐ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** Allergic to Wheat, I have had a constant battle with the kitchen to get them to understand the Gluten Free diet. The Nutrionist has Refused to meet with me. I got a note saying they understand my diet. HOWEVER 10-5
10-3 - got sausage Patty - (has wheat as binding agent)
10-4 - Given Golden Grams (has wheat in it).
10-4 - Given Mystery (cereal (was told it's Gluten Free) (I don't trust them)
10-5 # 10-6 - Given Pasta for Lunch.

INMATE SIGNATURE: Chris Q.          DATE: 10-6-21

Please Help

**\*\*\* FOR DOC COMPLETION \*\*\***  Provide response to the IGP Coordinator no later than _____.

**DOC RESPONSE:** _____
_____
_____
_____
_____

PRINT RESPONDER NAME: _____  RESPONDER SIGNATURE: _____  DATE: _____

DEPARTMENT: _____  MANAGER NAME: _____  MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: _____

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

12/2019

PAGE 15

PP 4030.1
Attachment D

DOC Staff: Print Name:_____ Signature:_____ Date:_____



**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE FORMAL GRIEVANCE FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**
#_____

---

## STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)

- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: South 2 | DATE: 10-3-21 |
|---|---|---|---|

**SELECT DEPARTMENT/SERVICES:**

- Facility Transfer
- Fire Safety and Sanitation /Risk Management
- Program and Activities
- Personal Hygiene
- Case Management Services
- ○ Health Care
- Communications (mail, visits, telephone,

- Property
- Sentence computation, jail credit, over detention
- Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- Religious Services

- Facilities Management
- Discrimination
- Transportation
- Safety and Security
- ○ Other

---

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☐  If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** Not Recieving the proper (proper) calories, Have not had equal calories compared to other "Normal" Trays or other inmates.
Last example! 10-3
given 1/4 serving of Potatoes as all other trays
( In 1/2 tray side compared to 1/4 tray side)
I also get 2 corn tortillas every night for sandwiches
compared to 4 slices of Bread, (60 cal → tortilla, 110 cal → white bread)

INMATE SIGNATURE: _____ DATE: 10-3-21

---

**\*\*\* FOR DOC COMPLETION \*\*\*** Provide response to the IGP Coordinator no later than _____.

**DOC RESPONSE:** _____
_____
_____
_____
_____

PRINT RESPONDER NAME:_____ RESPONDER SIGNATURE:_____ DATE:_____

DEPARTMENT:_____ MANAGER NAME:_____ MANAGER SIGNATURE:_____

INMATE GRIEVANCE COORDINATOR SIGNATURE:_____ DATE:_____

---

PP 4030.1
Attachment D



| DOC Staff: Print Name:_____ | Signature:_____ | Date:_____ |

| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE FORMAL GRIEVANCE FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** #_____ |

**DOC**
THE DEPARTMENT
OF CORRECTIONS

## STEP 2: FORMAL GRIEVANCE  (To be completed by Inmate)

- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

| INMATE NAME: Christopher Wayth | DCDC#: 378839 | UNIT: South 2 | DATE: 10-1-21 |

SELECT DEPARTMENT/SERVICES:

- Facility Transfer
- Fire Safety and Sanitation /Risk Management
- Program and Activities
- Personal Hygiene
- Case Management Services
- ⊘ Health Care
- Communications (mail, visits, telephone,

- Property
- Sentence computation, jail credit, over detention
- Finance
- Rules and Regulations
- ⊘ Staff Treatment
- ⊘ Food Service
- ⊘ Religious Services

- Facilities Management
- ⊘ Discrimination
- Transportation
- Safety and Security
- Other

**FOR INMATE:** Has this issue been resolved? YES ☐ or NO ☐ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

**REASON NOT RESOLVED:** I have Celiac Disease, I have had this since 1999. I can not eat wheat. Your facility does not/can not/chooses not to understand this. I have had asked multiple times to talk to the nutritionist. All have been denied. I have had multiple issues with lack of knowledge about diets. I have had (4) meals come to my cell that didn't need to be sent back due to wheat being in the trays. Not only that, I am not recieving the proper veg/fruits/calories. This is (___) days and counting. I have talked to C.O.'s, Sgt's, Captains, that then needs to fix this, I have been to 3 Jails in the past weeks and all other Jails I don't have as much of an issue as this Jail. A Gluten Free diet is NOT Hard to accomodate.

