IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER JOSEPH QUAGLIN, United States Citizen, Pretrial Detainee held at Northern Neck Regional Jail, 3908 Richmond Rd Warsaw, Virginia<br><br>*Petitioner,*<br><br>v.<br><br>MERRICK GARLAND in his official Capacity as United States Attorney General, 950 Pennsylvania Ave., NW Washington, D.C. 20530;<br>and<br>TED HULL, in his official Capacity as Superintendent of Northern Neck Regional Jail, 3908 Richmond Rd, Warsaw, VA 22572<br><br>*Respondents,* | Civil Action No. <u>1:22-cv-01154</u>. |

**PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2241
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Dated: April 26, 2022

Joseph D. McBride, Esq.
Bar ID:  NY0403
The McBride Law Firm, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
Telephone: (917) 757-9537
Email: jmcbride@mcbridelawnyc.com