UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER JOSEPH QUAGLIN,<br><br>*Petitioner,*<br><br>v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>*Respondents*. | Civil Action No. 22-1154 (TNM) |

## PETITIONER CHRISTOPHER QUAGLIN'S RESPONSE TO RESPONDENT MERRICK B. GARLAND'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS AND COMPLAINT

1. On June 7, 2021, undersigned counsel was in transit from New York City to Washington D.C. when Respondent Garland notified Petitioner through his attorney that Respondent Garland was seeking an extension to respond to Petitioner's April 8, 2022, habeas corpus petition, and writ.

2. Respondent Garland's counsel stated that she was seeking an extension to July 15, 2022, to which undersigned counsel responded that he was not comfortable with such a long extension due to the emergency nature of the habeas corpus petition, and writ.

3. Undersigned counsel explained that he needed to confer with his co-counsel whose wife is recovering from heart surgery, and that undersigned counsel would get back to Respondent Garland's counsel afterward.

4. Undersigned counsel learned that Respondent Garland's counsel filed for an extension upon conferring with co-counsel.

5. While undersigned counsel is predisposed to give the government whatever time it needs under normal circumstances, he cannot here, because of the emergency nature of Petitioner's habeas corpus petition, and writ. As such, undersigned counsel objects to July 15, 2022, extension.

6. In the spirit of understanding and collegiality, however, undersigned counsel suggests an extension of seven to ten days to allow Respondent Garland time to respond to Petitioner's habeas corpus petition, and writ, but of course, defers to this Honorable Court's decision on the matter.

7. Respectfully, undersigned counsel's agreement to a reasonable extension should not be construed in any way as diminishing the seriousness or emergency nature of Petitioner's habeas corpus petition, and writ.

Dated: Washington, D.C.
      June 8, 2022

                                              Respectfully submitted,

                                              */s/ Joseph D. McBride, Esq.*
                                              Bar ID: NY0403
                                              THE MCBRIDE LAW FIRM, PLLC
                                              99 Park Avenue, 6th Floor
                                              New York, NY 10016
                                              p: (917) 757-9537
                                              e: jmcbride@mcbridelawnyc.com
                                              *Counsel for Petitioner*