IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER QUAGLIN,**<br>      *Petitioner*<br>v.<br>**MERRICK GARLAND, et al,**<br>      *Defendant*. | Case No. 22-CV-01154 |

**PETITIONER CHRISTOPHER QUAGLIN'S
MOTION FOR AN AN EXTENSION OF TIME TO FILE MOTIONS**

Petitioner, Christopher Quaglin, through his attorney, Joseph D. McBride, Esq., respectfully requests that this Honorable Court modify the June 23, 2022, MINUTE ORDER. Specifically, Petitioner asks this Court to extend the due dates for responses and replies by fourteen (14) days for medical reasons related to undersigned counsel.

Undersigned counsel emailed opposing counsel regarding this matter who did not object to his extension request. Opposing counsel did request a reciprocal two-week extension on their replies, to which undersigned counsel did not object.

Thus, having demonstrated good cause and obtained consent from all parties involved, Petitioner Quaglin respectfully asks this Court to extend the due dates for his response and Respondent's reply deadlines by fourteen (14) days.

Dated: Washington, DC
       July 13, 2022

                                    Respectfully submitted,

                                    */s/ Joseph D. McBride, Esq.*
                                    Bar ID:  NY0403
                                    THE MCBRIDE LAW FIRM, PLLC
                                    99 Park Avenue, 6th Floor
                                    New York, NY 10016
                                    p: (917) 757-9537
                                    e: jmcbride@mcbridelawnyc.com