IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | Crim. No. 21cr40 |
| | ) | Hon. Trevor McFadden |
| CHRISTOPHER JOSEPH QUAGLIN, | ) | |
| Defendant. | ) | |

## DECLARATION OF CHRISTOPHER QUAGLIN

Pursuant to 28 U.S.C. § 1746, I, Moira Quaglin, hereby declares as follows:

1. I am Christopher Quaglin and I have been detained at Northern Neck Regional Jail under the supervision of Superintendent Ted Hull since December of 2021.

2. I was initially detained in April of 2021, and I have been to six different jails since my arrest.

3. I have been married to my wife Moira who is a registered nurse for thirteen years, and a son Nathan. I was arrested when Nathan was just eight weeks old, and I have not held him since. Moira is a nurse by profession and works intensive shifts every Saturday, Sunday, and Monday. The rest of the week she stays home and cares for Nathan.

4. I was diagnosed with celiac disease almost 25 years ago, which means I am severely allergic to wheat or gluten. If I eat products that contain gluten or foods that have been cross-contaminated with gluten products I get extremely sick, potentially fatally so. The symptoms include excruciating stomach pains, diarrhea, skin lesions, headaches, brain fog, and other physical symptoms. Additionally, my mood becomes adversely affected as well.

5. For the last 25 years, I lived a strict gluten-free lifestyle, which includes not eating foods that are prepared with utensils that are also used to prepare gluten.

6. Preparing a gluten-free diet requires special training.

7. It is my belief that NNRJ does not have a special procedure for people like me with celiac disease and that the staff who prepare food are not trained in providing a gluten-free diet.

8. On multiple occasions I have been served food trays that contained gluten products.

9. I also suspect that the food that is served to me is prepared with the same utensils used to prepare food containing gluten.

10. My suspicions are based on the fact that I have experienced adverse reactions associated with my gluten allergy after eating the food served to me.

11. I have brought these adverse reactions to the attention of the staff, but they insist that they are providing me with a gluten-free diet, which is provably false.

12. The pain associated with eating gluten is worse than the pain of hunger so I forego the food served to me by the prison on the food trays.

13. I currently subsist on food purchased at the prison commissary, especially packaged certified gluten-free protein bars.

14. When I arrived at NNRJ at the end of December 2021, I weighed approximately 210 pounds. Today I weigh 165 pounds. I have lost 45 pounds since I arrived due to the failure to provide me with a gluten-free diet.

15. The medical staff is aware of my weight loss.

16. I made a request to the Jail that they engage a third-party food provider to ensure that my meals are certified gluten-free, but my request was denied.

17. The Jail has been indifferent and cruel regarding my medical needs. The first time I told them I was sick, they locked me in a room for four days in a room without a working toilet.

18. I have made many grievances and request asking the staff for help with my medical condition, but my requests are ignored.

19. Since I arrived in prison, I have not been provided access to the discovery in my criminal case. The only time I ever saw any discovery in my case was at a bond hearing when the Government played a few videos that I had never had a chance to view before the hearing.

20. On or about Friday August 12, 2022, I was moved to the medical wing. I was in the medical wing for three or four days.

21. I was told that the Jail must offer me an opportunity to have my vital signs checked four times throughout the day. Most days I am only offered one or two times.

22. The Jail also offers me something called a "liquid IV" which is a strange drink. I have asked what it is made of, but have only been told that "it has electrolytes." As I do not trust the Jail, I do not accept the "liquid IV."

23. After 3-4 days in the medical wing, I was moved to a room in another area of the Jail. I am in a room by myself and I don't have any human contact for most of the day.

24. I do not have access to a TV, a computer, or a laptop.

25. I am denied video conferencing with my wife and child.

26. There are no cameras or staff to monitor my safety. I am checked on a few times a day sporadically by the guards at no set intervals.

27. When I first arrived here there was a clock that I could see which was helpful for me to document the staff's activities, but the clock was removed a few days ago.

28. There are only two rooms in this part of the Jail. When I was in the medical wing, I saw the occupant of the other room because he came to medical. I recognized him as a prisoner who is known to be a terrorist with ties to Osama Bin Ladin and who was caught with 1000 pounds of explosives.

29. I was told my Captain English, one of the supervising guards, that I was transferred here because I will not eat the food that I am provided.

30. I have been here for about eight days and I have not seen a doctor even one time.

31. In the past, I have seen a nurse named Tammy Nelson, but I have not seen her in the last eight days. I asked where she was and I was told that she is not here, with no explanation.

32. Amber Huffman, an EMT on staff at the Jail, came by one time in the last 8 days but did not provide me with any medical care.

33. In addition to my celiac disease, I also have tinnitus, which causes an unbearable ringing sound in my ears. I also get pressure in my ears and head. The Jail used to provide Claritin pills upon request which helped alleviate these symptoms. Over the last ten days, I have requested Claritin but have not been provided with it. I also used to request and receive vitamin D pills and a multi-vitamin upon request, but I have not been provided with that in the last ten days either.

34. Over the last day or so I am no longer able to purchase protein bars or any other food form the commissary. I was cut off from the commissary because of an incident that happened about two weeks ago.

35. About two weeks ago, I was taken to medical and placed handcuffed in a cell sitting up for three or four hours before someone saw me. When I was finally seen by Amber Huffman, I was experiencing a lot of pain form being handcuffed for a prolonged period. I said I

would report the incident to the U.S. Marshals. Ms. Huffman punished me for "raising my voice." I did not raise my voice.

36. My punishment was ten days without recreation or commissary. I appealed my decision to Superintendent Hull. I explained in my appeal that I was subsisting entirely on food purchased at commissary. Superintendent Hull wrote that there is no reason to grant my appeal, and he denied it.

37. Before my commissary access was stopped, I stocked up on protein bars. Now that is all I have to eat. If I ration out my protein bars so that I ingest 900 calories a day, I will have enough food for 3 days. Under normal circumstances I need to consume at least twice as many calories. I do not get my commissary access back for another week.

38. The Jail has also limited my requests to once a week. My requests are only picked up on Sunday or Monday. That means that if I need anything at all I have to wait until Sunday or Monday to make the request. Normally, requests can be made every day.

39. I am withering away and in fear that if these conditions continue, I will suffer severe bodily harm, and even death.

40. On August 16, 2022, my wife Moira's father suffered a tragic accident and broke his neck. He underwent life-saving surgery on August 18 and is currently in the hospital. Moira depended on her father for help caring for Nathan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2022

/s/ Christopher Quaglin_____

Christopher Quaglin