Exhibit 3

Mr. Quaglin,

We recently were in receipt of 11 grievances from you. Many of them regarded issues already addressed by the grievance process.

Grievances concerning the issues listed below will not continue to be accepted. You choose to not appeal through to the Superintendent the initial responses related to these items, yet continue to write grievances related to them. If you are not satisfied, seek whatever relief you deem necessary.

1 – Generalized complaints about your tray being cross contaminated or complaints centered around your lack of trust that the diet provided is not gluten free. If you receive a tray and have a specific complaint about an item, please notify Mr. Barnes for us to look into and address if necessary.

2 - Complaints related to your request to be moved to another facility.

3 - Requests to contact your attorney or notices that NNRJ or the Superintendent will be dealing with your attorney.

*Ms Lewis* 7/14/22