INMATE SIGNATURE:_____    DATE: 10-1-21

**\*\*\* FOR DOC COMPLETION \*\*\*  Provide response to the IGP Coordinator no later than_____.**

**DOC RESPONSE:**_____
_____
_____
_____
_____

PRINT RESPONDER NAME:_____ RESPONDER SIGNATURE:_____ DATE:_____

DEPARTMENT:_____ MANAGER NAME:_____ MANAGER SIGNATURE:_____

INMATE GRIEVANCE COORDINATOR SIGNATURE:_____ DATE:_____

Case 1:22-cv-01154   Document 6-1   Filed 04/28/22   Page 18 of 22

DOC Staff: Print Name_____ Sign Name_____ Date _____

PP 4030.1
Attachment C



**DOC**
THE DEPARTMENT
OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE
COORDINATOR
**IGP NUMBER:**
#_____

---

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Christopher Quafin | DCDC#: 378835 | UNIT: South 2 | DATE: 9-29-21 |
|---|---|---|---|

SELECT DEPARTMENT/SERVICES NEEDED: Complaint #5  Food Still NOT Correct

| | | |
|---|---|---|
| ○ Facility Transfer | ○ Property | ○ Facilities Management |
| ○ Fire Safety and Sanitation /Risk Management | ○ Sentence computation, jail credit, over detention | ○ Discrimination |
| ○ Program and Activities | ○ Finance | ○ Transportation |
| ○ Personal Hygiene | ✗ Rules and Regulations | ○ Safety and Security |
| ○ Case Management Services | ○ Staff Treatment | ○ Other |
| ○ Health Care | ✗ Food Service | |
| ○ Communications (mail, visits, telephone, legal) | ○ Religious Services | |

DATE OF INCIDENT: 9-29   TIME OF INCIDENT: Breakfast/lunch   OFFENDER: Kitchen/other

REASON FOR COMPLAINT: I have Celiac Disease. I can not eat wheat Products. This has been over a week. Complaint #5, IRC #5, I have seen medical 3 times about this. Talked to over 10 c.o.'s, 2 Captains, 3 P.A and 3 sgts. The kitchen will NOT Listen. The complaints have to have Reached the proper channels by Now. I have not ate the Correct amount of calories in over a week. I have

INMATE SIGNATURE: _____   DATE: 9-29-21

Contacted my attorney so you might get a letter from him. Please Reach out to him if not   Joe McBride (917) 757-9537

---

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**
DOC RESPONSE: _____
_____
_____
_____

PRINT RESPONDER NAME: _____ RESPONDER  SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

PAGE 18

PP 4030.1
Attachment C

DOC Staff: Print Name_____ Sign Name_____ Date _____



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**

#_____

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

INMATE NAME: Choi Quaglin

DCDC#: 378835

UNIT: 2 south

DATE: 9-27-21

SELECT DEPARTMENT/SERVICES NEEDED: Requesting to see Case Manager ASAP

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- o Health Care
- o Communications (mail, visits, telephone, legal)

- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- o Staff Treatment
- o Food Service
- o Religious Services

- o Facilities Management
- o Discrimination
- o Transportation
- o Safety and Security
- o Other

DATE OF INCIDENT: 9-27-21   TIME OF INCIDENT: 2am   OFFENDER: kitchen/Nurse

REASON FOR COMPLAINT: _____

INMATE SIGNATURE:_____ DATE:_____

**\*\*\* FOR DOC COMPLETION \*\*\* Provide response to the IGP Coordinator no later than_____.**
DOC RESPONSE: _____

PRINT RESPONDER NAME:_____ RESPONDER SIGNATURE:_____ DATE:____

DEPARTMENT:_____ MANAGER NAME:_____ MANAGER SIGNATURE:_____

INMATE GRIEVANCE COORDINATOR SIGNATURE:_____ DATE:_____

Complaint #4 on this issue

I saw PA yesterday. I asked her to tweak the kitchen's
Instructions on my diet, due to ongoing issues. She had an attitude
the whole time. (unlike the P.A. who helped me get this far
with my diet) I believe she (New Pa) took my diet
restrictions out of the system. The kitchen said they have
no instructions on my diet. Someone is lying. I have Reieved
(2) Trays that since Ive Been here, that have been correct. So far
(15) have been wrong. I just wish to get the correct meals so
that I can eat. I have a full written report since Ive been here.
I have also been denied my multi vitamin from 2nd PA after a
dr and first PA agreed that I should have one. I highly doubt
after that I am getting the nutritional requirements since the
kitchen cant even understand that pasta/wheat/Bread/cake is
NOT Gluten Free. I have Celiac disease. This is NOT a
Lifestyle Choice. I need my proper tray. Please help.

DOC Staff: Print Name_____ Sign Name_____ Date _____

PP 4030.1
Attachment C



| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE INFORMAL RESOLUTION COMPLAINT FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** #_____ |
|---|---|

**DOC THE DEPARTMENT OF CORRECTIONS**

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Christopher Quaglin | DCDC#: 378835 | UNIT: South 2 | DATE: 9-27-21 |
|---|---|---|---|

SELECT DEPARTMENT/SERVICES NEEDED: IRC #4 for Same Issue

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone, legal)

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

DATE OF INCIDENT: 9-20/9-27   TIME OF INCIDENT: Chow   OFFENDER: Multiple

REASON FOR COMPLAINT: I have Celiac Disease. I told the PA upon arrival. Since then I have had gone 48 hours without any food besides apples. (17) Trays were not correct. I have talked with 11 with Case (3) times. Everyment it is a fight to get my tray fixed. This is an ongoing issue that must be fixed. Please help! I have a full Breakdown but here some of it. 9/20 → No Food 9/21 → Broke everything L→ Bread-1 patty, possibly without sauce. Apple D→ right in Bread, was told to take bread out and entire tray. 9-22 → Fixed tray to DINNER. Sick call. 9/23 → Oatmeal with Bread → Thank you 9/27 Gone for 9-20 how the IGC works 9-28. 1st IGC filled out etc. etc. etc. Please, need

INMATE SIGNATURE: _____   DATE: 9-27-21
get everyone on board. I was eating a (almost) (proper) diet but FBI wanted I moved to your facility. I have only taken in about 1000 calories a day on average.

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than_____.
DOC RESPONSE: _____

_____

_____

_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

PP 4030.1
Attachment C

DOC Staff: Print Name_____ Sign Name_____ Date _____



| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS **INMATE INFORMAL RESOLUTION COMPLAINT FORM** | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR **IGP NUMBER:** #_____ |
|---|---|

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Chris Quaglin | DCDC#: 378835 | UNIT: South 2 | DATE: 9/25/12 |
|---|---|---|---|

SELECT DEPARTMENT/SERVICES NEEDED:

- ○ Facility Transfer
- ○ Fire Safety and Sanitation /Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ○ Health Care
- ○ Communications (mail, visits, telephone, legal)

- ○ Property
- ○ Sentence computation, jail credit, over detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Food Service
- ○ Religious Services

- ○ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

DATE OF INCIDENT: 9/20-9/25   TIME OF INCIDENT: N/A   OFFENDER: Kitchen

REASON FOR COMPLAINT: I have Celiac Disease, Diet is STILL NOT CORRECT. Please explain to kitchen. I only have had 2 proper trays since I've been here. This is my second IRC About this issue. I have not ate correctly all week. ALL days Documented

INMATE SIGNATURE: Chris Q   DATE: 9/25/21

I tried to explain what consists of the diet and they will not listen. Very hungry. Please help.

## *** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than_____.

DOC RESPONSE: _____

_____

_____

_____

PRINT RESPONDER NAME: _____ RESPONDER SIGNATURE: _____ DATE: _____

DEPARTMENT: _____ MANAGER NAME: _____ MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _____