| H/t | W/t | T | BP | P | R | O2 Sat | Pain | BG |
|-----|-----|---|----|----|----|--------|------|-----|
| 5'6" | 165 | 98.0 | 101/77 | 87 | 16 | 99 | 0 | 178 |

## GENERAL INFO

**Aliases**

**DOB**
1985

**SSN**
7103

**LID Number**
No Data

**Trigon Number**
No Data

**USMS Number**
38648-509

**District**
U.S. Marshal - DC District

**Local Jurisdiction**
U.S. Marshal

**Insurance Company**
No Data

**Insurance ID**
No Data

**Group Policy #**
No Data

**ICE ID**
No Data

## HOLDING INFO

**Weekender**
No

**Anthem Number**
No Data

**Booking Number**
2102423

**Booking Date**
12/21/2021 11:24

**Accept Date**
12/21/2021 11:24

**Release Date**
No Data

**Expected Release Date**
No Data

**Medication Allergies**
NKDA

**Medications**

| | | | |
|---|---|---|---|
| MULTIVITAMIN TAB | 1 | PO | QAM |
| VITAMIN D3 1,000 UNIT TAB | 1 | PO | QAM |
| Debrox ear drops | As Directed | PO | BID |
| CLARITIN RDT 10MG TAB | 1 | PO | QAM |

**Active Problems**
Celiac disease (K900)
* Asthma (J45909)

**Food / Env. Allergies**
WHEAT/GLUTEN

**Medical History (at Booking)**
No records to display.

**Chronic Problems (at Booking)**
No records to display.

**Diets**

**Northern Neck Regional Jail**

## Patient Report

labcorp

Specimen ID: 119-245-0440-1
Control ID: C6945310145

Acct #: 45310145    Phone: (804) 333-6419    Rte: 05
Northern Neck Regional Jail
Attn Med Dept Carolyn Neale RN
3908 Richmond Road
Warsaw VA 22572

QUAGLIN, CHRISTOPHER
3908 RICHMOND RD
WARSAW VA 22572-3135
(804) 333-6019

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 1985 | Date collected: 04/29/2022 1500 Local | Ordering: J DUDLEY |
| Age(y/m/d): 036 | Date received: 04/29/2022 | Referring: |
| Gender: M | Date entered: 05/02/2022 | ID: DUDLEY,J |
| Patient ID: 771540 | Date reported: 05/18/2022 0810 ET | NPI: 1932126489 |

**General Comments & Additional Information**
A courtesy copy of this report has been sent to 804-333-6019

**Clinical Info:** PLEASE SEE COPY OF ORDER

**Total Volume:** Not Provided        **Fasting:** No

**Ordered Items**
Celiac Disease Comprehensive; Gluten Sensitivity Screen; Written Authorization; Request Problem

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Celiac Disease Comprehensive** | | | | | |
| Deamidated Gliadin Abs, IgA | 3 | | units | 0-19 | 01 |
| | | Negative | | 0 - 19 | |
| | | Weak Positive | | 20 - 30 | |
| | | Moderate to Strong Positive | | >30 | |
| Deamidated Gliadin Abs, IgG | 2 | | units | 0-19 | 01 |
| | | Negative | | 0 - 19 | |
| | | Weak Positive | | 20 - 30 | |
| | | Moderate to Strong Positive | | >30 | |
| t-Transglutaminase (tTG) IgA | <2 | | U/mL | 0-3 | 01 |
| | | Negative | | 0 - 3 | |
| | | Weak Positive | | 4 - 10 | |
| | | Positive | | >10 | |

Tissue Transglutaminase (tTG) has been identified as the endomysial antigen. Studies have demonstrated that endomysial IgA antibodies have over 99% specificity for gluten sensitive enteropathy.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| t-Transglutaminase (tTG) IgG | 3 | | U/mL | 0-5 | 01 |
| | | Negative | | 0 - 5 | |
| | | Weak Positive | | 6 - 9 | |
| | | Positive | | >9 | |
| Endomysial Antibody IgA | Negative | | | Negative | 01 |
| Immunoglobulin A, Qn, Serum | 269 | | mg/dL | 90-386 | 01 |
| **Gluten Sensitivity Screen** | | | | | |
| tTG/DGP Screen | Negative | | | Negative | 01 |
| Antigliadin IgG (native) | 7 | | units | 0-19 | 01 |
| | | Negative | | 0 - 19 | |
| | | Weak Positive | | 20 - 30 | |
| | | Moderate to Strong Positive | | >30 | |
| F004W-IgE Wheat | <0.10 | | kU/L | Class 0 | 01 |

Note:
    Not suggestive of gluten sensitivity.

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-873-7251

© 1995-2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



## Northern Neck Regional Jail
### Medical Department
3908 Richmond Road
PO Box 1090
Warsaw, Virginia 22572
Phone: (804) 333-6019 Fax: (804) 333-9374

Date Sent: **5/18/22**

Number of Pages (Including Coversheet): **3**

To: **Gastro Associates** Fax Number: **540-371-2046**
**of Fredericksburg**
At:

From: Ms. Williams

Message:

**Christopher Quaglin.**

***please see attached lab results.**

**Thank you!**

**IF YOU HAVE ANY PROBLEMS CONCERNING THIS FAX, PLEASE
CONTACT** Ms. Williams **, AT (804) 333-6019.**

*"Never doubt that a small group of thoughtful, committed people can change the
world. Indeed, it is the only thing that ever has"*
M. Mead

## Patient Report



**Patient:** QUAGLIN, CHRISTOPHER
**DOB:** ███ 1985     **Patient ID:** 771540          **Control ID:** C6945310145          **Specimen ID:** 119-245-0440-1
**Date collected:** 04/29/2022 1500 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Class Description | | | | | 01 |

Levels of Specific IgE

| Class | Description of Class |
|---|---|
| < 0.10 | 0 | Negative |
| 0.10 – 0.31 | 0/I | Equivocal/Low |
| 0.32 – 0.55 | I | Low |
| 0.56 – 1.40 | II | Moderate |
| 1.41 – 3.90 | III | High |
| 3.91 – 19.00 | IV | Very High |
| 19.01 – 100.00 | V | Very High |
| >100.00 | VI | Very High |

**Written Authorization**                                                          01

    Written Authorization Received.
    Authorization received from Luis Bermudez 05-04-2022
    Logged by Sarah Baxendale

**Request Problem**                                                                01

    We have received your request for additional testing, however we are
    unable to add the test you requested.  The following test(s) were not
    performed:
        TEST:  167082  Celiac Disease HLA DQ Assoc.

| 01 | BN | Labcorp Burlington | | Dir: Sanjai Nagendra, MD |
|---|---|---|---|---|
| | | 1447 York Court, Burlington, NC 27215-3361 | | |

For inquiries, the physician may contact **Branch: 000-873-7251 Lab: 800-762-4344**

This document contains private and confidential health information protected by state and federal law.     © 1995-2022 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-873-7251      All Rights Reserved - Enterprise Report Version: 1.00

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name ___Quaglin, Chris___      Time ___7 Am___

Date ___6-1-2?___      Housing ___D___

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- ☐ Community Corrections
- ☐ Chaplin
- ☐ Classification
- ☐ Commissary
- ☐ Inmate Accounts
- ☐ Mail
- ☒ Medical
- ☐ Notary

- ☐ Programs
- ☐ Property
- ☐ Records
- ☐ Shift Supervisor
- ☐ Special Canteen
- ☐ Special Visit
- ☐ Trusty
- ☐ Work Release
- ☐ Other _____

**REQUEST:** I asked for (And was told that I recieved) full Records regaurding medical. They were Incomplete. I asked for all documents Regaurding Myself including all diet issues. Please provide the missing documents. Thank You.

Please send to JMCBRIDE@MCBRIDELAWNYC.COM and please give hard copy to Quaglin. You have permission to bill my account accordingly. Thanks Again.

Staff Receiving the Request: _____      Date 6|1|22

Supervisory Review: _____GPPS_____      Date _____

Action Taken: _____

Response: Records that you requested were given

_____

Signature ___MDn___      Date 6/03/21

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

NURSING PROGRESS LOG NOTE

| | |
|---|---|
| Patient name: | QUAGLIN, CHRISTOPHER |

Patient DOB: ██████1985          Patient ID:  00050929

**Time of Service**    06/02/2022 09:38

**Log Note**    At the above date and approximate time Inmate Quaglin was brought to Medical for him to receive all of his Medical Documentation.  Medical documentation given to Inmate Quaglin.  He had no complaints and was in no current distress. Nothing further to report.

**Vitals**    Wt [  ]    T [  ]    BP [  ] / [  ]    P [  ]    R [  ]    O2 Sat [  ]    Pain [  ]

BG [  ]                              ⊚ Breakfast  ⊚ Lunch  ⊚ Dinner  ⊚ Bedtime  ⊚ Other

**Add Addendum**

Electronically signed by NELSON, T (LPN) at 06/02/2022 09:43

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|---|---|---|---|
| NELSON, TAMMY | Saved | | 06/02/2022 09:43 |

# Northern Neck Regional Jail

## Medical Department

### Charge Sheet

**Inmate Name :** Quaglin, Christopher       **D.O.B.** ▮▮▮▮ 1985

**Housing Unit :** N Pod

| | |
|---|---|
| **Sick Call** | $10.00 |
| **Doctor Visit** | $10.00 |
| **Prescription** | $3.00 |
| **Follow Up Visit** | $0.00 |
| **X-Ray** | $20.00 |
| **Over-Counter Medication** | $_____ |

Other: Medical Records = 138 pages x .40 = $55.20

**There is no Jail imposed condition on inmate medical treatment. All inmates will receive medical treatment regardless of their ability to pay; however a medical co-pay will be assessed to all inmates for services rendered. If the inmate is indigent, he/she will receive service and his account will go into a negative status.**

**Inmate Signature:** _(signature)_       6/02/22

**[ ] Inmate Refuses to Sign; and refuses service.**
**[ ] Inmate Refuses to Sign; but wants service.**

_____       _____
Nursing Staff Signature                              Date

_____       _____
Witness (if refusal)                                      Date

**Medical Department Signature:** MWm       6/02/22

**Administrative Signature:** _(signature)_ 6/3/22

❑ **Check Box If Indigent and Currently Unable to Pay.**

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name _Chaplin, Chris_       Time _11 Am_

Date _6-7-22_       Housing _D_

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

_Test for Covid if NO Charge for sick call._

☐ Community Corrections
☐ Chaplin
☐ Classification
☐ Commissary
☐ Inmate Accounts
☐ Mail
☒ Medical
☐ Notary

☐ Programs
☐ Property
☐ Records
☐ Shift Supervisor
☐ Special Canteen
☐ Special Visit
☐ Trusty
☐ Work Release
☐ Other _____

**REQUEST:** — I sent in Request saying I was sick on 5-25. Have not Recieved sick call yet. Still sick, No Meds. Sore throat, Head stuffed, Cough, possible fever. Need Thera-Flu, Please Advise. Thank You. Need sick meds Please ASAP. Thank You.

Staff Receiving the Request: _____   Date _____

Supervisory Review: _____   Date _6/7/2_

Action Taken: _____ Appt

Response: _____ Seen 6/8/22 sick call

Signature _____ Amen _____ Date _6/8/22_

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

Sick Call

Inmate Name: Quaglin, Chris          Date of Service: 6/8/22

Vitals:

Weight: 179.6   Temp: 97.2   BP: 130/70   Pulse: 88   O2: 99

Resp: 18   Pain Scale: 0

Complaint:

Cold like sx

Signs/Symptoms:

Clear snot - / sinus pressure

* HTA *   ↓ coh

Plan of care:

- Tylenol cold tru BID x 7days.

- F/u with nurse after Tylenol is finished if
  ABX is needed.

Noted by: Then Bowen          Date: 6/8/22

Log Notes

NURSING PROGRESS LOG NOTE

| | | | |
|---|---|---|---|
| Patient name: | QUAGLIN, CHRISTOPHER | Patient DOB: ███ 1985 | Patient ID: 00050929 |

| | |
|---|---|
| **Time of Service** | 06/08/2022 12:39 |
| **Log Note** | Inmate Quaglin seen for Sick call. Per Dr. Dudley: TYLENOL COLD HEAD CON    1    PO    BID TAB<br><br>Medication ordered.<br><br>Inmate Quaglin denied needing ABX/ mucinex at this time.<br><br>Inmate Quaglin stable, alert and oriented x4- No distress noted at this time. |

**Vitals**

| Wt | T | BP | / | P | R | O2 Sat | Pain |
|---|---|---|---|---|---|---|---|

| BG | | ◉ Breakfast  ◎ Lunch  ◎ Dinner  ◎ Bedtime  ◎ Other |
|---|---|---|

**Add Addendum**

Wt: 179.6 T: 97.2 BP: 130/70 P: 88 R: 18 O2: 99 Pain : 0
Tylenol Cold & Flu x 7 days-Inmate Quaglin was advised to follow up with nurse once Tylenol and Cold is completed to see if antibiotic is needed. Inmate Quaglin is in no current distress and has no other complaints. Nothing further to report.

Electronically signed by ALLEN, H at 06/08/2022 12:41

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|---|---|---|---|
| ALLEN, HALEY | Saved | | 06/08/2022 12:41 |

# NORTHERN NECK REGIONAL JAIL
## *INMATE REQUEST FORM*

Name ___Chaglin, Chris___          Time __Noon__
Date ___6-8-22___          Housing ___D___

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- [ ] Community Corrections
- [ ] Chaplin
- [ ] Classification
- [ ] Commissary
- [ ] Inmate Accounts
- [ ] Mail
- [x] Medical
- [ ] Notary

- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other _____

**REQUEST:** I think I might have Covid-19. I should be teste I think at least 10 people might have it in D pod. A lot of People are sick, There is an issue (medical) in D pod Please Advise, Thank You

muscle aches, Fever, Running Nose, headach, Head Pressure, Sore Throat/ Scratchy throat,

Staff Receiving the Request: _____     Date _6/8/2_
Supervisory Review: _____     Date _____
Action Taken: _____

Response: ___Seen by Medical 6/08/22 and 6/09/22.___

Signature _____     Date _6/09/22_

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

## NURSING PROGRESS LOG NOTE

Patient name:  QUAGLIN, CHRISTOPHER    Patient DOB:  ███ 1985    Patient ID:  00050929

**Time of Service**    06/09/2022 14:59

**Log Note**    Inmate was seen on the above date and time. Inmate complained of a cough. Inmate was seen for sick call on 06/08 and medication was ordered. Covid test was administered and negative. Photo uploaded. Advised Inmate to notify Medical of any changes or concerns. Inmate returned to housing with no distress. Nothing further at this time.

**Vitals**    **Wt** 176    **T** 98.2    **BP** 132 / 77    **P** 81    **R** 18    **O2 Sat** 99    **Pain** 0

**BG**        ◎ Breakfast ◎ Lunch ◎ Dinner ◎ Bedtime ◎ Other

**Add Addendum**

**Documents Attached**
102_0583.JPG

Electronically signed by HUFFMAN, A (EMT) at 06/09/2022 15:13

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| HUFFMAN, AMBER | Saved | | 06/09/2022 15:13 |



# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name _Quaglin, Chris_

Date _6-9-22_                    Housing _D_                    Time _7 Am_

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- [ ] Community Corrections
- [ ] Chaplin
- [ ] Classification
- [ ] Commissary
- [ ] Inmate Accounts
- [ ] Mail
- [x] Medical
- [ ] Notary

- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other _____

**REQUEST:** I have been asking for Multivitamins, and for my wife to be able to send my Balance of Nature. Both were prescribed by my doctor from home. I have been waiting on my Multi Vitamins for over 2 months. I have asked NUMEROUS TIMES for a refill.

I you can't provide me the proper amount of Nutrition/Vitam I will have supliments sent from home and ask that Medical PASS

Staff Receiving the Request: _____ Date _6/9_

Supervisory Review: _____ Date _____

Action Taken: _____

Response: _No documented Medical need for balance of Nature Multivitamins Ordered._

Signature _____ Date _6/09/22_

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

_Emergency_

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name **Quiglin, Chris**                     Time **12 NOON**
Date **6-11-22**                 Housing **D**

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- [ ] Community Corrections
- [ ] Chaplin
- [ ] Classification
- [ ] Commissary
- [ ] Inmate Accounts
- [ ] Mail
- [x] Medical
- [ ] Notary

- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other _____

**REQUEST:** I have been asking for Meds for my flu/cold since 5/25! Last night I recieved my first pill of what I was told was Tylenol Cold+Flu. Today I recieved my 2nd Pill of "Tylenol Cold+Flu." I was told that the directions were "1 pill every 12 hours." I believe that the directions for the meds are 2 pills every 6 hours. These pills are not working. I'd like to have confirmation of the medication I am taking and make sure it is the correct dosage. This dosage isn't doing anything or providing any relief. Thank You,

Staff Receiving the Request: _Jacquot_          Date _6-11-22_
Supervisory Review: _____          Date _____
Action Taken: _____

Response: _I tablet By Mouth Twice daily, Tylenol Cold & Flu._

Signature _MMM_                     Date _6/13/22_

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.



Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

| **Medical Imaging of Fredericksburg** | **Medical Imaging of King George** | **Medical Imaging at Lee's Hill** | **Medical Imaging of North Stafford** |
|---|---|---|---|
| 1201 Sam Perry Blvd Suite 102 Fredericksburg, VA 22401 | 11131 Journey Parkway King George VA 22485 | 10401 Spotsylvania Ave. Suite 101 Fredericksburg, VA 22408 | 125 Woodstream Blvd. Suite 109 Stafford, VA 22556 |

### FOR SCHEDULING OR CANCELLATIONS, PLEASE CALL: 540-741-XRAY (9729)
#### Please note that NOT all imaging is available at each location

### DIRECTIONS FOR CT with ORAL CONTRAST

Name:   Christopher Quaglin
Date:
Time:
Regular Diet up to 2 (TWO) hours before the exam.
30 minutes prior to your appointment, drink 32 oz of water :

# Procedure Order

### Ordering Site
Report Date:  06/24/2022

### Patient Information
Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender: Male        Date of Birth: ███1985        SSN (last 4 digits): 7103

### Patient Insurance Information
US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653
Group #NONE
Plan #███████

### Diagnosis
CELIAC DISEASE K90.0
WEIGHT LOSS, ABNORMAL  R63.4
### Procedures Ordered
## CT, ABDOMEN AND PELVIS, WITH ORAL AND IV CONTRAST (74177)

Labs ordered 6/24/2022

### End of Procedures Ordered

ANWAR DUDEKULA MD
Ordered with:

ANWAR DUDEKULA, MD

# LabCorp Electronic Requisition

| | |
|---|---|
| **Bill To:** Third Party | **Req #:** 165148    Page: 1 |
| **Diagnosis:** K90.0 | |
| **Requisition Date:** 06/24/2022 10:54 AM | **Priority:** Routine |
| | **Collected:** |

**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
**Account Name:**    **Account #:** 45333292
**Ordering Physician:** DUDEKULA, ANWAR MD
**UPIN / Provider Id:** 14490 (NPI: 1922145200)
**Tech Id:** Nagel, Amanda (ANAGEL)

**Patient Information -- Patient**
**ID:** 771540  **Appointment ID:** 660493

| | |
|---|---|
| **Quaglin, Christopher** | **Sex:** Male |
| 3908 Richmond Rd Northern Neck Regional Jail | **DOB:** ████ 1985 |
| Warsaw, VA 22572 | **SSN:** 7103 |
| | **Race:** Refused to Report/Unreported |
| (804) 333-6019 | |
| **Employer:** unknown | |

**Responsible Party Information  [Self]**
Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572                          **DOB:** ████1985
(804) 333-6019                              **SSN:** 7103

| **Insurance - Primary** | **Subscriber - Primary** | **Insurance - Secondary** | **Subscriber - Secondary** |
|---|---|---|---|
| **Carrier Code:** US MARSHALLS SERVICES DC DISCTICT COURT 333 CONSTITUTION AVE NW WASHINGTON, DC 20001 **Worker's Comp:** N **Plan Type:** OTH | **Name:** Quaglin, Christopher **DOB:** ████1985 **SSN:** 7103 **Group #:** NONE **Plan #:** ████ **Relationship to Insured:** Self | **Carrier Code:** **Plan Type:** | **Name:** **DOB:** **SSN:** **Group #:** **Plan #:** **Relationship to Insured:** |

---

**Code/Tests Ordered**

**167082: HLA DQ2, HLA DQ8**
  Diagnosis: CELIAC DISEASE (K90.0)

*/* End of tests ordered */*

---

| **Additional/Clinical Information:** | **# Specimens:** 0 |
|---|---|
| | **Fasting:** No |
| **Bill To:** Third Party    **DIAGNOSIS:** K90.0 | |

I hereby authorize the services described hereon and authorize payment directly to LabCorp Orders and Results

D. Anur

_____        06/24/2022
Physician Signature              Date

_____        _____
Patient Signature               Date



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

| **Patient Information** | **Patient Insurance Information** |
|---|---|
| Christopher Quaglin<br>3908 Richmond Rd Northern Neck Regional Jail<br>Warsaw, VA 22572<br>(804) 333-6019<br>Gender:  Male        Date of Birth: ███1985        SSN<br>(last 4 digits): 7103 | US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653<br>Group #NONE<br>Plan #██████ |

**Current Panels/Tests Ordered**

**Diagnosis: CELIAC DISEASE (K90.0)**

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

D. Anur

ANWAR DUDEKULA, MD

D. Anur

ANWAR DUDEKULA MD

Please note that your provider has ordered this lab work because she/he feels it is necessary and appropriate to best evaluate you based upon symptoms you have presented.  As insurance reimbursement policies differ, we strongly encourage you to check with your insurance company before completing lab work.  If you have any questions about if the tests will be covered as ordered we recommend you call your insurance company.

# Northern Neck Regional Jail
## Consultation Notes

Name of Consultant    Gastroenterology Associates of Fredericksburg

Patient Name:  QUAGLIN, CHRISTOPHER          Date of Birth:          1985

SSN:          7103                            Date of Service    6/24/2022

Gender:  Male        Height:  5'6"      Weight:  176      Race:  W

Medication Allergies:  NKDA

Food/Env Allergies:  WHEAT/GLUTEN

Medications:    PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS           (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB          (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB  (1 PO QAM) (ENDS: )

Diagnosis:      PATIENT MEDICAL PROBLEM LIST
1. * ASTHMA (J45909)
2. CELIAC DISEASE (K900)

Consultant's Notes:  Check  HLA DQ2 DQ8
- EGD
- Fu allwproad
- Hydrogen breath test #2 to
  rule out Bacterial overgrowth

### ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|---|---|---|---|
| SHROPSHIRE, SAVANNAH | Saved | | 06/23/2022 16:31 |

Electronically signed by SHROPSHIRE, S (RMA) at 06/23/2022 16:31

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# Patient Communication

| | | |
|---|---|---|
| Patient Name: | QUAGLIN, CHRISTOPHER | |
| Patient ID: | 00050929 | |
| DOB: | ████ 1985 | |

Date & Time:  06/21/2022 14:28
SSN:  ████ 7103

Regarding:

Inmate Quaglin,

You are scheduled for weekly weight checks every Friday. Please make sure you are coming up every Friday at 0700 during diabetic call to have your weight checked.

Nelson

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|---|---|---|---|
| NELSON, TAMMY | Saved | | 06/21/2022 14:28 |

Electronically signed by NELSON, T (LPN) at 06/21/2022 14:28

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# Northern Neck Regional Jail
## Consultation Notes

| | |
|---|---|
| Name of Consultant | Gastroenterology Associates of Fredericksburg |

Patient Name:  QUAGLIN, CHRISTOPHER                    Date of Birth:  ███ 1985

SSN:  ███ 7103                                         Date of Service  6/24/2022

Gender:  Male          Height:  5'6"          Weight:  176          Race:  W

Medication Allergies:    NKDA

Food/Env Allergies:    WHEAT/GLUTEN

Medications:
```
PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS          (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB         (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB  (1 PO QAM) (ENDS: )
```

Diagnosis:
```
PATIENT MEDICAL PROBLEM LIST
1. * ASTHMA (J45909)
2. CELIAC DISEASE (K900)
```

Consultant's Notes:

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|---|---|---|---|
| SHROPSHIRE, SAVANNAH | Saved | | 06/23/2022 16:31 |

Electronically signed by SHROPSHIRE, S (RMA) at 06/23/2022 16:31

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

## Clinical Summary for Christopher Quaglin

**Date of Encounter:** 06/24/2022 10:04 AM

**Gastroenterology Associates of Fredericksburg, P.C.**
1031 Care Way
Fredericksburg, VA 22401
Phone: (540) 371-7600    Fax: 540 374 8940

### Reason for today's visit and reported symptoms

### Medical problems addressed today
- CELIAC DISEASE

### Medications
**If you are prescribed a medication at this visit, we will be submitting your prescription electronically and it can take up to 24 hours to be available at your pharmacy.**

\*\*No medications ordered or changed today.
#### Active Medication List
- Vitamin D  specific dose unknown Oral daily
- Tylenol  specific dose unknown Oral as needed
- Multi-Vitamin  1 (one) Oral daily
- Claritin  specific dose unknown Oral daily

### Vital Signs
**Temp.:** 97.9 °F (Infrared)  **Pulse:** 67 (Regular)
**BP:** 124/82 Manual (Sitting, Left Arm, Standard)
**Weight:** 178 lb, 8 oz **Height:** 66 in
**Body Surface Area:** 1.91 m²  **Body Mass Index:** 28.81 kg/m²

### Procedures and/or Imaging ordered today
- To be scheduled EGD w/ anesthesia (43239)  \*\*Notes:  Rec & proceed with EGD to evaluate for esophagitis, Barrett's, PUD, celiac. Risk include bleeding/perforation/infection. Benefits and alternatives have been discussed. Pt wishes to proceed

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified.  If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.**

**Laboratory tests ordered today**

- **HLA DQ2, HLA DQ8 (81377) LABCORP** Ordered
  Diagnosis:  CELIAC DISEASE

- **Hydrogen Breath Test w/ Lactulose - SIBO (91065)** Ordered
  Diagnosis:  CELIAC DISEASE

**You can access your lab results if you have signed up for our Follow My Health secure online portal. The results are immediately available once they are reviewed by a physician. Our office does <u>not</u> call patients with normal/negative results.  Results that are abnormal/positive will be discussed in office at the time of your follow up visit unless otherwise specified.**
Please note that if your provider has ordered this lab work it is because she/he feels it is necessary and appropriate to best evaluate you based upon symptoms you have presented.  As insurance reimbursement policies differ, we strongly encourage you to check with your insurance company before completing lab work.  If you have any questions about if the tests will be covered as ordered we recommend you call your insurance company.

**Instructions and recommendations discussed today**
- Follow up post procedure

**Next appointment (if scheduled)**

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified. If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.  Our office does not call patients with normal/negative results.  Results that are abnormal/positive will be discussed in office at the time of your follow up visit.  Please note that many tests take 1 to 3 weeks to result.**

**How to Access Health Information Online**
www.followmyhealth.com

You can access your medical information online at your convenience.
- View test and lab results.
- Set up proxy accounts for children and dependent adults.

Get started...It's as easy as 1, 2, 3
1. Click the registration link in the email you receive from noreply@followmyhealth.com
2. Create your portal login using a unique username and password.
3. Enter the invitation code (this can be the last 4 digits of your SSN or the year you were born) provided by your medical organization and click "Agree" to the release of information.

You will receive two emails:
- One will welcome you to the portal.
- One will confirm your connection with our organization.

You  now have 24/7 secure online access to our patient portal and your medical information!



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

**Patient Information**

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender: Male          Date of Birth: ▮▮ 1985       SSN
(last 4 digits): 7103

**Patient Insurance Information**

US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653
Group #NONE
Plan #▮▮▮▮

**Current Panels/Tests Ordered**

**Diagnosis: CELIAC DISEASE (K90.0)**

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

D. Anur

ANWAR DUDEKULA, MD

D. Anur

ANWAR DUDEKULA MD

Christopher Quaglin

Please note that your provider has ordered this lab work because she/he feels it is necessary and appropriate to best evaluate you based upon symptoms you have presented. As insurance reimbursement policies differ, we strongly encourage you to check with your insurance company before completing lab work. If you have any questions about if the tests will be covered as ordered we recommend you call your insurance company.

# Northern Neck Regional Jail
## Consultation Notes

**Name of Consultant**  Gastroenterology Associates of Fredericksburg

**Patient Name:**  QUAGLIN, CHRISTOPHER

**SSN:** ▮7103

**Date of Birth:** ▮1985

**Date of Service**  6/24/2022

**Gender:** Male          **Height:** 5'6"          **Weight:** 176          **Race:** W

**Medication Allergies:**  NKDA

**Food/Env Allergies:**  WHEAT/GLUTEN

**Medications:**

PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB          (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS               (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB              (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB      (1 PO QAM) (ENDS: )

**Diagnosis:**

PATIENT MEDICAL PROBLEM LIST
1. * ASTHMA (J45909)
2. CELIAC DISEASE (K900)

**Consultant's Notes:**

Check HLA DQ2 DQ8
EUD
Fl allup proea
Hydrogen breath test to to
rule out bactaial allerguil

---

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|------|-----|------|------|
| SHROPSHIRE, SAVANNAH | Saved | | 06/23/2022 16:31 |

Electronically signed by SHROPSHIRE, S (RMA) at 06/23/2022 16:31

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

## Clinical Summary for Christopher Quaglin

**Date of Encounter:** 06/24/2022 10:04 AM

**Gastroenterology Associates of Fredericksburg, P.C.**
1031 Care Way
Fredericksburg, VA 22401
Phone: (540) 371-7600    Fax: 540 374 8940

### Reason for today's visit and reported symptoms

### Medical problems addressed today

- CELIAC DISEASE

### Medications

**If you are prescribed a medication at this visit, we will be submitting your prescription electronically and it can take up to 24 hours to be available at your pharmacy.**

**No medications ordered or changed today.

**Active Medication List**
- Vitamin D  specific dose unknown Oral daily
- Tylenol  specific dose unknown Oral as needed
- Multi-Vitamin  1 (one) Oral daily
- Claritin  specific dose unknown Oral daily

### Vital Signs

**Temp.:** 97.9 °F (Infrared)  **Pulse:** 67 (Regular)
**BP:** 124/82 Manual (Sitting, Left Arm, Standard)
**Weight:** 178 lb, 8 oz **Height:** 66 in
**Body Surface Area:**  1.91 m² **Body Mass Index:**  28.81 kg/m²

### Procedures and/or Imaging ordered today

- To be scheduled EGD w/ anesthesia (43239)  **Notes:  Rec & proceed with EGD to evaluate for esophagitis, Barrett's, PUD, celiac. Risk include bleeding/perforation/infection. Benefits and alternatives have been discussed. Pt wishes to proceed

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified.  If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.**

Patient Education:

Christopher Quaglin



**Gastroenterology Associates of Fredericksburg**

1031 Care Way, Fredericksburg, Virginia 22401
125 Hospital Center Blvd., Suite 309, Stafford, Virginia 22554

Phone: (540) 371-7600     Fax: (540) 371-2046

## Hydrogen Breath Test Patient Information

**Why am I having this test?**

- Your doctor has arranged this test to evaluate for digestive disorders to see if they can help narrow down what may be causing the digestive issues such as, small intestinal bacterial and/or common food intolerances.

**What occurs during the examination?**

- You will be asked to report to the office after fasting for 12 hours. You will blow into an instrument and your breath will be analyzed for hydrogen gas. Then, you will consume a drink containing the sugar that could be causing your digestive issues. You will then blow into the instrument at certain intervals for up to three hours.

**Are there any complications?**

- If you have the maldigestion condition, your symptoms may be reproduced.

**After the procedure:**

- Some of your usual gas, bloating or abdominal discomfort may occur.

**Preparation for the test:**

- For 4 (four) weeks before your test – You should <u>NOT</u> take any antibiotics.
- For 1 (one) week before your test – Do <u>NOT</u> take any laxatives or stool softeners or stool bulking agents. You should <u>NOT</u> undergo any test that requires cleansing of the bowel, such as colonoscopy or barium enema.
- For 5 (five) days before your test - Avoid beans, pasta, fiber cereals, high fiber foods.

**The day before your test:**

- You may consume <u>ONLY</u> the following foods and drinks: plain white bread, plain white rice, plain white potatoes, baked or broiled chicken or white fish (no other seafood), non-flavored tap, spring, or purified water, eggs, non-flavored black coffee and/ or non-flavored black or green tea.
- Only salt may be used to flavor your food. Butter and margarine are <u>NOT</u> permitted. Soda and Carbonated drinks are <u>NOT</u> permitted. Do not eat or drink anything else – it could give false results for the test.
- The day/ night before the test, you are <u>ONLY</u> allowed to eat/ drink the restricted diet listed above.

**For 12 hours before your test:**

- You must stop eating and drinking 12 hours before the test.
- You may continue to take your usual prescription medicines with water until 12 hours before the test.

**The day of your test:**

- You should not eat or drink anything in the morning.
- If you are diabetic requiring insulin or diabetic pills, ask your treating physician if you should change your morning dose. Generally, half of your normal long-acting insulin is given. Oral hypoglycemic medications are usually not taken that morning until completion of the test and resumption of eating meals.
- You can brush your teeth two hours before you test, if you cannot brush your teeth in that time frame but do not brush your teeth as this can give false test results.
- Do not eat, drink, chew gum or tobacco, smoke, or eat breath mints or candy before or during the test.
- Do not sleep or exercise while the test is being done.

**Your test may last for two to three hours. Please allow yourself sufficient time to complete your test.**

Patient Number: 771540                    Date: 07/05/2022 10:41:20 AM

**Your appointment is scheduled for** SIBO HBT 8/3/2022 @ 8:40am

**at our Fredericksburg Location**   Take the elevator to the Lower Level Clinic

U.S. Department of Justice
United States Marshals Service

**Prisoner Medical Request**

INSTRUCTIONS: To be completed by detention facility and USMS district offices (as applicable).

- **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and fax or email it to the USMS district office listed below. USMS will notify you of approval or denial of the request.
- **EMERGENCIES:** *Obtain treatment* and notify USMS by emailing or faxing this form to USMS within 24 hours.

*U.S. Marshals Service Use Only:* **District:** _____

**Telephone:** _____  **Fax:** _____  **E-mail:** _____

**Date of Request:** 07/05/2022    **Time of Request:** 11:59

**Prisoner Name:** QUAGLIN, CHRISTOPHER    **USMS Prisoner No.:** 38648-509    **DOB:** ▮▮1985

**Private Insurance?** ☐ YES  ☑ NO    If yes, Provider Name: _____

**Detention Facility:** Northern Neck Regional Jail    **Contact Person:** Ms Barnette LPN/Ms Huffman EMT-B

**Telephone:** 804-333-6019    **Fax:** 804-333-9374

Requested Service(s)/Hospitalization and Justification:

- Attach medical or dental notes to support request or note below if court-ordered.
- Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

Requested Service: Labwork

Clinical Indication: Please see attached

Are supporting documents attached?  Summative Notes, Radiology/Lab Reports, etc.? Yes

**Urgency of Request:**  ☐ Emergency Notification  ☑ < 2 weeks  ☐ 2-6 weeks  ☐ > 6 weeks  ☐ Hospital Admission

**Facility/Hospital/Pharmacy Providing Service:** NNRJ    **Appt. Date:** _____

**Health Care Provider Providing Service:** LabCorp    **Appt. Date:** _____

*NOTE: By law, USMS may only pay Medicare rates or less.*

**TO BE COMPLETED BY USMS DISTRICT OFFICE:**    *(USMS Districts are not allowed to deny medical requests.)*

**Request is:** ☐ APPROVED  ☐ REFERRED TO POD-OFFICE OF MEDICAL OPERATIONS (OMO)

**District Representative:** _____  **Signature:** _____  **Date:** _____

**Deputies Handling Prisoner:** _____ / _____

Reset Form

Page 1 of 1

USM-551
Rev. 06/16

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
United States Marshals Service

# Medical Submission

**NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. **EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours.

## PRISONER DETAILS

| Last Name | First Name | Date of Birth | USMS # |
|---|---|---|---|
| QUAGLIN | CHRISTOPHER | ████ 1985 | 38648-509 |

**Facility Name**
Northern Neck Regional Jail

## MEDICAL POINT OF CONTACT

| Title | Last Name | First Name |
|---|---|---|
| LPN | Barnette | Mary |

| Type of Contact | Phone Number | Extension | Email Address |
|---|---|---|---|
| Medical | 804-333-6019 | | █████@nnrj.state.va.us |

## SUBMISSION INFORMATION

**MEDICAL**  *View Medical Submission Addendum*

**Specialty**
Laboratory Services

**Service**
HLA DQ2 and HLA DQ8

**Specialty**

**Service**

**Specialty**

**Service**

**Specialty**

**Service**

**Comments**

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody. The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241-4247, and S.142 - Hyde Amendment Codification Act. Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care. Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.

UNCLASSIFIED // FOUO

Form USM-551
Rev. 11/20

UNCLASSIFIED // FOR OFFICIAL USE ONLY

## MEDICATION

**Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?**  ○ Yes   ● No

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

| Medication | Dosage | Frequency | End Date |
|---|---|---|---|
| PATIENT MEDICAL ORDERS LIST | | | |
| 1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: ) | | | |
| 2. DEBROX EAR DROPS      (AS DIRECTED PO BID) (ENDS: ) | | | |
| 3. MULTIVITAMIN  TAB      (1 PO QAM) (ENDS: ) | | | |
| 4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: ) | | | |

**Comments**

## NOTIFICATIONS  *View Notification Type Definitions*

**Notification Type**

**Notification Type**

**Notification Type**

**Comments**

*Every submission should include supporting medical documentation.*
*\* Note: USMS pays no more than Medicare rates.*

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody.   The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241- 4247, and S.142 - Hyde Amendment Codification Act.  Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care.   Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care.  Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains.  Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.

UNCLASSIFIED // FOUO

Form USM-551
Rev. 11/20

# Northern Neck Regional Jail
## Consultation Notes

Name of Consultant    Gastroenterology Associates of Fredericksburg

Patient Name:   QUAGLIN, CHRISTOPHER      Date of Birth: ▉ 1985

SSN: ▉ 7103         Date of Service   6/24/2022

Gender: Male     Height: 5'6"     Weight: 176     Race: W

| | |
|---|---|
| Medication Allergies: | NKDA |
| Food/Env Allergies: | WHEAT/GLUTEN |

Medications:
PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB     (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS     (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN TAB     (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB     (1 PO QAM) (ENDS: )

Diagnosis:
PATIENT MEDICAL PROBLEM LIST
1. * ASTHMA (J45909) ,
2. CELIAC DISEASE (K900)

Consultant's Notes:
Check HLADQ2DG8
— EUD
— Follow up pool
— Hydrogen breath test tZt to
rule out Bacterial overgrowth

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|---|---|---|---|
| SHROPSHIRE, SAVANNAH | Saved | | 06/23/2022 16:31 |

Electronically signed by SHROPSHIRE, S (RMA) at 06/23/2022 16:31

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

| Medical Imaging of Fredericksburg | Medical Imaging of King George | Medical Imaging at Lee's Hill | Medical Imaging of North Stafford |
|---|---|---|---|
| 1201 Sam Perry Blvd Suite 102 Fredericksburg, VA 22401 | 11131 Journey Parkway King George VA 22485 | 10401 Spotsylvania Ave. Suite 101 Fredericksburg, VA 22408 | 125 Woodstream Blvd. Suite 109 Stafford, VA 22556 |

### FOR SCHEDULING OR CANCELLATIONS, PLEASE CALL: 540-741-XRAY (9729)
### Please note that NOT all imaging is available at each location

### DIRECTIONS FOR CT with ORAL CONTRAST

Name:  Christopher Quaglin
Date:
Time:
Regular Diet up to 2 (TWO) hours before the exam.
30 minutes prior to your appointment, drink 32 oz of water :

# Procedure Order

## Ordering Site
Report Date:  06/24/2022

## Patient Information
Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender:  Male      Date of Birth: ▮▮1985      SSN (last 4 digits): 7103

## Patient Insurance Information
US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653
Group #NONE
Plan # ▮▮▮▮▮

## Diagnosis
CELIAC DISEASE K90.0
WEIGHT LOSS, ABNORMAL  R63.4
## Procedures Ordered
### CT, ABDOMEN AND PELVIS, WITH ORAL AND IV CONTRAST (74177)

Labs ordered 6/24/2022

### End of Procedures Ordered

Christopher Quaglin

Friday, June 24, 2022

Patient #:  771540

DOB: ▮▮1985 (36 years)

Page 1 / 2

_D. Anur_

ANWAR DUDEKULA MD
Ordered with:

_D. Anur_

ANWAR DUDEKULA, MD

| **LabCorp Electronic Requisition** | | **Req #:** 165148 | **Page:** 1 |
|---|---|---|---|

**Bill To:** Third Party
**Diagnosis:** K90.0
**Requisition Date:** 06/24/2022 10:54 AM

**Priority:** Routine
**Collected:**

| **Ordering Site** | **Patient Information -- Patient** | |
|---|---|---|

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
**Account Name:**        **Account #:** 45333292
**Ordering Physician:** DUDEKULA, ANWAR MD
**UPIN / Provider Id:** 14490 (NPI: 1922145200)
**Tech Id:** Nagel, Amanda (ANAGEL)

**ID:** 771540  **Appointment ID:** 660493

**Quaglin, Christopher**
3908 Richmond Rd Northern
Neck Regional Jail
Warsaw, VA 22572

(804) 333-6019
**Employer:** unknown

**Sex:** Male

**DOB:** ▮1985
**SSN:** 7103
**Race:** Refused to
Report/Unreported

**Responsible Party Information  [Self]**

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional
Jail
Warsaw, VA 22572                        **DOB:** ▮1985
(804) 333-6019                        **SSN:** 7103

| **Insurance – Primary** | **Subscriber - Primary** | **Insurance - Secondary** | **Subscriber - Secondary** |
|---|---|---|---|
| **Carrier Code:**<br>US MARSHALLS SERVICES DC<br>DISCTICT COURT<br>333 CONSTITUTION AVE NW<br>WASHINGTON, DC 20001<br>**Worker's Comp:** N<br>**Plan Type:** OTH | **Name:** Quaglin, Christopher<br>**DOB:** ▮1985<br>**SSN:** 7103<br>**Group #:** NONE<br>**Plan #:** ▮<br>**Relationship to**<br>**Insured:** Self | **Carrier Code:**<br><br>**Plan Type:** | **Name:**<br>**DOB:**<br>**SSN:**<br>**Group #:**<br>**Plan #:**<br>**Relationship to Insured:** |

**Code/Tests Ordered**

**167082: HLA DQ2, HLA DQ8**
   **Diagnosis:** CELIAC DISEASE (K90.0)

*/* End of tests ordered */*

| **Additional/Clinical Information:** | **# Specimens:** 0 |
|---|---|
| **Bill To:** Third Party        **DIAGNOSIS:** K90.0 | **Fasting:** No |

I hereby authorize the services described hereon and authorize payment
directly to LabCorp Orders and Results

D. Anur

06/24/2022

Physician Signature         Date                              Patient Signature        Date



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

| **Patient Information** | **Patient Insurance Information** |
|---|---|
| Christopher Quaglin<br>3908 Richmond Rd Northern Neck Regional Jail<br>Warsaw, VA 22572<br>(804) 333-6019<br>Gender:  Male       Date of Birth:  ███ 1985       SSN<br>(last 4 digits): 7103 | US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653<br>Group #NONE<br>Plan # ███ |

## Current Panels/Tests Ordered

Diagnosis: CELIAC DISEASE (K90.0)

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

_D. Anur_

ANWAR DUDEKULA, MD

_D. Anur_

ANWAR DUDEKULA MD

# Clinical Summary for Christopher Quaglin

**Date of Encounter:** 06/24/2022 10:04 AM

**Gastroenterology Associates of Fredericksburg, P.C.**
1031 Care Way
Fredericksburg, VA 22401
Phone: (540) 371-7600    Fax: 540 374 8940

## Reason for today's visit and reported symptoms

## Medical problems addressed today

- CELIAC DISEASE

## Medications

If you are prescribed a medication at this visit, we will be submitting your prescription electronically and it can take up to 24 hours to be available at your pharmacy.

**No medications ordered or changed today.

**Active Medication List**

- Vitamin D  specific dose unknown Oral daily
- Tylenol  specific dose unknown Oral as needed
- Multi-Vitamin  1 (one) Oral daily
- Claritin  specific dose unknown Oral daily

## Vital Signs

**Temp.:** 97.9 °F (Infrared)  **Pulse:** 67 (Regular)
**BP:** 124/82 Manual **(Sitting**, Left Arm, Standard)
**Weight:** 178 lb, 8 oz **Height:** 66 in
**Body Surface Area:** 1.91 m² **Body Mass Index:** 28.81 kg/m²

## Procedures and/or Imaging ordered today

- To be scheduled EGD w/ anesthesia (43239)  **Notes:  Rec & proceed with EGD to evaluate for esophagitis, Barrett's, PUD, celiac. Risk include bleeding/perforation/infection. Benefits and alternatives have been discussed. Pt wishes to proceed

Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified.  If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.

Patient Education:

Christopher Quaglin

Friday, June 24, 2022



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

**Patient Information**

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender: Male         Date of Birth: ████ 1985         SSN
(last 4 digits): 7103

**Patient Insurance Information**

US MARSHALLS SERVICES DC DISCTICT COURT (202)
353-0653
Group #NONE
Plan # ████████

**Current Panels/Tests Ordered**

**Diagnosis: CELIAC DISEASE (K90.0)**

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

D. Amur

ANWAR DUDEKULA, MD

D. Amur

ANWAR DUDEKULA MD

**Laboratory tests ordered today**

- **HLA DQ2, HLA DQ8 (81377) LABCORP** Ordered
  Diagnosis:  CELIAC DISEASE

- **Hydrogen Breath Test w/ Lactulose - SIBO (91065)** Ordered
  Diagnosis:  CELIAC DISEASE

You can access your lab results if you have signed up for our Follow My Health secure online portal. The results are immediately available once they are reviewed by a physician. Our office does <u>not</u> call patients with normal/negative results.  Results that are abnormal/positive will be discussed in office at the time of your follow up visit unless otherwise specified.

Please note that if your provider has ordered this lab work it is because she/he feels it is necessary and appropriate to best evaluate you based upon symptoms you have presented.  As insurance reimbursement policies differ, we strongly encourage you to check with your insurance company before completing lab work.  If you have any questions about if the tests will be covered as ordered we recommend you call your insurance company.

**Instructions and recommendations discussed today**
- Follow up post procedure

**Next appointment (if scheduled)**

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified. If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.  Our office does not call patients with normal/negative results.  Results that are abnormal/positive will be discussed in office at the time of your follow up visit.  Please note that many tests take 1 to 3 weeks to result.**

**How to Access Health Information Online**
www.followmyhealth.com

You can access your medical information online at your convenience.
- View test and lab results.
- Set up proxy accounts for children and dependent adults.

Get started...It's as easy as 1, 2, 3
1. Click the registration link in the email you receive from noreply@followmyhealth.com
2. Create your portal login using a unique username and password.
3. Enter the invitation code (this can be the last 4 digits of your SSN or the year you were born) provided by your medical organization and click "Agree" to the release of information.

You will receive two emails:
- One will welcome you to the portal.
- One will confirm your connection with our organization.

You  now have 24/7 secure online access to our patient portal and your medical information!

**U.S. Department of Justice**
United States Marshals Service

**Prisoner Medical Request**

INSTRUCTIONS: To be completed by detention facility and USMS district offices (as applicable).

- **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and fax or email it to the USMS district office listed below. USMS will notify you of approval or denial of the request.
- **EMERGENCIES:** *Obtain treatment* and notify USMS by emailing or faxing this form to USMS within 24 hours.

| *U.S. Marshals Service Use Only:* **District:** | | |
|---|---|---|
| **Telephone:** | **Fax:** | **E-mail:** |

**Date of Request:** 07/05/2022    **Time of Request:** 11:57

**Prisoner Name:** QUAGLIN, CHRISTOPHER    **USMS Prisoner No.:** 38648-509    **DOB:** ██ 985

**Private Insurance?** ☐ YES    ☑ NO    If yes, Provider Name:

**Detention Facility:** Northern Neck Regional Jail    **Contact Person:** Ms Barnette LPN/Ms Huffman EMT-B

**Telephone:** 804-333-6019    **Fax:** 804-333-9374

Requested Service(s)/Hospitalization and Justification:

- Attach medical or dental notes to support request or note below if court-ordered.
- Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

Requested Service: CT, Abdomen and Pelvis, with Oral and IV Contrast

Clinical Indication: Please see attached

Are supporting documents attached?  Summative Notes, Radiology/Lab Reports, etc.? Yes

**Urgency of Request:**  ☐ Emergency Notification    ☐ < 2 weeks    ☑ 2-6 weeks    ☐ > 6 weeks    ☐ Hospital Admission

**Facility/Hospital/Pharmacy Providing Service:** Medical Imaging of Fredericksburg    **Appt. Date:**

**Health Care Provider Providing Service:** Medical Imaging of Fredericksburg    **Appt. Date:**

*NOTE: By law, USMS may only pay Medicare rates or less.*

**TO BE COMPLETED BY USMS DISTRICT OFFICE:**    *(USMS Districts are not allowed to deny medical requests.)*

**Request is:** ☐ APPROVED    ☐ REFERRED TO POD-OFFICE OF MEDICAL OPERATIONS (OMO)

**District Representative:** _____    **Signature:** _____    **Date:** _____

**Deputies Handling Prisoner:** _____ / _____

Reset Form

USM-551
Rev. 06/16

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
United States Marshals Service

# Medical Submission

**NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. **EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours.

## PRISONER DETAILS

| Last Name | First Name | Date of Birth | USMS # |
|---|---|---|---|
| QUAGLIN | CHRISTOPHER | ███1985 | 38648-509 |

| Facility Name |
|---|
| Northern Neck Regional Jail |

## MEDICAL POINT OF CONTACT

| Title | Last Name | First Name |
|---|---|---|
| LPN | Barnette | Mary |

| Type of Contact | Phone Number | Extension | Email Address |
|---|---|---|---|
| Medical | 804-333-6019 | | ███@nnrj.state.va.us |

## SUBMISSION INFORMATION

**MEDICAL**   *View Medical Submission Addendum*

| Specialty |
|---|
| Radiology |

| Service |
|---|
| CT, Abdomen and Pelvis, with Oral and IV Contrast |

| Specialty |
|---|
| |

| Service |
|---|
| |

| Specialty |
|---|
| |

| Service |
|---|
| |

| Specialty |
|---|
| |

| Service |
|---|
| |

| Comments |
|---|
| |

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody.  The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241- 4247, and S.142 - Hyde Amendment Codification Act. Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care.  Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains.  Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.
UNCLASSIFIED // FOUO

Form USM-551
Rev. 11/20

UNCLASSIFIED // FOR OFFICIAL USE ONLY

## MEDICATION

**Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?**  ○ Yes  ⦿ No

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

| Medication | Dosage | Frequency | End Date |
|---|---|---|---|
| PATIENT MEDICAL ORDERS LIST | | | |
| 1. CLARITIN RDT 10MG TAB       (1 PO QAM) (ENDS: ) | | | |
| 2. DEBROX EAR DROPS        (AS DIRECTED PO BID) (ENDS: ) | | | |
| 3. MULTIVITAMIN  TAB       (1 PO QAM) (ENDS: ) | | | |
| 4. VITAMIN D3 1,000 UNIT TAB    (1 PO QAM) (ENDS: ) | | | |

**Comments**

## NOTIFICATIONS  *View Notification Type Definitions*

**Notification Type**

**Notification Type**

**Notification Type**

**Comments**

*Every submission should include supporting medical documentation.*
*\* Note: USMS pays no more than Medicare rates.*

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody.  The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241- 4247, and S.142 - Hyde Amendment Codification Act.  Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care.  Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicating body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care.  Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains.  Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.
UNCLASSIFIED // FOUO

Form USM-551
Rev. 11/20

# Northern Neck Regional Jail
## Consultation Notes

Name of Consultant    Gastroenterology Associates of Fredericksburg

Patient Name:  QUAGLIN, CHRISTOPHER          Date of Birth:      ____1985

SSN:        ____7103                        Date of Service    6/24/2022

Gender:  Male        Height:  5'6"        Weight:  176        Race:  W

Medication Allergies:   NKDA

Food/Env Allergies:    WHEAT/GLUTEN

Medications:    PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB        (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS            (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB           (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: )

Diagnosis:      PATIENT MEDICAL PROBLEM LIST
1. * ASTHMA (J45909)
2. CELIAC DISEASE (K900)

Consultant's Notes:    Check  HLADQ2DG8
— EGD
— Flu attroprood
— Hydrogen breath test t2 to
   rule out bacterial overgrowth

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|---|---|---|---|
| SHROPSHIRE, SAVANNAH | Saved | | 06/23/2022 16:31 |

Electronically signed by SHROPSHIRE, S (RMA) at 06/23/2022 16:31
Northern Neck Regional Jail, Ph.8043336019
Generated by HealthSecure EMR



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pal, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

| Medical Imaging of Fredericksburg | Medical Imaging of King George | Medical Imaging at Lee's Hill | Medical Imaging of North Stafford |
|---|---|---|---|
| 1201 Sam Perry Blvd Suite 102 Fredericksburg, VA 22401 | 11131 Journey Parkway King George VA 22485 | 10401 Spotsylvania Ave. Suite 101 Fredericksburg, VA 22408 | 125 Woodstream Blvd. Suite 109 Stafford, VA 22556 |

### FOR SCHEDULING OR CANCELLATIONS, PLEASE CALL:  540-741-XRAY (9729)
### Please note that NOT all imaging is available at each location

### DIRECTIONS FOR CT with ORAL CONTRAST

Name:   Christopher Quaglin
Date:
Time:
Regular Diet up to 2 (TWO) hours before the exam.
30 minutes prior to your appointment, drink 32 oz of water :

# Procedure Order

## Ordering Site

Report Date:  06/24/2022

## Patient Information

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender:  Male          Date of Birth: ▮▮▮1985          SSN (last 4 digits): 7103

## Patient Insurance Information

US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653
Group #NONE
Plan #▮▮▮▮▮

## Diagnosis

CELIAC DISEASE K90.0
WEIGHT LOSS, ABNORMAL  R63.4
## Procedures Ordered

## CT, ABDOMEN AND PELVIS, WITH ORAL AND IV CONTRAST (74177)

Labs ordered 6/24/2022

### End of Procedures Ordered

ANWAR DUDEKULA MD
Ordered with:

ANWAR DUDEKULA, MD

# LabCorp Electronic Requisition

**Req #:** 165148    Page: 1

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**Bill To:** Third Party
**Diagnosis:** K90.0
**Requisition Date:** 06/24/2022 10:54 AM

**Priority:** Routine
**Collected:**

## Ordering Site

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
**Account Name:**    **Account #:** 45333292
Ordering Physician: DUDEKULA, ANWAR MD
**UPIN / Provider Id:** 14490 (NPI: 1922145200)
Tech Id: Nagel, Amanda (ANAGEL)

### Patient Information -- Patient
**ID:** 771540  **Appointment ID:** 660493

**Quaglin, Christopher**
3908 Richmond Rd Northern
Neck Regional Jail
Warsaw, VA 22572

(804) 333-6019
**Employer:** unknown

**Sex:** Male

**DOB:** ▉1985
**SSN:** 7103
**Race:** Refused to
Report/Unreported

### Responsible Party Information [Self]
Christopher Quaglin
3908 Richmond Rd Northern Neck Regional
Jail
Warsaw, VA 22572
(804) 333-6019

**DOB:** ▉1985
**SSN:** 7103

| Insurance – Primary | Subscriber – Primary | Insurance – Secondary | Subscriber – Secondary |
|---|---|---|---|
| **Carrier Code:**<br>US MARSHALLS SERVICES DC<br>DISCTICT COURT<br>333 CONSTITUTION AVE NW<br>WASHINGTON, DC 20001<br>**Worker's Comp:** N<br>**Plan Type:** OTH | **Name:** Quaglin, Christopher<br>**DOB:** ▉1985<br>**SSN:** 7103<br>**Group #:** NONE<br>**Plan #:** ▉<br>**Relationship to Insured:** Self | **Carrier Code:**<br>**Plan Type:** | **Name:**<br>**DOB:**<br>**SSN:**<br>**Group #:**<br>**Plan #:**<br>**Relationship to Insured:** |

## Code/Tests Ordered

167082: HLA DQ2, HLA DQ8
  Diagnosis: CELIAC DISEASE (K90.0)

\*/\* End of tests ordered \*/\*

**Additional/Clinical Information:**

**# Specimens:** 0
**Fasting:** No

**Bill To:** Third Party    **DIAGNOSIS:** K90.0

I hereby authorize the services described hereon and authorize payment
directly to LabCorp Orders and Results

D. Anur

_____     06/24/2022     _____     _____
Physician Signature        Date           Patient Signature        Date

**GAF**

1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

| Patient Information | Patient Insurance Information |
|---|---|
| Christopher Quaglin<br>3908 Richmond Rd Northern Neck Regional Jail<br>Warsaw, VA 22572<br>(804) 333-6019<br>Gender:  Male       Date of Birth: ████1985      SSN<br>(last 4 digits): 7103 | US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653<br>Group #NONE<br>Plan #████████ |

**Current Panels/Tests Ordered**

Diagnosis: CELIAC DISEASE (K90.0)

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

D. Anur

ANWAR DUDEKULA, MD

D. Anur

ANWAR DUDEKULA MD

## Clinical Summary for Christopher Quaglin

**Date of Encounter:** 06/24/2022 10:04 AM

**Gastroenterology Associates of Fredericksburg, P.C.**
1031 Care Way
Fredericksburg, VA 22401
Phone: (540) 371-7600    Fax: 540 374 8940

### Reason for today's visit and reported symptoms

### Medical problems addressed today
- CELIAC DISEASE

### Medications
**If you are prescribed a medication at this visit, we will be submitting your prescription electronically and it can take up to 24 hours to be available at your pharmacy.**
\*\*No medications ordered or changed today.
**Active Medication List**
- Vitamin D  specific dose unknown Oral daily
- Tylenol  specific dose unknown Oral as needed
- Multi-Vitamin  1 (one) Oral daily
- Claritin  specific dose unknown Oral daily

### Vital Signs
**Temp.:** 97.9 °F (Infrared)  **Pulse:** 67 (Regular)
**BP:** 124/82 Manual (Sitting, Left Arm, Standard)
**Weight:** 178 lb, 8 oz **Height:** 66 in
**Body Surface Area:** 1.91 m² **Body Mass Index:** 28.81 kg/m²

### Procedures and/or Imaging ordered today
- To be scheduled EGD w/ anesthesia (43239)  \*\*Notes:  Rec & proceed with EGD to evaluate for esophagitis, Barrett's, PUD, celiac. Risk include bleeding/perforation/infection. Benefits and alternatives have been discussed. Pt wishes to proceed

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified.  If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.**

Patient Education:

Christopher Quaglin
Friday, June 24, 2022



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

| Patient Information | Patient Insurance Information |
|---|---|
| Christopher Quaglin<br>3908 Richmond Rd Northern Neck Regional Jail<br>Warsaw, VA 22572<br>(804) 333-6019<br>Gender: Male   Date of Birth: ▮▮ 1985   SSN<br>(last 4 digits): 7103 | US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653<br>Group #NONE<br>Plan # ▮▮▮▮ |

**Current Panels/Tests Ordered**

**Diagnosis: CELIAC DISEASE (K90.0)**

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

## End of Panels/Tests Ordered

*D. Anur*

ANWAR DUDEKULA, MD

*D. Anur*

ANWAR DUDEKULA MD

**Laboratory tests ordered today**

- **HLA DQ2, HLA DQ8 (81377) LABCORP** Ordered
  Diagnosis: CELIAC DISEASE

- **Hydrogen Breath Test w/ Lactulose - SIBO (91065)** Ordered
  Diagnosis: CELIAC DISEASE

You can access your lab results if you have signed up for our Follow My Health secure online portal. The results are immediately available once they are reviewed by a physician. Our office does <u>not</u> call patients with normal/negative results. Results that are abnormal/positive will be discussed in office at the time of your follow up visit unless otherwise specified.

Please note that if your provider has ordered this lab work it is because she/he feels it is necessary and appropriate to best evaluate you based upon symptoms you have presented. As insurance reimbursement policies differ, we strongly encourage you to check with your insurance company before completing lab work. If you have any questions about if the tests will be covered as ordered we recommend you call your insurance company.

**Instructions and recommendations discussed today**
- Follow up post procedure

**Next appointment (if scheduled)**

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified. If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted. Our office does not call patients with normal/negative results. Results that are abnormal/positive will be discussed in office at the time of your follow up visit. Please note that many tests take 1 to 3 weeks to result.**

**How to Access Health Information Online**
www.followmyhealth.com

You can access your medical information online at your convenience.
- View test and lab results.
- Set up proxy accounts for children and dependent adults.

Get started...It's as easy as 1, 2, 3
1. Click the registration link in the email you receive from noreply@followmyhealth.com
2. Create your portal login using a unique username and password.
3. Enter the invitation code (this can be the last 4 digits of your SSN or the year you were born) provided by your medical organization and click "Agree" to the release of information.

You will receive two emails:
- One will welcome you to the portal.
- One will confirm your connection with our organization.

You now have 24/7 secure online access to our patient portal and your medical information!

U.S. Department of Justice
United States Marshals Service

# Prisoner Medical Request

INSTRUCTIONS: To be completed by detention facility and USMS district offices (as applicable).

- **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and fax or email it to the USMS district office listed below. USMS will notify you of approval or denial of the request.
- **EMERGENCIES:** *Obtain treatment* and notify USMS by emailing or faxing this form to USMS within 24 hours.

*U.S. Marshals Service Use Only:*   **District:** _____

**Telephone:** _____   **Fax:** _____   **E-mail:** _____

**Date of Request:** 07/05/2022   **Time of Request:** 11:54

**Prisoner Name:** QUAGLIN, CHRISTOPHER   **USMS Prisoner No.:** 38648-509   **DOB:** ▮ 1985

**Private Insurance?** ☐ YES   ☑ NO   If yes, Provider Name: _____

**Detention Facility:** Northern Neck Regional Jail   **Contact Person:** Ms Barnette LPN/Ms Huffman EMT-B

**Telephone:** 804-333-6019   **Fax:** 804-333-9374

Requested Service(s)/Hospitalization and Justification:

- Attach medical or dental notes to support request or note below if court-ordered.
- Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

Requested Service: Hydrogen/Breath Test

Clinical Indication: Please see attached

Are supporting documents attached? Summative Notes, Radiology/Lab Reports, etc.? Yes

**Urgency of Request:** ☐ Emergency Notification   ☐ < 2 weeks   ☑ 2-6 weeks   ☐ > 6 weeks   ☐ Hospital Admission

**Facility/Hospital/Pharmacy Providing Service:** Gastro Associates of Fredericksburg   **Appt. Date:** _____

**Health Care Provider Providing Service:** Gastro Associates of Fredericksburg   **Appt. Date:** _____

*NOTE: By law, USMS may only pay Medicare rates or less.*

**TO BE COMPLETED BY USMS DISTRICT OFFICE:**   *(USMS Districts are not allowed to deny medical requests.)*

**Request is:** ☐ APPROVED   ☐ REFERRED TO POD-OFFICE OF MEDICAL OPERATIONS (OMO)

**District Representative:** _____   **Signature:** _____   **Date:** _____

**Deputies Handling Prisoner:** _____ / _____

Reset Form

USM-551
Rev. 06/16

UNCLASSIFIED // FOR OFFICIAL USE ONLY

**U.S. Department of Justice**
United States Marshals Service

**Medical Submission**

**NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. **EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours.

**PRISONER DETAILS**

| Last Name | First Name | Date of Birth | USMS # |
|---|---|---|---|
| QUAGLIN | CHRISTOPHER | ▮1985 | 38648-509 |

Facility Name
Northern Neck Regional Jail

**MEDICAL POINT OF CONTACT**

| Title | Last Name | First Name |
|---|---|---|
| LPN | Barnette | Mary |

| Type of Contact | Phone Number | Extension | Email Address |
|---|---|---|---|
| Medical | 804-333-6019 | | ▮@nnrj.state.va.us |

**SUBMISSION INFORMATION**

MEDICAL  *View Medical Submission Addendum*

Specialty
Gastroenterology

Service
Other (explain): Hydrogen/Breath test

Specialty

Service

Specialty

Service

Specialty

Service

Comments

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody. The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (J), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241- 4247, and S.142 - Hyde Amendment Codification Act. Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care. Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains. Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.

UNCLASSIFIED // FOUO

Form USM-551
Rev. 11/20

UNCLASSIFIED // FOR OFFICIAL USE ONLY

## MEDICATION

**Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?** ○ Yes ● No

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

| Medication | Dosage | Frequency | End Date |
|---|---|---|---|
| PATIENT MEDICAL ORDERS LIST | | | |
| 1. CLARITIN RDT 10MG TAB    (1 PO QAM) (ENDS: ) | | | |
| 2. DEBROX EAR DROPS    (AS DIRECTED PO BID) (ENDS: ) | | | |
| 3. MULTIVITAMIN  TAB    (1 PO QAM) (ENDS: ) | | | |
| 4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: ) | | | |

**Comments**

## NOTIFICATIONS  *View Notification Type Definitions*

**Notification Type**

**Notification Type**

**Notification Type**

**Comments**

*Every submission should include supporting medical documentation.*
*\* Note: USMS pays no more than Medicare rates.*

The United States Marshals Service collects the information on this form to assist in providing medical care for individuals in USMS custody.  The authority for collecting the information on the USM 551 Prisoner Medical Request is found at 28 C.F.R. § 0.111 (j), (k) and 18 U.S.C. § 4086, which provides for the care and custody of USMS prisoners. The USMS authority to manage standards for prisoner health care derives from 18 U.S.C. §§ 4006, 4013, 4241-4247, and S.142 - Hyde Amendment Codification Act. Providing the information on this form is voluntary. However, failure to do so may affect the ability of USMS personnel to assist in obtaining relevant medical care.  Pursuant to the Privacy Act of 1974, the information provided on this form may be disclosed to the court or other adjudicative body when relevant to a proceeding; and to other federal, state, or local law enforcement agencies, to the extent that disclosure is relevant to their law enforcement responsibilities or necessary to assist in prisoner medical care. Depending on the circumstances, this information may be disclosed without the consent of the person to whom the information pertains.  Routine uses permitting the disclosure of this information can be found in USM-005, U.S. Marshals Service, Capture Prisoner Management-System of Records Notice.
UNCLASSIFIED // FOUO

Form USM-551
Rev. 11/20

# Northern Neck Regional Jail
## Consultation Notes

Name of Consultant   Gastroenterology Associates of Fredericksburg

Patient Name:   QUAGLIN, CHRISTOPHER          Date of Birth:   ███ 1985

SSN:   ███ 7103          Date of Service   6/24/2022

Gender:  Male          Height:  5'6"          Weight:  176          Race:  W

Medication Allergies:   NKDA

Food/Env Allergies:   WHEAT/GLUTEN

Medications:   PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB       (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS            (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB           (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: )

Diagnosis:   PATIENT MEDICAL PROBLEM LIST
1. * ASTHMA (J45909)
2. CELIAC DISEASE (K900)

Consultant's Notes:   Check HLADQ2DC8
- EGD
- F/U w/ proc
- Hydrogen breath test t2 to rule out bacterial overgrowth

ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| SHROPSHIRE, SAVANNAH | Saved | | 06/23/2022 16:31 |

Electronically signed by SHROPSHIRE, S (RMA) at 06/23/2022 16:31
Northern Neck Regional Jail, Ph.8043336019
Generated by HealthSecure EMR



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pal, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

| Medical Imaging of Fredericksburg | Medical Imaging of King George | Medical Imaging at Lee's Hill | Medical Imaging of North Stafford |
|---|---|---|---|
| 1201 Sam Perry Blvd Suite 102 Fredericksburg, VA 22401 | 11131 Journey Parkway King George VA 22485 | 10401 Spotsylvania Ave. Suite 101 Fredericksburg, VA 22408 | 125 Woodstream Blvd. Suite 109 Stafford, VA 22556 |

**FOR SCHEDULING OR CANCELLATIONS, PLEASE CALL: 540-741-XRAY (9729)**
**Please note that NOT all imaging is available at each location**

### DIRECTIONS FOR CT with ORAL CONTRAST

Name:   Christopher Quaglin
Date:
Time:
Regular Diet up to 2 (TWO) hours before the exam.
30 minutes prior to your appointment, drink 32 oz of water :

# Procedure Order

## Ordering Site

Report Date:  06/24/2022

## Patient Information

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender:  Male        Date of Birth: ███1985        SSN (last 4 digits): 7103

## Patient Insurance Information

US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653
Group #NONE
Plan #████████

## Diagnosis

CELIAC DISEASE K90.0
WEIGHT LOSS, ABNORMAL  R63.4

## Procedures Ordered

**CT, ABDOMEN AND PELVIS, WITH ORAL AND IV CONTRAST (74177)**

Labs ordered 6/24/2022

### End of Procedures Ordered

---

Christopher Quaglin

Friday, June 24, 2022

Patient #:  771540

DOB: ███1985 (36 years)

Page 1 / 2

_____
ANWAR DUDEKULA MD
Ordered with:


ANWAR DUDEKULA, MD

# LabCorp Electronic Requisition

| | |
|---|---|
| **Bill To:** Third Party | **Req #:** 165148      Page: 1 |
| **Diagnosis:** K90.0 | |
| **Requisition Date:** 06/24/2022 10:54 AM | **Priority:** Routine |
| | **Collected:** |

**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
**Account Name:**    **Account #:** 45333292
**Ordering Physician:** DUDEKULA, ANWAR MD
**UPIN / Provider Id:** 14490 (NPI: 1922145200)
**Tech Id:** Nagel, Amanda (ANAGEL)

**Patient Information -- Patient**
ID: 771540   **Appointment ID:** 660493

Quaglin, Christopher      **Sex:** Male
3908 Richmond Rd Northern
Neck Regional Jail      **DOB:** [ ]1985
Warsaw, VA 22572      **SSN:** 7103
     **Race:** Refused to
(804) 333-6019      Report/Unreported
**Employer:** unknown

**Responsible Party Information [Self]**

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional
Jail
Warsaw, VA 22572      **DOB:** [ ]1985
(804) 333-6019      **SSN:** 7103

| **Insurance – Primary** | **Subscriber - Primary** | **Insurance - Secondary** | **Subscriber - Secondary** |
|---|---|---|---|
| **Carrier Code:** | **Name:** Quaglin, Christopher | **Carrier Code:** | **Name:** |
| US MARSHALLS SERVICES DC | **DOB:** [ ]1985 | **Plan Type:** | **DOB:** |
| DISCTICT COURT | **SSN:** 7103 | | **SSN:** |
| 333 CONSTITUTION AVE NW | **Group #:** NONE | | **Group #:** |
| WASHINGTON, DC 20001 | **Plan #:** | | **Plan #:** |
| **Worker's Comp:** N | **Relationship to** | | **Relationship to Insured:** |
| **Plan Type:** OTH | **Insured:** Self | | |

---

**Code/Tests Ordered**

**167082: HLA DQ2, HLA DQ8**
   **Diagnosis:** CELIAC DISEASE (K90.0)

*/* End of tests ordered */*

---

**Additional/Clinical Information:**

**# Specimens:** 0
**Fasting:** No

**Bill To:** Third Party      **DIAGNOSIS:** K90.0

I hereby authorize the services described hereon and authorize payment
directly to LabCorp Orders and Results

D. Amur

_____    06/24/2022
Physician Signature      Date

_____    _____
Patient Signature      Date

**GAP**

1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Doug Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

## Patient Information

Christopher Quaglin
3908 Richmond Rd Northern Neck Regional Jail
Warsaw, VA 22572
(804) 333-6019
Gender:  Male        Date of Birth: ▉1985        SSN
(last 4 digits): 7103

## Patient Insurance Information

US MARSHALLS SERVICES DC DISCTICT COURT (202)
353-0653
Group #NONE
Plan #▉

## Current Panels/Tests Ordered

**Diagnosis: CELIAC DISEASE (K90.0)**

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

*D. Anur*

ANWAR DUDEKULA, MD

*D. Anur*

ANWAR DUDEKULA MD

# Clinical Summary for Christopher Quaglin

**Date of Encounter:** 06/24/2022 10:04 AM

**Gastroenterology Associates of Fredericksburg, P.C.**
1031 Care Way
Fredericksburg, VA 22401
Phone: (540) 371-7600    Fax: 540 374 8940

## Reason for today's visit and reported symptoms

## Medical problems addressed today

- CELIAC DISEASE

## Medications

**If you are prescribed a medication at this visit, we will be submitting your prescription electronically and it can take up to 24 hours to be available at your pharmacy.**

**No medications ordered or changed today.
  **Active Medication List**

- Vitamin D  specific dose unknown Oral daily
- Tylenol  specific dose unknown Oral as needed
- Multi-Vitamin  1 (one) Oral daily
- Claritin  specific dose unknown Oral daily

## Vital Signs

**Temp.:** 97.9 °F (Infrared)  **Pulse:** 67 (Regular)
**BP:** 124/82 Manual (Sitting, Left Arm, Standard)
**Weight:** 178 lb, 8 oz **Height:** 66 in
**Body Surface Area:** 1.91 m² **Body Mass Index:** 28.81 kg/m²

## Procedures and/or Imaging ordered today

- To be scheduled EGD w/ anesthesia (43239)  **Notes:  Rec & proceed with EGD to evaluate for esophagitis, Barrett's, PUD, celiac. Risk include bleeding/perforation/infection. Benefits and alternatives have been discussed. Pt wishes to proceed

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified.  If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal if you have not been contacted.**

Patient Education:



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pal, DO
Narayan Dharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

# Laboratory Order

**COPY RESULTS TO:** Dr.   Fax #:
**Ordering Site**

Gastroenterology Associates of Fredericksburg, P.C.
1031 Care Way
Fredericksburg, VA 22401
(540) 371-7600
Fax: (540) 371-2046

Report Date:  06/24/2022

| Patient Information | Patient Insurance Information |
|---|---|
| Christopher Quaglin<br>3908 Richmond Rd Northern Neck Regional Jail<br>Warsaw, VA 22572<br>(804) 333-6019<br>Gender: Male     Date of Birth: ███ 1985     SSN<br>(last 4 digits): 7103 | US MARSHALLS SERVICES DC DISCTICT COURT (202) 353-0653<br>Group #NONE<br>Plan # ██████ |

**Current Panels/Tests Ordered**

Diagnosis: CELIAC DISEASE (K90.0)

HLA DQ2, HLA DQ8 (81377) LABCORP Order date: 06/24/2022

**End of Panels/Tests Ordered**

_D. Anur_

ANWAR DUDEKULA, MD

_D. Anur_

ANWAR DUDEKULA MD

---

**Laboratory tests ordered today**

- **HLA DQ2, HLA DQ8 (81377) LABCORP** Ordered
  Diagnosis:  CELIAC DISEASE

- **Hydrogen Breath Test w/ Lactulose - SIBO (91065)** Ordered
  Diagnosis:  CELIAC DISEASE

You can access your lab results if you have signed up for our Follow My Health secure online portal. The results are immediately available once they are reviewed by a physician. Our office does <u>not</u> call patients with normal/negative results.  Results that are abnormal/positive will be discussed in office at the time of your follow up visit unless otherwise specified.

Please note that if your provider has ordered this lab work it is because she/he feels it is necessary and appropriate to best evaluate you based upon symptoms you have presented.  As insurance reimbursement policies differ, we strongly encourage you to check with your insurance company before completing lab work.  If you have any questions about if the tests will be covered as ordered we recommend you call your insurance company.

**Instructions and recommendations discussed today**
- Follow up post procedure

**Next appointment (if scheduled)**

**Results of Imaging and/or Procedures will be discussed at your next scheduled office visit unless otherwise specified. If you have been advise that results will be given via phone, please contact our office one week after your Imaging for results or log on to the online portal If you have not been contacted.  Our office does not call patients with normal/negative results.  Results that are abnormal/positive will be discussed In office at the time of your follow up visit.  Please note that many tests take 1 to 3 weeks to result.**

**How to Access Health Information Online**
www.followmyhealth.com

You can access your medical information online at your convenience.
- View test and lab results.
- Set up proxy accounts for children and dependent adults.

Get started...It's as easy as 1, 2, 3
1. Click the registration link in the email you receive from noreply@followmyhealth.com
2. Create your portal login using a unique username and password.
3. Enter the invitation code (this can be the last 4 digits of your SSN or the year you were born) provided by your medical organization and click "Agree" to the release of information.

You will receive two emails:
- One will welcome you to the portal.
- One will confirm your connection with our organization.

You  now have 24/7 secure online access to our patient portal and your medical information!

Log Notes

## NURSING PROGRESS LOG NOTE

Patient name:   QUAGLIN, CHRISTOPHER          Patient DOB:   ████ 1985          Patient ID:   00050929

| | |
|---|---|
| **Time of Service** | 06/27/2022 14:49 |

**Log Note**

vitals taken at the request of nurse Nelson

**Vitals**

| **Wt** | 175 | **T** | 97.8 | **BP** | 136 | / | 78 | **P** | 105 | **R** | 18 | **O2 Sat** | 98 | **Pain** | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**BG** [   ]   [            ]   ◎ Breakfast  ◎ Lunch  ◎ Dinner  ◎ Bedtime  ◎ Other

**Add Addendum**

Electronically signed by BOWLING, A (EMT) at 06/27/2022 14:51

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

---

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|---|---|---|---|
| BOWLING, AUTUMN | Saved | | 06/27/2022 14:51 |

# United States Marshals Service
# Prisoner Medical Request

**INSTRUCTIONS:** This portion of the form is to be completed by NNRJ.

**NON-EMERGENCIES:** Prior to seeking outside medical attention for a patient, complete this form and fax it to the USMS district office at the fax number listed on the printed form. USMS will notify you of approval or denial of the request.

**EMERGENCIES:** *Obtain treatment* and notify USMS by faxing this form to the number on the printed version within 24 hours.

| | | | |
|---|---|---|---|
| Patient: | QUAGLIN, CHRISTOPHER | Date: | 07/05/2022 |
| USMS Prisoner No.: | 38648-509 | Time: | 11:54 |
| Date of Birth: | ████ 1985 | | |

**Private Insurance?**  YES  [NO]   If yes, Provider Name

**Detention Facility**   Northern Neck Regional Jail

**Contact Person**   Ms Barnette LPN/Ms Huffman EMT   Phone 804-333-6019   Fax 804-333-9374

## DESCRIPTION OF REQUESTED SERVICE(S) AND REASON FOR SERVICE(S):

- Attach medical or dental notes to support request or note below if court-ordered. - Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

Requested Service: Hydrogen/Breath Test

Clinical Indication: Please see attached

Are supporting documents attached?  Summative Notes, Radiology/Lab Reports, etc.? Yes

**Urgency of Request**   EMERGENCY NOTIFICATION   < 2 WEEKS   [2-6 WEEKS]   > 6 WEEKS   HOSPITAL ADMISSION

**Facility/Hospital/Pharmacy Providing Service**   Gastro Associates of Fredericksburg   Appt. Date

**Health Care Provider Providing Service**   Gastro Associates of Fredericksburg   Appt. Date

Version 20210713

### ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|---|---|---|---|
| WILLIAMS, CASEY | Saved | | 07/05/2022 11:54 |

Electronically signed by WILLIAMS, C (MEDICAL SECRETARY ) at 07/05/2022 11:54

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# United States Marshals Service
# Medical Submission

| USM Instructions: | **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. |
|---|---|
| | **EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours. |
| **HealthSecure Instructions:** | Complete and save this encounter, then view it and click the "Generate PDF" button at the bottom. |

## PRISONER DETAILS

Last Name:  QUAGLIN

First Name:  CHRISTOPHER

Facility Name  Northern Neck Regional Jail

DOB:  ████1985

USMS#  38648-509

## MEDICAL POINT OF CONTACT

Last Name  Barnette

First Name  Mary

Phone/Ext  804-333-6019

Title  LPN

Type of Contact  Medical

Email  ████@nnrj.state.va.us

## SUBMISSION INFORMATION

### Medical

List Specialties and Services:

| Specialties | Services |
|---|---|
| Gastroenterology | Other (explain): Hydrogen/Breath test |
| | |
| | |
| | |
| Comments | |

### Medication

**YES** **NO**   Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

Medications (medication, dosage, frequency, end date):

```
PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS          (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB       (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: )
```

Comments

## Notifications

Notification Types

Comments

## ACCOMPANYING INFORMATION
(Triple-click to highlight an entry, then copy/paste into the Specialties or Services field above.)

| Specialty | Service |
| --- | --- |
| Addiction Medicine | • Other (explain): |
| Allergy/Immunology | • Other (explain): |
| Anesthesiology | • Other (explain): |
| Audiology | • One-time replacement/repair of documented hearing aids broken/lost while in USMS custody<br>• Replacement hearing aid batteries<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Cardiology | • Consultation<br>• Electrocardiogram (EKG or ECG)<br>• Post surgery follow-up appointments<br>• Other (explain): |
| Dentistry – General | • Focused dental examination and dental x-rays in the presence of pain and suffering<br>• Extractions/fillings ONLY to relieve active pain/suffering, documented by dentist/medical provider<br>• Removal of braces or dental hardware, if causing pain, discomfort, or infection<br>• One-time replacement/repair of documented dentures broken/lost while in USMS custody<br>• Routine dental hygiene, must be in uninterrupted USMS custody for greater than 365 days<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Dermatology | • Other (explain): |
| Durable Medical Equipment/Supplies | • Cane<br>• Crutches<br>• Standard wheelchair<br>• Walker<br>• Oxygen (with a written recommendation by a health care provider)<br>• Other (explain): |
| Emergency Care | • Emergency hospitalizations/surgeries<br>• Emergency room visits<br>• Dental emergencies<br>• Psychiatric emergencies<br>• Other (explain): |
| Endocrinology | • Other (explain): |
| Gastroenterology | • Other (explain): |
| General Medicine | • Other (explain): |
| General Surgery | • Other (explain): |
| Hematology | • Other (explain): |
| Hepatology | • Other (explain): |
| Infectious Disease | • Other (explain): |
| Infirmary Care | • Other (explain): |
| Internal Medicine | • Other (explain): |

| Laboratory Services | • CBC (Complete Blood Count) |
| | • BMP (Basic Metabolic Profile) |
| | • CMP (Complete Metabolic Profile) |
| | • HgBA1C (Hemoglobin A1C) |
| | • TSH (Thyroid Stimulating Hormone) |
| | • Lipid Profile |
| | • LFT (Liver Function Test) |
| | • PT/INR (Prothrombin/International Normalized Ratio) |
| | • PTT (Prothrombin Time) |
| | • Thyroid Panel |
| | • Therapeutic Medication Levels (except for Keppra (Levetiracetam)) |
| | • UA (Urinalysis) |
| | • Other (explain): |
| Mental Health/Behavioral Medicine | • Consults for emergencies, suicide risk, risk of hurting self or others, or medication adjustment |
| | • Other (explain): |
| Nephrology | • Other (explain): |
| Neurology | • Other (explain): |
| Neurosurgery | • Other (explain): |
| Nuclear Medicine | • Other (explain): |
| Nursing | • Other (explain): |
| Obstetrics/Gynecology (OBGYN) | • Tests to confirm pregnancy diagnosis (blood or urine) |
| | • Prenatal care/routine OB visits, including prenatal vitamins, routine lab tests, and one ultrasound |
| | • Hospital/delivery care of mother ONLY (max hospital stay of 48 hrs vaginal delivery/72 hrs c-section) |
| | • Postpartum follow-up |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Routine gynecological exams, must be in uninterrupted USMS custody for greater than 365 days |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Oncology | • Other (explain): |
| Ophthalmology | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Optometry | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Other (explain): |
| Oral Maxillofacial | • Other (explain): |
| Orthopedics | • Consultation, after documented exam by appropriate health care provider, with documentation |
| | • X-rays |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Otorhinolaryngology (ENT) | • Other (explain): |
| Pain Management | • Other (explain): |
| Pediatrics | • Other (explain): |
| Pharmacy | • Other (explain): |
| Physical Medicine/Rehabilitation | • Other (explain): |
| Plastic Surgery | • Other (explain): |
| Podiatry | • Other (explain): |
| Pulmonology/Respiratory Medicine | • Other (explain): |
| Radiology | • Diagnostic x-rays for injury, pain, symptoms, or ID screening, documented by a medical provider |
| | • Ultrasound, to evaluate pain or clinical symptoms, documented by a health care provider |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Other (explain): |
| Rheumatology | • Other (explain): |
| Transfusion Medicine | • Other (explain): |

Urology                              • Other (explain):

Vascular Surgery                     • Other (explain):

Wound Care                           • Other (explain):

Form USM-551, Rev. 11/20                                        EMR Version 20210111

Electronically signed by WILLIAMS, C (MEDICAL SECRETARY ) at 07/05/2022 11:55

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# United States Marshals Service
# Prisoner Medical Request

**INSTRUCTIONS:** This portion of the form is to be completed by NNRJ.

**NON-EMERGENCIES:** Prior to seeking outside medical attention for a patient, complete this form and fax it to the USMS district office at the fax number listed on the printed form. USMS will notify you of approval or denial of the request.

**EMERGENCIES:** *Obtain treatment* and notify USMS by faxing this form to the number on the printed version within 24 hours.

| | | | |
|---|---|---|---|
| Patient: | QUAGLIN, CHRISTOPHER | Date: | 07/05/2022 |
| USMS Prisoner No.: | 38648-509 | Time: | 11:57 |
| Date of Birth: | ████ 1985 | | |

**Private Insurance?**    YES  **NO**    If yes, Provider Name

**Detention Facility**    Northern Neck Regional Jail

**Contact Person**    Ms Barnette LPN/Ms Huffman EMT    Phone  804-333-6019    Fax  804-333-9374

**DESCRIPTION OF REQUESTED SERVICE(S) AND REASON FOR SERVICE(S):**

- Attach medical or dental notes to support request or note below if court-ordered. - Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

Requested Service: CT, Abdomen and Pelvis, with Oral and IV Contrast

Clinical Indication: Please see attached

Are supporting documents attached?  Summative Notes, Radiology/Lab Reports, etc.? Yes

**Urgency of Request**    EMERGENCY NOTIFICATION  | < 2 WEEKS  | **2-6 WEEKS**  | > 6 WEEKS  | HOSPITAL ADMISSION

**Facility/Hospital/Pharmacy Providing Service**    Medical Imaging of Fredericksburg    **Appt. Date**

**Health Care Provider Providing Service**    Medical Imaging of Fredericksburg    **Appt. Date**

Version 20210713

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|---|---|---|---|
| WILLIAMS, CASEY | Saved | | 07/05/2022 11:57 |

Electronically signed by WILLIAMS, C (MEDICAL SECRETARY) at 07/05/2022 11:57

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# United States Marshals Service
# Medical Submission

| | |
|---|---|
| **USM Instructions:** | **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. |
| | **EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours. |
| **HealthSecure Instructions:** | Complete and save this encounter, then view it and click the "Generate PDF" button at the bottom. |

## PRISONER DETAILS

Last Name:    QUAGLIN

First Name:    CHRISTOPHER

Facility Name    Northern Neck Regional Jail

DOB:    ██████/1985

USMS#    38648-509

## MEDICAL POINT OF CONTACT

Last Name    Barnette

First Name    Mary

Phone/Ext    804-333-6019

Title    LPN

Type of Contact    Medical

Email    ████@nnrj.state.va.us

## SUBMISSION INFORMATION

### Medical

List Specialties and Services:

| Specialties | Services |
|---|---|
| Radiology | CT, Abdomen and Pelvis, with Oral and IV Contrast |
| | |
| | |
| | |

Comments

### Medication

**YES** **NO**    Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

Medications (medication, dosage, frequency, end date):

```
PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS          (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB         (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB  (1 PO QAM) (ENDS: )
```

Comments

## Notifications

Notification Types

Comments

## ACCOMPANYING INFORMATION
(Triple-click to highlight an entry, then copy/paste into the Specialties or Services field above.)

| Specialty | Service |
|-----------|---------|
| Addiction Medicine | • Other (explain): |
| Allergy/Immunology | • Other (explain): |
| Anesthesiology | • Other (explain): |
| Audiology | • One-time replacement/repair of documented hearing aids broken/lost while in USMS custody<br>• Replacement hearing aid batteries<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Cardiology | • Consultation<br>• Electrocardiogram (EKG or ECG)<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Dentistry – General | • Focused dental examination and dental x-rays in the presence of pain and suffering<br>• Extractions/fillings ONLY to relieve active pain/suffering, documented by dentist/medical provider<br>• Removal of braces or dental hardware, if causing pain, discomfort, or infection<br>• One-time replacement/repair of documented dentures broken/lost while in USMS custody<br>• Routine dental hygiene, must be in uninterrupted USMS custody for greater than 365 days<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Dermatology | • Other (explain): |
| Durable Medical Equipment/Supplies | • Cane<br>• Crutches<br>• Standard wheelchair<br>• Walker<br>• Oxygen (with a written recommendation by a health care provider)<br>• Other (explain): |
| Emergency Care | • Emergency hospitalizations/surgeries<br>• Emergency room visits<br>• Dental emergencies<br>• Psychiatric emergencies<br>• Other (explain): |
| Endocrinology | • Other (explain): |
| Gastroenterology | • Other (explain): |
| General Medicine | • Other (explain): |
| General Surgery | • Other (explain): |
| Hematology | • Other (explain): |
| Hepatology | • Other (explain): |
| Infectious Disease | • Other (explain): |
| Infirmary Care | • Other (explain): |
| Internal Medicine | • Other (explain): |

| Laboratory Services | |
|---|---|
| | • CBC (Complete Blood Count) |
| | • BMP (Basic Metabolic Profile) |
| | • CMP (Complete Metabolic Profile) |
| | • HgBA1C (Hemoglobin A1C) |
| | • TSH (Thyroid Stimulating Hormone) |
| | • Lipid Profile |
| | • LFT (Liver Function Test) |
| | • PT/INR (Prothrombin/International Normalized Ratio) |
| | • PTT (Prothrombin Time) |
| | • Thyroid Panel |
| | • Therapeutic Medication Levels (except for Keppra (Levetiracetam)) |
| | • UA (Urinalysis) |
| | • Other (explain): |
| Mental Health/Behavioral Medicine | • Consults for emergencies, suicide risk, risk of hurting self or others, or medication adjustment |
| | • Other (explain): |
| Nephrology | • Other (explain): |
| Neurology | • Other (explain): |
| Neurosurgery | • Other (explain): |
| Nuclear Medicine | • Other (explain): |
| Nursing | • Other (explain): |
| Obstetrics/Gynecology (OBGYN) | • Tests to confirm pregnancy diagnosis (blood or urine) |
| | • Prenatal care/routine OB visits, including prenatal vitamins, routine lab tests, and one ultrasound |
| | • Hospital/delivery care of mother ONLY (max hospital stay of 48 hrs vaginal delivery/72 hrs c-section) |
| | • Postpartum follow-up |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Routine gynecological exams, must be in uninterrupted USMS custody for greater than 365 days |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Oncology | • Other (explain): |
| Ophthalmology | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Optometry | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Other (explain): |
| Oral Maxillofacial | • Other (explain): |
| Orthopedics | • Consultation, after documented exam by appropriate health care provider, with documentation |
| | • X-rays |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Otorhinolaryngology (ENT) | • Other (explain): |
| Pain Management | • Other (explain): |
| Pediatrics | • Other (explain): |
| Pharmacy | • Other (explain): |
| Physical Medicine/Rehabilitation | • Other (explain): |
| Plastic Surgery | • Other (explain): |
| Podiatry | • Other (explain): |
| Pulmonology/Respiratory Medicine | • Other (explain): |
| Radiology | • Diagnostic x-rays for injury, pain, symptoms, or ID screening, documented by a medical provider |
| | • Ultrasound, to evaluate pain or clinical symptoms, documented by a health care provider |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Other (explain): |
| Rheumatology | • Other (explain): |
| Transfusion Medicine | • Other (explain): |

| | |
|---|---|
| Urology | • Other (explain): |
| Vascular Surgery | • Other (explain): |
| Wound Care | • Other (explain): |

Form USM-551, Rev. 11/20                                    EMR Version 20210111

Electronically signed by WILLIAMS, C (MEDICAL SECRETARY ) at 07/05/2022 11:57

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# United States Marshals Service
# Prisoner Medical Request

**INSTRUCTIONS:** This portion of the form is to be completed by NNRJ.

**NON-EMERGENCIES:** Prior to seeking outside medical attention for a patient, complete this form and fax it to the USMS district office at the fax number listed on the printed form. USMS will notify you of approval or denial of the request.

**EMERGENCIES:** *Obtain treatment* and notify USMS by faxing this form to the number on the printed version within 24 hours.

| | |
|---|---|
| Patient: | QUAGLIN, CHRISTOPHER |
| USMS Prisoner No.: | 38648-509 |
| Date of Birth: | ███ 1985 |

Date: 07/05/2022
Time: 11:59

Private Insurance? YES [NO] If yes, Provider Name [                    ]

Detention Facility [ Northern Neck Regional Jail ]

Contact Person [ Ms Barnette LPN/Ms Huffman EMT ]  Phone [ 804-333-6019 ]  Fax [ 804-333-9374 ]

**DESCRIPTION OF REQUESTED SERVICE(S) AND REASON FOR SERVICE(S):**

- Attach medical or dental notes to support request or note below if court-ordered. - Over-the-counter (OTC) medications are covered by the per diem rate as part of inside medical care.
- OTCs should be provided by the jail without any additional cost to USMS.

> Requested Service: Labwork
>
> Clinical Indication: Please see attached
>
> Are supporting documents attached? Summative Notes, Radiology/Lab Reports, etc.? Yes

**Urgency of Request**   EMERGENCY NOTIFICATION | [< 2 WEEKS] | 2-6 WEEKS | > 6 WEEKS | HOSPITAL ADMISSION

Facility/Hospital/Pharmacy Providing Service [ NNRJ ]  Appt. Date [        ]

Health Care Provider Providing Service [ LabCorp ]  Appt. Date [        ]

Version 20210713

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|---|---|---|---|
| WILLIAMS, CASEY | Saved | | 07/05/2022 11:59 |

Electronically signed by WILLIAMS, C (MEDICAL SECRETARY ) at 07/05/2022 11:59
Northern Neck Regional Jail, Ph.8043336019
Generated by HealthSecure EMR

# United States Marshals Service
# Medical Submission

**USM Instructions:**   **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request.

**EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours.

**HealthSecure Instructions:**   Complete and save this encounter, then view it and click the "Generate PDF" button at the bottom.

## PRISONER DETAILS

Last Name:   QUAGLIN

First Name:   CHRISTOPHER

Facility Name   Northern Neck Regional Jail

DOB:   ███ 1985

USMS#   38648-509

## MEDICAL POINT OF CONTACT

Last Name   Barnette

First Name   Mary

Phone/Ext   804-333-6019

Title   LPN

Type of Contact   Medical

Email   ███@nnrj.state.va.us

## SUBMISSION INFORMATION

### Medical

List Specialties and Services:

| Specialties | Services |
| --- | --- |
| Laboratory Services | HLA DQ2 and HLA DQ8 |
| | |
| | |
| | |

Comments

### Medication

YES **NO**   Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program?

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

Medications (medication, dosage, frequency, end date):

```
PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS        (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB      (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: )
```

Comments

Notifications

Notification Types

Comments

ACCOMPANYING INFORMATION
(Triple-click to highlight an entry, then copy/paste into the Specialties or Services field above.)

| Specialty | Service |
|---|---|
| Addiction Medicine | • Other (explain): |
| Allergy/Immunology | • Other (explain): |
| Anesthesiology | • Other (explain): |
| Audiology | • One-time replacement/repair of documented hearing aids broken/lost while in USMS custody<br>• Replacement hearing aid batteries<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Cardiology | • Consultation<br>• Electrocardiogram (EKG or ECG)<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Dentistry – General | • Focused dental examination and dental x-rays in the presence of pain and suffering<br>• Extractions/fillings ONLY to relieve active pain/suffering, documented by dentist/medical provider<br>• Removal of braces or dental hardware, if causing pain, discomfort, or infection<br>• One-time replacement/repair of documented dentures broken/lost while in USMS custody<br>• Routine dental hygiene, must be in uninterrupted USMS custody for greater than 365 days<br>• Post-surgery follow-up appointments<br>• Other (explain): |
| Dermatology | • Other (explain): |
| Durable Medical Equipment/Supplies | • Cane<br>• Crutches<br>• Standard wheelchair<br>• Walker<br>• Oxygen (with a written recommendation by a health care provider)<br>• Other (explain): |
| Emergency Care | • Emergency hospitalizations/surgeries<br>• Emergency room visits<br>• Dental emergencies<br>• Psychiatric emergencies<br>• Other (explain): |
| Endocrinology | • Other (explain): |
| Gastroenterology | • Other (explain): |
| General Medicine | • Other (explain): |
| General Surgery | • Other (explain): |
| Hematology | • Other (explain): |
| Hepatology | • Other (explain): |
| Infectious Disease | • Other (explain): |
| Infirmary Care | • Other (explain): |
| Internal Medicine | • Other (explain): |

| | |
|---|---|
| Laboratory Services | • CBC (Complete Blood Count) |
| | • BMP (Basic Metabolic Profile) |
| | • CMP (Complete Metabolic Profile) |
| | • HgBA1C (Hemoglobin A1C) |
| | • TSH (Thyroid Stimulating Hormone) |
| | • Lipid Profile |
| | • LFT (Liver Function Test) |
| | • PT/INR (Prothrombin/International Normalized Ratio) |
| | • PTT (Prothrombin Time) |
| | • Thyroid Panel |
| | • Therapeutic Medication Levels (except for Keppra (Levetiracetam)) |
| | • UA (Urinalysis) |
| | • Other (explain): |
| Mental Health/Behavioral Medicine | • Consults for emergencies, suicide risk, risk of hurting self or others, or medication adjustment |
| | • Other (explain): |
| Nephrology | • Other (explain): |
| Neurology | • Other (explain): |
| Neurosurgery | • Other (explain): |
| Nuclear Medicine | • Other (explain): |
| Nursing | • Other (explain): |
| Obstetrics/Gynecology (OBGYN) | • Tests to confirm pregnancy diagnosis (blood or urine) |
| | • Prenatal care/routine OB visits, including prenatal vitamins, routine lab tests, and one ultrasound |
| | • Hospital/delivery care of mother ONLY (max hospital stay of 48 hrs vaginal delivery/72 hrs c-section) |
| | • Postpartum follow-up |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Routine gynecological exams, must be in uninterrupted USMS custody for greater than 365 days |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Oncology | • Other (explain): |
| Ophthalmology | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Optometry | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Other (explain): |
| Oral Maxillofacial | • Other (explain): |
| Orthopedics | • Consultation, after documented exam by appropriate health care provider, with documentation |
| | • X-rays |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Otorhinolaryngology (ENT) | • Other (explain): |
| Pain Management | • Other (explain): |
| Pediatrics | • Other (explain): |
| Pharmacy | • Other (explain): |
| Physical Medicine/Rehabilitation | • Other (explain): |
| Plastic Surgery | • Other (explain): |
| Podiatry | • Other (explain): |
| Pulmonology/Respiratory Medicine | • Other (explain): |
| Radiology | • Diagnostic x-rays for injury, pain, symptoms, or ID screening, documented by a medical provider |
| | • Ultrasound, to evaluate pain or clinical symptoms, documented by a health care provider |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Other (explain): |
| Rheumatology | • Other (explain): |
| Transfusion Medicine | • Other (explain): |

Urology                          • Other (explain):

Vascular Surgery                 • Other (explain):

Wound Care                       • Other (explain):

Form USM-551, Rev. 11/20                                    EMR Version 20210111

Electronically signed by WILLIAMS, C (MEDICAL SECRETARY ) at 07/05/2022 11:59

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# United States Marshals Service
# Medical Submission

| | |
|---|---|
| **USM Instructions:** | **NON-EMERGENCIES:** Prior to seeking outside medical attention for a prisoner, complete this form and email or fax it to the USMS district office. USMS will notify you of approval or denial of the request. |
| | **EMERGENCIES:** Obtain treatment and notify USMS by emailing or faxing this form to the USMS district office within 24 hours. |
| **HealthSecure Instructions:** | Complete and save this encounter, then view it and click the "Generate PDF" button at the bottom. |

## PRISONER DETAILS

| | | | |
|---|---|---|---|
| Last Name: | QUAGLIN | DOB: | ███ 1985 |
| First Name: | CHRISTOPHER | USMS#: | 38648-509 |
| Facility Name | Northern Neck Regional Jail | | |

## MEDICAL POINT OF CONTACT

| | | | |
|---|---|---|---|
| Last Name | Barnette | Title | LPN |
| First Name | Mary | Type of Contact | Medical |
| Phone/Ext | 804-333-6019 | Email | ███@nnrj.state.va.us |

## SUBMISSION INFORMATION

### Medical

List Specialties and Services:

| Specialties | Services |
|---|---|
| Radiology | Diagnostic x-rays for injury, pain, symptoms, or ID screening, documented by a medical provider |
| | |
| | |
| | |
| Comments | |

### Medication

| YES | NO | Is the facility enrolled in the National Managed Care Contract (NMCC) Discount Pharmacy Program? |
|---|---|---|

If enrolled in the USMS NMCC Pharmacy Program, all medication requests for USMS prisoners should be made through the USMS NMCC Pharmacy Program. If you need assistance, please contact the Heritage Health Solutions Customer Care Team at 1-866-265-0124.

Medications (medication, dosage, frequency, end date):

```
PATIENT MEDICAL ORDERS LIST
1. CLARITIN RDT 10MG TAB      (1 PO QAM) (ENDS: )
2. DEBROX EAR DROPS        (AS DIRECTED PO BID) (ENDS: )
3. MULTIVITAMIN  TAB        (1 PO QAM) (ENDS: )
4. VITAMIN D3 1,000 UNIT TAB   (1 PO QAM) (ENDS: )
```

| Comments | |
|---|---|

## Notifications

### Notification Types

Comments [                                                                              ]

## ACCOMPANYING INFORMATION
(Triple-click to highlight an entry, then copy/paste into the Specialties or Services field above.)

| Specialty | Service |
| --- | --- |
| Addiction Medicine | • Other (explain): |
| Allergy/Immunology | • Other (explain): |
| Anesthesiology | • Other (explain): |
| Audiology | • One-time replacement/repair of documented hearing aids broken/lost while in USMS custody |
| | • Replacement hearing aid batteries |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Cardiology | • Consultation |
| | • Electrocardiogram (EKG or ECG) |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Dentistry – General | • Focused dental examination and dental x-rays in the presence of pain and suffering |
| | • Extractions/fillings ONLY to relieve active pain/suffering, documented by dentist/medical provider |
| | • Removal of braces or dental hardware, if causing pain, discomfort, or infection |
| | • One-time replacement/repair of documented dentures broken/lost while in USMS custody |
| | • Routine dental hygiene, must be in uninterrupted USMS custody for greater than 365 days |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Dermatology | • Other (explain): |
| Durable Medical Equipment/Supplies | • Cane |
| | • Crutches |
| | • Standard wheelchair |
| | • Walker |
| | • Oxygen (with a written recommendation by a health care provider) |
| | • Other (explain): |
| Emergency Care | • Emergency hospitalizations/surgeries |
| | • Emergency room visits |
| | • Dental emergencies |
| | • Psychiatric emergencies |
| | • Other (explain): |
| Endocrinology | • Other (explain): |
| Gastroenterology | • Other (explain): |
| General Medicine | • Other (explain): |
| General Surgery | • Other (explain): |
| Hematology | • Other (explain): |
| Hepatology | • Other (explain): |
| Infectious Disease | • Other (explain): |
| Infirmary Care | • Other (explain): |
| Internal Medicine | • Other (explain): |

| Laboratory Services | • CBC (Complete Blood Count) |
| | • BMP (Basic Metabolic Profile) |
| | • CMP (Complete Metabolic Profile) |
| | • HgBA1C (Hemoglobin A1C) |
| | • TSH (Thyroid Stimulating Hormone) |
| | • Lipid Profile |
| | • LFT (Liver Function Test) |
| | • PT/INR (Prothrombin/International Normalized Ratio) |
| | • PTT (Prothrombin Time) |
| | • Thyroid Panel |
| | • Therapeutic Medication Levels (except for Keppra (Levetiracetam)) |
| | • UA (Urinalysis) |
| | • Other (explain): |
| Mental Health/Behavioral Medicine | • Consults for emergencies, suicide risk, risk of hurting self or others, or medication adjustment |
| | • Other (explain): |
| Nephrology | • Other (explain): |
| Neurology | • Other (explain): |
| Neurosurgery | • Other (explain): |
| Nuclear Medicine | • Other (explain): |
| Nursing | • Other (explain): |
| Obstetrics/Gynecology (OBGYN) | • Tests to confirm pregnancy diagnosis (blood or urine) |
| | • Prenatal care/routine OB visits, including prenatal vitamins, routine lab tests, and one ultrasound |
| | • Hospital/delivery care of mother ONLY (max hospital stay of 48 hrs vaginal delivery/72 hrs c-section) |
| | • Postpartum follow-up |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| | • Routine gynecological exams, must be in uninterrupted USMS custody for greater than 365 days |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Oncology | • Other (explain): |
| Ophthalmology | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Optometry | • One-time replacement/repair of glasses broken/lost in USMS custody, least expensive AND jail approved |
| | • Other (explain): |
| Oral Maxillofacial | • Other (explain): |
| Orthopedics | • Consultation, after documented exam by appropriate health care provider, with documentation |
| | • X-rays |
| | • Post-surgery follow-up appointments |
| | • Other (explain): |
| Otorhinolaryngology (ENT) | • Other (explain): |
| Pain Management | • Other (explain): |
| Pediatrics | • Other (explain): |
| Pharmacy | • Other (explain): |
| Physical Medicine/Rehabilitation | • Other (explain): |
| Plastic Surgery | • Other (explain): |
| Podiatry | • Other (explain): |
| Pulmonology/Respiratory Medicine | • Other (explain): |
| Radiology | • Diagnostic x-rays for injury, pain, symptoms, or ID screening, documented by a medical provider |
| | • Ultrasound, to evaluate pain or clinical symptoms, documented by a health care provider |
| | • Mammograms, must be at least 50 yrs old AND in uninterrupted USMS custody for greater than 365 days |
| Rheumatology | • Other (explain): |
| Transfusion Medicine | • Other (explain): |

Case 1:22-cv-01154-TNM   Document 30-5   Filed 09/06/22   Page 88 of 146

| | |
|---|---|
| Urology | • Other (explain): |
| Vascular Surgery | • Other (explain): |
| Wound Care | • Other (explain): |

Form USM-551, Rev. 11/20

EMR Version 20210111

Electronically signed by HUFFMAN, A (EMT) at 08/02/2022 09:20

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name Quiglin, Chris          Time 6PM
Date 7-9-22          Housing D

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- [ ] Community Corrections
- [ ] Chaplin
- [ ] Classification
- [ ] Commissary
- [ ] Inmate Accounts
- [ ] Mail
- [x] Medical
- [ ] Notary

- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other _____

**REQUEST:** I was taken up to Medical 2x last week, Blood was drawn twice, I would like to know what for please. What tests? ordereded from who? Also please give me any updates/copys of my Medical file. Thank You.

Staff Receiving the Request: Epps          Date 7/9/22
Supervisory Review: _____          Date _____
Action Taken: _____

Response: You were brought up to Medical per GASTRO Assoc of Fredricksburg to obtain Blood to have the following tests completed. HLA DQ2, HLA DQ8. Records on pill cart #4700

Signature _____          Date 7/11/22

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

# NORTHERN NECK REGIONAL JAIL
## INMATE REQUEST FORM

Name _Quaglin, Chris_  Time _7pm_
Date _7-5-22_  Housing _D_

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is **not** a greivance form.

- [ ] Community Corrections
- [ ] Chaplin
- [ ] Classification
- [ ] Commissary
- [ ] Inmate Accounts
- [ ] Mail
- [x] Medical
- [ ] Notary

- [ ] Programs
- [ ] Property
- [ ] Records
- [ ] Shift Supervisor
- [ ] Special Canteen
- [ ] Special Visit
- [ ] Trusty
- [ ] Work Release
- [ ] Other _____

**REQUEST** ① I do not want to run out of Vitamins, I only have 3 days of Vitamin D and 7 days of multi Vitamin. Please order. (Last Time I went 2 months before they were ordered)
② Please allow my family to send Balance of Nature and please distribute it. MY DOCTOR TOLD ME I SHOULD BE TAKING IT. He "prescribed" me taking a full dosage every day of Fruits + Veg (8) servings. NNRJ has not given me 8 servings of Fruits + Veg per day ever. This is my only other way to have, Y

Staff Receiving the Request: _Jaupon_  Date _7-6-22_
Supervisory Review: _____  Date _____
Action Taken: _____

Response: _Vitamin D4 MultiVitamin ordered._

Signature _____  Date _7/06/22_

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.

# NORTHERN NECK REGIONAL JAIL FOOD INTAKE LOG

INMATE NAME: **Quaglin, Christopher**   HOUSING: **D**



| BEGIN DATE: 7/4/22  END DATE: _____ | **BREAKFAST** | **LUNCH** | **DINNER** |
|---|---|---|---|
| **MONDAY** DATE: **7/4** | Accepted tray  Officer Initials JS | Accepted tray  Officer Initials JL | Refused tray But took juice & Ensure  Officer Initials QW |
| **TUESDAY** DATE: **7/5** | Took Tray  Officer Initials CJ | Accepted Tray  Officer Initials CJ | ACCEPTED TRAY  Officer Initials QW |
| **WEDNESDAY** DATE: **7/6** | Accept TRAY  Officer Initials CJL | Refused Tray accepted ensure and Juice  Officer Initials CJ | No tray but took Ensure & Juice  Officer Initials QW |
| **THURSDAY** DATE: **7/7** | Accepted TRAY  Officer Initials CJL | Refused tray  Officer Initials QW | refused tray  Officer Initials TC |
| **FRIDAY** DATE: **7/8** | Ate tray  Officer Initials CJ | Accept tray  Officer Initials SG | ACCEPTED TRAY  Officer Initials QW |
| **SATURDAY** DATE: **7/9** | Accepted tray  Officer Initials JS | ~~Accepted~~ Refused tray  Officer Initials DW | Accepted tray  Officer Initials CJ |
| **SUNDAY** DATE: **7/3** | ✕  Officer Initlals _____ | ✕  Officer Initials _____ | Refused Tray but took Juice & ensure  Officer Initials CJL |

MEDICAL SUPERVISOR SIGNATURE: _____

# Patient Report

**labcorp**

Specimen ID: 189-245-0492-0
Control ID: C8R45310145

**QUAGLIN, CHRISTOPHER**

**Acct #:** 45310145    **Phone:** (804) 333-6419    **Rte:** 05
Northern Neck Regional Jail
Attn Med Dept Carolyn Neale RN
3908 Richmond Road
Warsaw VA 22572

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: ▮▮▮ 1985 | Date collected: 07/08/2022 1500 Local | Ordering: J DUDLEY |
| Age(y/m/d): 036/▮ | Date received: 07/09/2022 | Referring: |
| Gender: M | Date entered: 07/09/2022 | ID: DUDLEY,J |
| Patient ID: | Date reported: 07/15/2022 1036 ET | NPI: 1932126489 |

**General Comments & Additional Information**
Total Volume: Not Provided      **Fasting:** No

**Ordered Items**
Celiac Disease HLA DQ Assoc.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Celiac Disease HLA DQ Assoc.** | | | | | |
| DQ2 (DQA1 0501/0505,DQB1 02XX) | | | | | |
| | Positive | | | | 01 |
| DQ8 (DQA1 03XX, DQB1 0302) | | | | | |
| | Negative | | | | 01 |

```
      Final Results:
      DQA1*01:DWGHC,05:DVZDT
      DQB1*02:DVKNR,05:DVKNP
      Code Translation:
      DVKNP          05:01/05:12/05:18/05:20/05:27/05:30/05:31
                     /05:32/05:44/05:45/05:103/05:104/05:107
                     /05:133/05:137/05:139/05:144/05:148/05:150
                     /05:152/05:155/05:158/05:159/05:160/05:162
                     /05:163/05:164/05:167/05:169/05:171/05:173
                     /05:176/05:177/05:183/05:184/05:185N
                     /05:188/05:190/05:193/05:194/05:195/05:197
                     /05:216/05:217/05:219/05:223/05:225/05:226
                     /05:228/05:230/05:232/05:234/05:237/05:246
                     /05:248/05:249/05:252/05:256/05:263/05:267
                     /05:268/05:270/05:271/05:272/05:275/05:277
                     /05:279
      DVKNR          02:01/02:07/02:08/02:09/02:14/02:27/02:53Q
                     /02:59/02:63/02:72/02:83/02:93/02:96N
                     /02:98/02:99/02:102/02:105/02:106/02:107
                     /02:108/02:109/02:111/02:112/02:114/02:115
                     /02:118/02:119/02:123/02:125/02:128/02:130
                     /02:132N/02:134N/02:135/02:136/02:148
                     /02:149/02:152/02:155/02:157/02:158/02:159
                     /02:160/02:163N/02:164/02:170/02:174
                     /02:182/02:184/02:185/02:186
      DVZDT          05:01/05:15N/05:18/05:19/05:23/05:27/05:33
                     /05:35/05:38/05:40/05:41
      DWGHC          01/04/05:12/18/22/27/29/37/49/53/55/64/66
                     /67
```

The patient is positive for DQ2. Celiac Disease risk from
the HLA DQA/DQB genotype is approximately 1:35 (2.9%)
Allele interpretation for all loci based on IMGT/HLA
database version 3.45.1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-873-7251

© 1995-2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

07/15/2022 10:36:56 am          FROM:LABCORP DUES BURLINGTON 18045358074 LABCORP          Page 2 of
TO:CAROLYN NEALE X 5014 ATTN:Northern Neck Regional Jail

## Patient Report

 labcorp

| Patient: QUAGLIN, CHRISTOPHER | | | Specimen ID: 189-245-0492-0 |
| DOB: ███ 985       Patient ID: | Control ID: C8R45310145 | | Date collected: 07/08/2022 1500 Local |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HLA Lab CLIA ID Number 34D0954530 | | | | | |

Greater than 95% of celiac patients are positive for either DQ2 or DQ8
(Sollid and Thorsby, (1993) Gastroenterology 105:910-922). However
these antigens may also be present in patients who do not have Celiac
disease.

Comment:                                                                                                01

This test was performed using Polymerase Chain Reaction/(PCR)Sequence
Specific Oligonucleotide Probes (SSOP) (Luminex) technique.
Sequence Based Typing (SBT) and/or Sequence Specific Primers (SSP)
may be used as supplemental methods when necessary. Please contact
HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Additional Information:                                                                                  01
    357:1731-1743.
2.  Megiorni F, Mora B, Bonamico M et al. HLA-DQ and risk gradient
    for celiac disease. Hum Immunol 2009; 70:55-59.
3.  Pietzak MM, Schofield TC, McGinnis FM et al. Stratifying risk
    for celiac disease in a large at-risk United States population
    by using HLA alleles. Clin Gastroenterol Hepatol 2009; 7:966-971.
4.  Sollid LM and Lie BA. (2005). Celiac Disease Genetics: Current
    Concepts and Practical Applications. Clin Gastroenterol and
    Hepat 3:843-851.
5.  Snyder CL, Young DO, Green PHR, et al. Celiac Disease.
    In: Pagon RA, Bird TC, Dolan CR, Stephens K, editors. GeneReviews
    (Internet), University of Washington, Seattle, July 3, 2008:1-27.
    http://www.ncbi.nlm.nih.gov/bookshelf/br.fcgi?book=genepart=celiac
    PMID 20301720 (PubMed)
6.  Treem W. Emerging concepts in celiac disease. Curr Opin Pediatr
    2004;16:552-559.

| 01 | 2Q | Labcorp Burlington DNA | Dir: George Maha, PhD |
| | | 1440 York Court, Burlington, NC 27215-3361 | |

For Inquiries, the physician may contact **Branch: 800-873-7251 Lab: 800-762-4344**

This document contains private and confidential health information protected by state and federal law.          © 1995-2022 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-873-7251                                           All Rights Reserved - Enterprise Report Version: 1.00

```
**********************
    FAX TX REPORT
**********************

    TRANSMISSION OK

JOB NO.                0298
DESTINATION ADDRESS    15403712046
SUBADDRESS
DESTINATION ID
ST. TIME               07/15 09:51
TX/RX TIME             01'29
PGS.                   3
RESULT                 OK
```



*Northern Neck Regional Jail*
*Medical Department*
*3908 Richmond Road*
*PO Box 1090*
*Warsaw, Virginia 22572*
*Phone: (804) 333-6019 Fax: (804) 333-9374*

Date Sent: 7/15/22

Number of Pages (Including Coversheet): _____

To: OASHRD ASSOC OF     Fax Number: 540-371-2046
Fredericksburg
At: _____

From: Ms. Williams

Message:
Christopher Quaglin
Lab Results

804-333-6027



*Northern Neck Regional Jail*
*Medical Department*
*3908 Richmond Road*
*PO Box 1090*
*Warsaw, Virginia 22572*
*Phone: (804) 333-6019 Fax: (804) 333-9374*

Date Sent: _7/15/22_

Number of Pages (Including Coversheet): _____

To: _Orthop. Assoc. of_ Fax Number: _540- 371-2046_
_Fredericksburg_

At: _____

From: _Ms. Williams_

Message: _____

Christopher Quaglin

Lab Results

Allison

804-333-6027

**IF YOU HAVE ANY PROBLEMS CONCERNING THIS FAX, PLEASE CONTACT** _Ms. Williams_ **, AT (804) 333-6019.**

*"Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has"*
*M. Mead*

## Patient Report



**Specimen ID:** 189-245-0492-0
**Control ID:** C8R45310145

**QUAGLIN, CHRISTOPHER**

**Acct #:** 45310145    **Phone:** (804) 333-6419    **Rte:** 05
Northern Neck Regional Jail
Attn Med Dept Carolyn Neale RN
3908 Richmond Road
Warsaw VA 22572

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** ███ 1985 | **Date collected:** 07/08/2022 1500 Local | **Ordering:** J DUDLEY |
| **Age(y/m/d):** 036/██ | **Date received:** 07/09/2022 | **Referring:** |
| **Gender:** M | **Date entered:** 07/09/2022 | **ID:** DUDLEY,J |
| **Patient ID:** | **Date reported:** 07/15/2022 1036 ET | **NPI:** 1932126489 |

**General Comments & Additional Information**
**Total Volume:** Not Provided                                    **Fasting:** No

**Ordered Items**
Celiac Disease HLA DQ Assoc.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Celiac Disease HLA DQ Assoc.** | | | | | |
| DQ2 (DQA1 0501/0505,DQB1 02XX) | | | | | |
| | Positive | | | | 01 |
| DQ8 (DQA1 03XX, DQB1 0302) | | | | | |
| | Negative | | | | 01 |

```
    Final Results:
    DQA1*01:DWGHC,05:DVZDT
    DQB1*02:DVKNR,05:DVKNP
    Code Translation:
    DVKNP          05:01/05:12/05:18/05:20/05:27/05:30/05:31
                   /05:32/05:44/05:45/05:103/05:104/05:107
                   /05:133/05:137/05:139/05:144/05:148/05:150
                   /05:152/05:155/05:158/05:159/05:160/05:162
                   /05:163/05:164/05:167/05:169/05:171/05:173
                   /05:176/05:177/05:183/05:184/05:185N
                   /05:188/05:190/05:193/05:194/05:195/05:197
                   /05:216/05:217/05:219/05:223/05:225/05:226
                   /05:228/05:230/05:232/05:234/05:237/05:246
                   /05:248/05:249/05:252/05:256/05:263/05:267
                   /05:268/05:270/05:271/05:272/05:275/05:277
                   /05:279
    DVKNR          02:01/02:07/02:08/02:09/02:14/02:27/02:53Q
                   /02:59/02:63/02:72/02:83/02:93/02:96N
                   /02:98/02:99/02:102/02:105/02:106/02:107
                   /02:108/02:109/02:111/02:112/02:114/02:115
                   /02:118/02:119/02:123/02:125/02:128/02:130
                   /02:132N/02:134N/02:135/02:136/02:148
                   /02:149/02:152/02:155/02:157/02:158/02:159
                   /02:160/02:163N/02:164/02:170/02:174
                   /02:182/02:184/02:185/02:186
    DVZDT          05:01/05:15N/05:18/05:19/05:23/05:27/05:33
                   /05:35/05:38/05:40/05:41
    DWGHC          01/04/05/12/18/22/27/29/37/49/53/55/64/66
                   /67
```

The patient is positive for DQ2.  Celiac Disease risk from
the HLA DQA/DQB genotype is approximately 1:35 (2.9%)
Allele interpretation for all loci based on IMGT/HLA
database version 3.45.1

---

Date Issued: 07/15/22 1036 ET                **FINAL REPORT**                Page 1 of 2

This document contains private and confidential health information protected by state and federal law.    © 1995-2022 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-873-7251    All Rights Reserved - Enterprise Report Version: 1.00

07/15/2022 10:36:50 am    FROM:LABCORP CCLS BURK TO:918843339074 LABCORP          Page 2 of
TO:CAROLYN NEALE X 5014 ATTN:Northern Neck Regional Jail

Case 1:22-cv-01154-TNM   Document 30-5   Filed 09/06/22   Page 97 of 146

## Patient Report



| Patient: QUAGLIN, CHRISTOPHER | | | Specimen ID: 189-245-0492-0 |
| DOB: ████ 985    Patient ID: | | Control ID: C8R45310145 | Date collected: 07/08/2022 1500 Local |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HLA Lab CLIA ID Number 34D0954530 | | | | | |

Greater than 95% of celiac patients are positive for either DQ2 or DQ8 (Sollid and Thorsby, (1993) Gastroenterology 105:910-922). However these antigens may also be present in patients who do not have Celiac disease.

Comment:                                                                              01

This test was performed using Polymerase Chain Reaction/(PCR)Sequence Specific Oligonucleotide Probes (SSOP) (Luminex) technique. Sequence Based Typing (SBT) and/or Sequence Specific Primers (SSP) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions. Director of HLA Laboratory Dr George C Maha, PhD

Additional Information:                                                               01

357:1731-1743.
2. Megiorni F, Mora B, Bonamico M et al. HLA-DQ and risk gradient for celiac disease. Hum Immunol 2009; 70:55-59.
3. Pietzak MM, Schofield TC, McGinnis FM et al. Stratifying risk for celiac disease in a large at-risk United States population by using HLA alleles. Clin Gastroenterol Hepatol 2009; 7:966-971.
4. Sollid LM and Lie BA. (2005). Celiac Disease Genetics: Current Concepts and Practical Applications. Clin Gastroenterol and Hepat 3:843-851.
5. Snyder CL, Young DO, Green PHR, et al. Celiac Disease. In: Pagon RA, Bird TC, Dolan CR, Stephens K, editors. GeneReviews (Internet), University of Washington, Seattle, July 3, 2008:1-27. http://www.ncbi.nlm.nih.gov/bookshelf/br.fcgi?book=genepart=celiac PMID 20301720 (PubMed)
6. Treem W. Emerging concepts in celiac disease. Curr Opin Pediatr 2004;16:552-559.

| 01 | 2Q | Labcorp Burlington DNA | Dir: George Maha, PhD |
| | | 1440 York Court, Burlington, NC 27215-3361 | |

For inquiries, the physician may contact **Branch: 800-873-7251 Lab: 800-762-4344**

This document contains private and confidential health information protected by state and federal law.    © 1995-2022 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-873-7251                All Rights Reserved - Enterprise Report Version: 1.00

# Patient Report

labcorp

**Specimen ID:** 189-245-0492-0
**Control ID:** C8R45310145

**Acct #:** 45310145          **Phone:** (804) 333-6419     **Rte:** 05
Northern Neck Regional Jail
Attn Med Dept Carolyn Neale RN
3908 Richmond Road
Warsaw VA 22572

**QUAGLIN, CHRISTOPHER**

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** ████ 1985 | **Date collected:** 07/08/2022 1500 Local | **Ordering:** J DUDLEY |
| **Age(y/m/d):** 036/█████ | **Date received:** 07/09/2022 | **Referring:** |
| **Gender:** M | **Date entered:** 07/09/2022 | **ID:** DUDLEY,J |
| **Patient ID:** | **Date reported:** 07/15/2022 1535 ET | **NPI:** 1932126489 |

**General Comments & Additional Information**
**Total Volume:** Not Provided                                          **Fasting:** No

**Ordered Items**
Celiac Disease HLA DQ Assoc.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Celiac Disease HLA DQ Assoc.** | | | | | |
| DQ2 (DQA1 0501/0505,DQB1 02XX) | Positive | | | | 01 |
| DQ8 (DQA1 03XX, DQB1 0302) | Negative | | | | 01 |

```
        Final Results:
        DQA1*01:DWGHC,05:DVZDT
        DQB1*02:DVKNR,05:DVKNP
        Code Translation:
        DVKNP        05:01/05:12/05:18/05:20/05:27/05:30/05:31
                     /05:32/05:44/05:45/05:103/05:104/05:107
                     /05:133/05:137/05:139/05:144/05:148/05:150
                     /05:152/05:155/05:158/05:159/05:160/05:162
                     /05:163/05:164/05:167/05:169/05:171/05:173
                     /05:176/05:177/05:183/05:184/05:185N
                     /05:188/05:190/05:193/05:194/05:195/05:197
                     /05:216/05:217/05:219/05:223/05:225/05:226
                     /05:228/05:230/05:232/05:234/05:237/05:246
                     /05:248/05:249/05:252/05:256/05:263/05:267
                     /05:268/05:270/05:271/05:272/05:275/05:277
                     /05:279
        DVKNR        02:01/02:07/02:08/02:09/02:14/02:27/02:53Q
                     /02:59/02:63/02:72/02:83/02:93/02:96N
                     /02:98/02:99/02:102/02:105/02:106/02:107
                     /02:108/02:109/02:111/02:112/02:114/02:115
                     /02:118/02:119/02:123/02:125/02:128/02:130
                     /02:132N/02:134N/02:135/02:136/02:148
                     /02:149/02:152/02:155/02:157/02:158/02:159
                     /02:160/02:163N/02:164/02:170/02:174
                     /02:182/02:184/02:185/02:186
        DVZDT        05:01/05:15N/05:18/05:19/05:23/05:27/05:33
                     /05:35/05:38/05:40/05:41
        DWGHC        01/04/05/12/18/22/27/29/37/49/53/55/64/66
                     /67
```

The patient is positive for DQ2.  Celiac Disease risk from
the HLA DQA/DQB genotype is approximately 1:35 (2.9%)
Allele interpretation for all loci based on IMGT/HLA
database version 3.45.1

---

Date Issued: 07/15/22 1535 ET              **FINAL REPORT**                              Page 1 of 2

This document contains private and confidential health information protected by state and federal law.          © 1995-2022 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-873-7251                                          All Rights Reserved - Enterprise Report Version: 1.00

## Patient Report



**Patient:** QUAGLIN, CHRISTOPHER
**DOB:** ⬛ 985    **Patient ID:**      **Control ID:** C8R45310145      **Specimen ID:** 189-245-0492-0
**Date collected:** 07/08/2022 1500 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HLA Lab CLIA ID Number 34D0954530 | | | | | |

Greater than 95% of celiac patients are positive for either DQ2 or DQ8
(Sollid and Thorsby, (1993) Gastroenterology 105:910-922). However
these antigens may also be present in patients who do not have Celiac
disease.

Comment:      01

This test was performed using Polymerase Chain Reaction/(PCR)Sequence
Specific Oligonucleotide Probes (SSOP) (Luminex) technique.
Sequence Based Typing (SBT) and/or Sequence Specific Primers (SSP)
may be used as supplemental methods when necessary. Please contact
HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Additional Information:      01

     357:1731-1743.

2. Megiorni F, Mora B, Bonamico M et al. HLA-DQ and risk gradient
   for celiac disease. Hum Immunol 2009; 70:55-59.
3. Pietzak MM, Schofield TC, McGinnis FM et al. Stratifying risk
   for celiac disease in a large at-risk United States population
   by using HLA alleles. Clin Gastroenterol Hepatol 2009; 7:966-971.
4. Sollid LM and Lie BA. (2005). Celiac Disease Genetics: Current
   Concepts and Practical Applications. Clin Gastroenterol and
   Hepat 3:843-851.
5. Snyder CL, Young DO, Green PHR, et al. Celiac Disease.
   In: Pagon RA, Bird TC, Dolan CR, Stephens K, editors. GeneReviews
   (Internet), University of Washington, Seattle, July 3, 2008:1-27.
   http://www.ncbi.nlm.nih.gov/bookshelf/br.fcgi?book=genepart=celiac
   PMID 20301720 (PubMed)
6. Treem W. Emerging concepts in celiac disease. Curr Opin Pediatr
   2004;16:552-559.

| 01 | 2Q | Labcorp Burlington DNA | Dir: George Maha, PhD |
|---|---|---|---|
| | | 1440 York Court, Burlington, NC 27215-3361 | |

For inquiries, the physician may contact **Branch: 800-873-7251 Lab: 800-762-4344**

This document contains private and confidential health Information protected by state and federal law.
If you have received this document in error, please call 800-873-7251

© 1995-2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

```
**********************
     FAX TX REPORT
**********************

        TRANSMISSION OK

JOB NO.                  0298
DESTINATION ADDRESS      15403712046
SUBADDRESS
DESTINATION ID
ST. TIME                 07/15 09:51
TX/RX TIME               01'29
PGS.                     3
RESULT                   OK
```



*Northern Neck Regional Jail*
*Medical Department*
*3908 Richmond Road*
*PO Box 1090*
*Warsaw, Virginia 22572*
*Phone: (804) 333-6019 Fax: (804) 333-9374*

Date Sent: __7/15/22__

Number of Pages (Including Coversheet): _____

To: OAKHD ASSOC OF Fax Number: __540-371-2046__
    Fredericksburg

At: _____

From: Ms. Williams

Message:

Christopher Quaglin

Lab Results

Nelson

804-333-6027



### Northern Neck Regional Jail
### Medical Department
3908 Richmond Road
PO Box 1090
Warsaw, Virginia 22572
Phone: (804) 333-6019 Fax: (804) 333-9374

Date Sent: _7/15/22_

Number of Pages (Including Coversheet): _____

To: _OASIRO Assoc of_ Fax Number: _540-371-2046_
_Fredericksburg_

At: _____

From: Ms. Williams

Message:

> Christopher Quaglin
> Lab Results
> Alborn
> 804-333-6027

**IF YOU HAVE ANY PROBLEMS CONCERNING THIS FAX, PLEASE CONTACT** _Ms. Williams_ **, AT (804) 333-6019.**

*"Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has"*
M. Mead

## Patient Report

labcorp

**Specimen ID:** 189-245-0492-0
**Control ID:** C8R45310145

**QUAGLIN, CHRISTOPHER**

**Acct #:** 45310145   **Phone:** (804) 333-6419   **Rte:** 05
Northern Neck Regional Jail
Attn Med Dept Carolyn Neale RN
3908 Richmond Road
Warsaw VA 22572

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** 1985 | **Date collected:** 07/08/2022 1500 Local | **Ordering:** J DUDLEY |
| **Age(y/m/d):** 036/ | **Date received:** 07/09/2022 | **Referring:** |
| **Gender:** M | **Date entered:** 07/09/2022 | **ID:** DUDLEY,J |
| **Patient ID:** | **Date reported:** 07/15/2022 1036 ET | **NPI:** 1932126489 |

**General Comments & Additional Information**
**Total Volume:** Not Provided                    **Fasting:** No

**Ordered Items**
Celiac Disease HLA DQ Assoc.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Celiac Disease HLA DQ Assoc.** | | | | | |
| DQ2 (DQA1 0501/0505,DQB1 02XX) | Positive | | | | 01 |
| DQ8 (DQA1 03XX, DQB1 0302) | Negative | | | | 01 |

```
Final Results:
DQA1*01:DWGHC,05:DVZDT
DQB1*02:DVKNR,05:DVKNP
Code Translation:
DVKNP        05:01/05:12/05:18/05:20/05:27/05:30/05:31
             /05:32/05:44/05:45/05:103/05:104/05:107
             /05:133/05:137/05:139/05:144/05:148/05:150
             /05:152/05:155/05:158/05:159/05:160/05:162
             /05:163/05:164/05:167/05:169/05:171/05:173
             /05:176/05:177/05:183/05:184/05:185N
             /05:188/05:190/05:193/05:194/05:195/05:197
             /05:216/05:217/05:219/05:223/05:225/05:226
             /05:228/05:230/05:232/05:234/05:237/05:246
             /05:248/05:249/05:252/05:256/05:263/05:267
             /05:268/05:270/05:271/05:272/05:275/05:277
             /05:279
DVKNR        02:01/02:07/02:08/02:09/02:14/02:27/02:53Q
             /02:59/02:63/02:72/02:83/02:93/02:96N
             /02:98/02:99/02:102/02:105/02:106/02:107
             /02:108/02:109/02:111/02:112/02:114/02:115
             /02:118/02:119/02:123/02:125/02:128/02:130
             /02:132N/02:134N/02:135/02:136/02:148
             /02:149/02:152/02:155/02:157/02:158/02:159
             /02:160/02:163N/02:164/02:170/02:174
             /02:182/02:184/02:185/02:186
DVZDT        05:01/05:15N/05:18/05:19/05:23/05:27/05:33
             /05:35/05:38/05:40/05:41
DWGHC        01/04/05/12/18/22/27/29/37/49/53/55/64/66
             /67
The patient is positive for DQ2.  Celiac Disease risk from
the HLA DQA/DQB genotype is approximately 1:35 (2.9%)
Allele interpretation for all loci based on IMGT/HLA
database version 3.45.1
```

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-873-7251

© 1995-2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

## Patient Report



| | | | | | |
|---|---|---|---|---|---|
Patient: QUAGLIN, CHRISTOPHER

DOB: ███ 1985     **Patient ID:**     **Control ID:** CBR45310145

Specimen ID: 189-245-0492-0

Date collected: 07/08/2022 1500 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| HLA Lab CLIA ID Number 34D0954530 | | | | | |

Greater than 95% of celiac patients are positive for either DQ2 or DQ8 (Sollid and Thorsby, (1993) Gastroenterology 105:910-922). However these antigens may also be present in patients who do not have Celiac disease.

Comment:                                                                                            01

This test was performed using Polymerase Chain Reaction/(PCR)Sequence Specific Oligonucleotide Probes (SSOP) (Luminex) technique. Sequence Based Typing (SBT) and/or Sequence Specific Primers (SSP) may be used as supplemental methods when necessary. Please contact HLA Customer Service at 1-800-533-1037 if you have any questions.
Director of HLA Laboratory
Dr George C Maha, PhD

Additional Information:                                                                              01
357:1731-1743.
2. Megiorni F, Mora B, Bonamico M et al. HLA-DQ and risk gradient for celiac disease. Hum Immunol 2009; 70:55-59.
3. Pietzak MM, Schofield TC, McGinnis FM et al. Stratifying risk for celiac disease in a large at-risk United States population by using HLA alleles. Clin Gastroenterol Hepatol 2009; 7:966-971.
4. Sollid LM and Lie BA. (2005). Celiac Disease Genetics: Current Concepts and Practical Applications. Clin Gastroenterol and Hepat 3:843-851.
5. Snyder CL, Young DO, Green PHR, et al. Celiac Disease. In: Pagon RA, Bird TC, Dolan CR, Stephens K, editors. GeneReviews (Internet), University of Washington, Seattle, July 3, 2008:1-27. http://www.ncbi.nlm.nih.gov/bookshelf/br.fcgi?book=genepart=celiac PMID 20301720 (PubMed)
6. Treem W. Emerging concepts in celiac disease. Curr Opin Pediatr 2004;16:552-559.

| 01 | 2Q | Labcorp Burlington DNA | | Dir: George Maha, PhD |
|---|---|---|---|---|
| | | 1440 York Court, Burlington, NC 27215-3361 | | |

For inquiries, the physician may contact **Branch: 800-873-7251 Lab: 800-762-4344**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-873-7251

© 1995-2022 Laboratory Corporation of America® Holdings
All Rights Reserved · Enterprise Report Version: 1.00

# Northern Neck Regional Jail

## Medical Department

### Charge Sheet

**Inmate Name :** Quaglin, Chris   **D.O.B.** ████ 1985

**Housing Unit :** D-14-DH

| | |
|---|---|
| **Sick Call** | $10.00 |
| **Doctor Visit** | $10.00 |
| **Prescription** | $3.00 |
| **Follow Up Visit** | $0.00 |
| **X-Ray** | $20.00 |
| **Over-Counter Medication** | $_____ |
| Other: (X) Medical Documentation | 4.00 |

**There is no Jail imposed condition on inmate medical treatment. All inmates will receive medical treatment regardless of their ability to pay; however a medical co-pay will be assessed to all inmates for services rendered. If the inmate is indigent, he/she will receive service and his account will go into a negative status.**

**Inmate Signature:** *(signature)*   7/11/22

[ ] Inmate Refuses to Sign; and refuses service.
[ ] Inmate Refuses to Sign; but wants service.

Nursing Staff Signature _____   Date _____

Witness (if refusal) _____   Date _____

**Medical Department Signature:** (X) *(signature)*

**Administrative Signature:** *(signature)* 7/15/22

❑ *Check Box If Indigent and Currently Unable to Pay.*

```
*********************
    FAX TX REPORT
*********************


    TRANSMISSION OK

JOB NO.                        0901
DESTINATION ADDRESS            18046283593
SUBADDRESS
DESTINATION ID
ST. TIME                       07/28 14:34
TX/RX TIME                     03' 38
PGS.                           9
RESULT                         OK
```

**CAF**

1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DaTrana, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Aksah Ajmera, MD
Lisanna Anders, MD
Amandeep Kalra, MD
Anwer Dudekula, MD
Rinu Shah, MD

Medical Imaging of
Fredericksburg
1201 Sam Perry Blvd
Suite 102
Fredericksburg, VA 22401

Medical Imaging of
King George
11131 Journey Parkway
King George
VA 22485

Medical Imaging at
Lee's Hill
10401 Spotsylvania Ave.
Suite 101
Fredericksburg, VA 22408

Medical Imaging of
North Stafford
125 Woodstream Blvd.
Suite 109
Stafford, VA 22556

**FOR SCHEDULING OR CANCELLATIONS, PLEASE CALL: 540-741-XRAY (9729)**
Please note that NOT all imaging is available at each location

**DIRECTIONS FOR CT with ORAL CONTRAST**

Name:  Christopher Quaglin
Date:
Time:
Regular Diet up to 2 (TWO) hours before the exam.
30 minutes prior to your appointment, drink 32 oz of water :

# Procedure Order

**Ordering Site**

Report Date:  06/24/2022

Patient Information

```
**********************
   FAX TX REPORT
**********************

        TRANSMISSION OK

JOB NO.                  0981
DESTINATION ADDRESS      18046283593
SUBADDRESS
DESTINATION ID
ST. TIME                 07/29 10:25
TX/RX TIME               03' 08
PGS.                     10
RESULT                   OK
```



*Northern Neck Regional Jail*
*Medical Department*
*3908 Richmond Road*
*PO Box 1090*
*Warsaw, Virginia 22572*
*Phone: (804) 333-6019 Fax: (804) 333-9374*

Date Sent: _7/29/22_

Number of Pages (Including Coversheet):_____

To: _VCU Central Scheduling_ Fax Number: _804-628-3593_

At:_____

From: _Ms. ~~Williams~~ Nelson_

Message:_____

Christopher Quaglin ████ 85

CT ABDOMEN & PELVIS with oral and IV contrast

Nelson

804-333-6019









# Special Diet Request

Patient:   QUAGLIN, CHRISTOPHER            Location:   BLD-C / POD-C

SSN:    ███ 7103

DOB:    ███ 1985

## Special Diet Requested

☐   Vegetarian                  ☐   Diabetic

☐   Caloric. # of Calories: [ ]      ☑   Other:   Breath Test August 3

**Requested by Whom**                      **Reason**

◎ Doctor                          ◉ Medical

◉ Nurse                          ◎ Religious

◎ Patient                       ◎ Other

◎ Other

**If Other, explain:** [ ]

## Medical Justification:

Can consume only the following foods and drinks: plain white bread, plain white rice, plain white potatoes, baked or broiled chicken, non-flavored tap, spring, or purified water, eggs, non-flavored black coffee/ and or non-flavored black or green tea. Only salt may be used to flavor your food. Butter and margarine are NOT permitted. Soda and carbonated drinks not permitted. Do not eat or drink anything else it could give false results.

Date Placed on Special Diet     8/2/2022 05:00

Date Removed from Special Diet     [ ]

Version 20220124

| ADDITIONAL COMMENTS | | | |
| --- | --- | --- | --- |
| **From** | **To** | **Comments/Response** | **Date** |
| NELSON, TAMMY | Saved | Per note from Gastroenterology Associates of Fredericksburg | 08/01/2022 09:08 |

Electronically signed by NELSON, T (LPN) at 08/01/2022 09:08

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# Special Diet Request

Patient: QUAGLIN, CHRISTOPHER                          Location:  BLD-C / POD-C

SSN:  ████ 7103

DOB:  ████ 1985

## Special Diet Requested

☐ Vegetarian                          ☐ Diabetic

☐ Caloric. # of Calories: [        ]   ☑ Other:  [ August 3 Breath Test        ]

## Requested by Whom                  ## Reason

◉ Doctor                              ◉ Medical

◉ Nurse                               ◉ Religious

◉ Patient                             ◉ Other

◉ Other

If Other, explain: [                                              ]

Medical Justification:

[ August 3, 2022-Day of Breath Test- Can't eat or drink 12 hours before the test.                ]

Date Placed on Special Diet      [ 8/3/2022 05:00    ]

Date Removed from Special Diet   [                   ]

Version 20220124

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|------|----|--------------------|------|
| NELSON, TAMMY | Saved | | |
| | | | 08/01/2022 09:10 |

Electronically signed by NELSON, T (LPN) at 08/01/2022 09:10

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# Patient Communication

Patient Name:   QUAGLIN, CHRISTOPHER                                      Date & Time:   08/02/2022 09:52

Patient ID:     00050929                                                 SSN:          ████ 7103

DOB:            ████ 1985

Regarding:

> Inmate Quaglin,
>
> The Breath Test that the doctor scheduled for you at Gastro of Fredericksburg was to determine possible bacterial overgrowth in your stomach. This test was not to check to see if you have Celiac Disease only to check for the overgrowth of bacteria. This test was important to help the GI Specialist determine the best plan of care.  Please comply with Doctor's orders.
>
> Nelson

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| NELSON, TAMMY | Saved | | 08/02/2022 09:52 |

Comments/Response

Electronically signed by NELSON, T (LPN) at 08/02/2022 09:52

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

## Northern Neck Regional Jail

| | Revision 4/7/2013 |
|---|---|

### Refusal of Medical Treatment

| Inmate Name: | Quaglin, Christopher | D.O.B. | ██████ 85 |
|---|---|---|---|
| SSN: | | | |

**Treatment Recommended**

Refusal of All trays needed for Study at bastro of Fredericksburg.

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or transportation recommended and offered to me, _____, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

Signature of Inmate: _____   Date 8/2/22

Signature 1st Witness: _____   Date 8.2.22

Signature 2nd Witness: _____   Date 8/2/22

**Administrative Review**

_____   Date 8/02/22
Medical Department Supervisor



1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrane, MD
Peter Wong, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Oharel, MD
Akash Ajmera, MD
Lisanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

Date:  Tuesday, August 2, 2022

To:  Tammy Nelson w/NNRJ 804-333-6019

Fax Number: 804-333-9374

Subject:  Christopher Quaglin ██████ 1985

Sender:  Cindy Roach, LPN

Memo: SIBO Hydrogen Breath Test

You should receive __2__ page(s) including this cover sheet.  If you do not receive all the pages, please call (540) 371-7600

*This facsimile transmission (and or documents accompanying it) may contain information belonging to the sending party or receiving party which is extremely confidential in nature.  This information is intended only for the use of the individual(s) and or entity named above as the receiving party.  If you are not the intended recipient(s), you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.*

## Patient Message

### SIBO HBT diet

Quaglin, Christopher

| | |
|---|---|
| **To:** | DUDEKULA, ANWAR MD |
| **From:** | Roach, Cynthia LPN |
| **Sent:** | 8/2/2022 9:17 AM |
| **Phone:** | (804) 333-6019 |

***Dr. Dudekula this is an FYI***

Tammy Nelson with NNRJ (Northern Neck Regional Jail) called stating the patient is refusing to follow the dietary restrictions for the SIBO HBT, stating no-one believes him, he has Celiac and he's not doing the diet.  I informed Tammy Nelson that the appointment has to be cancelled if the patient does not follow the prep instructions/restriction.  Therefore, his SIBO test has been cancelled.

# NORTHERN NECK REGIONAL JAIL FOOD INTAKE LOG

INMATE NAME: Quaglin, Christopher     HOUSING: B-Pod
                                                C-Pod

| BEGIN DATE: 7/28/22 END DATE: 8/03/22 | **BREAKFAST** | **LUNCH** | **DINNER** |
|---|---|---|---|
| **MONDAY** DATE: 8/01/22 | Refused Tray Officer Initials ED | Refused tray Officer Initials BR | Refused Officer Initials AS |
| **TUESDAY** DATE: 8/02/22 | Refused Officer Initials VM | Refused Officer Initials VM | Refused Officer Initials S |
| **WEDNESDAY** DATE: 8/03/22 | Refused Tray Officer Initials MM | Refused tray Officer Initials LM | Refused Tray Officer Initials CS2 |
| **THURSDAY** DATE: 7/28/22 | accepted Officer Initials AS | accepted tray Officer Initials BR | accepted tray Officer Initials BR |
| **FRIDAY** DATE: 7/29/22 | Recieved Tray Officer Initials MM | Recieved whole Tray Officer Initials CD | Refused only ate Tray potatoes Officer Initials RL |
| **SATURDAY** DATE: 7/30/22 | Accepted Whole Tray Officer Initials CD | Refused tray Officer Initials BR | Refused Tray Officer Initials MM |
| **SUNDAY** DATE: 7/31/22 | Accepted whole tray Officer Initials M | Refused Tray Officer Initials CM | Refused whole Tray Officer Initials CD |

MEDICAL SUPERVISOR SIGNATURE: Mlon

# NORTHERN NECK REGIONAL JAIL FOOD INTAKE LOG

INMATE NAME: *Quaglin, Christopher*     HOUSING: *B POD*



| BEGIN DATE: 7/14/22<br>END DATE: 7/20/22 | <u>BREAKFAST</u> | <u>LUNCH</u> | <u>DINNER</u> |
|---|---|---|---|
| **MONDAY**<br>DATE: 7/18/22 | accepted tray<br>Officer Initials BCR | Accepted tray<br>Officer Initials BR | Accepted tray<br>Officer Initials LV |
| **TUESDAY**<br>DATE: 7/19/22 | accepted<br>Officer Initials SAL | accepted tray<br>Officer Initials BCR | accepted tray BR<br>Officer Initials |
| **WEDNESDAY**<br>DATE: 7/20/22 | accepted tray 100%<br>Officer Initials JRP | Accepted tray<br>Officer Initials MM | Accepted Tray<br>Officer Initials LS |
| **THURSDAY**<br>DATE: 7/14/22 | accepted<br>Officer Initials SAL | Accepted Tray<br>Officer Initials JS | refused<br>Officer Initials CD |
| **FRIDAY**<br>DATE: 7/15/22 | Accepted Tray<br>Officer Initials CTL | Accepted Tray<br>Officer Initials CTL | Accepted Tray<br>Officer Initials CTL |
| **SATURDAY**<br>DATE: 7/16/22 | Accepted<br>Officer Initials RS | Accepted Tray<br>Officer Initials CTL | Accepted<br>Officer Initials CD |
| **SUNDAY**<br>DATE: 7/17/22 | Accepted<br>Officer Initials RS | Accepted Tray<br>Officer Initials CTL | Accepted Tray<br>Officer Initials CTL |

start here →

MEDICAL SUPERVISOR SIGNATURE: _MWSM_

1031 Care Way, Fredericksburg, VA 22401
125 Hospital Center Blvd, Suite 309, Stafford, VA 22554
Phone: (540) 371-7600
Fax: (540) 371-2046

Frank DeTrone, MD
Peter Wang, MD
Dong Lee, MD
Chetan Pai, DO
Narayan Dharel, MD
Akash Ajmera, MD
Usanne Anders, MD
Amandeep Kalra, MD
Anwar Dudekula, MD
Rupa Shah, MD

## COLONOSCOPY

- Please note, if you have an unmet deductible a procedure deposit will be collected in advance of your procedure. A member of our staff will contact you a few days prior to your procedure to discuss payment arrangements. Deposits must be made at least 3 days prior to your scheduled procedure or your procedure may be rescheduled
- Care Credit is available for those needing flexible payment options.    *not accepted at FBEC
- The physician, facility, pathology department, and anesthesia will submit their fees to your insurance company. The amount that you are responsible to pay for your copay and deductibles will be provided by your insurance company.

My procedure is scheduled at

Mary Washington Hospital Endoscopy Center
1001 Sam Perry Blvd, Fredericksburg, VA 22401      (540) 741-1100
** Please Register with MWH by calling (540) 741-2000 within 48 hours of scheduling
On the day of your procedure, Patient Check-in for MWH is at Patient Access located at the main entrance.

I must arrive for my procedure at:    9.30 am

My procedure is scheduled on:    08/██22; Follow up set 10/██22 @ 11 am @ Fburg office

- If you were given a prescription for your prep and anti-nausea medication (if prescribed) you can pick this up from the pharmacy and store it in a cool dry place until needed for your procedure.
- You should plan to be at the endoscopy center for approximately 2 to 3 hours for preparation, the procedure, and recovery.
- You will need to have a responsible adult drive you to your procedure and wait at the endoscopy center during the procedure and drive you home.

Alternative Transportation Options

Patients are REQUIRED to have transportation home from their procedure as they are unable to drive for the remainder of the day due to receiving anesthesia. For patients who are unable to obtain a ride home from their procedures, you can contact any of the below companies prior to their procedure to arrange transportation. Please be advised that there are fees involved with these options and a responsible party will still need to accompany you to your procedure or receive you at your destination after the procedure.

- Royal Chariot (540) 642-5927    https://www.royalchariotts.com/
- Comfort Keepers (540) 205-8743

**Please review your procedure prep instructions 7 days prior to your procedure to ensure that you follow these directions and are not at risk for having your procedure cancelled or rescheduled.**

**** **Anticoagulants / Blood Thinners Instructions:**

Patient Number: 771540                          Date: 08/08/2022 09:43:52 AM

## Colonoscopy Prep Instructions - Suprep

**\*\*There will be instructions on the prescription box that you get from the pharmacy. Please DO NOT use those instructions. Please use the instructions that we provide to you.\*\***

**7 days prior** _____

- Discontinue fiber supplements (Metamucil, Citrucel, Benefiber), chalky antacids (Tums, Rolaids, Mylanta, Pepto Bismol) and medications/supplements containing iron.
- Discontinue NSAIDs such as Advil, Motrin, Ibuprofen, and Celebrex
- If you take Aspirin you may continue this unless otherwise instructed by your physician(s).

**5 days prior** _____

- Stop eating all nuts, seeds, dried fruits and popcorn.

**2 days prior on 09.███22 start clear liquid diet ONLY, see below.**


**1 day prior** 0███22

- Upon waking in the morning, continue clear liquid diet.  Drink at least 8 to 10 large glasses of water or clear liquids (approximately one every hour at minimum) during the day to avoid dehydration.

| Acceptable | Not Acceptable |
| --- | --- |
| Gatorade, Pedialyte, Powerade, Smart Water | NO Alcohol |
| Clear broth or bouillon | NO noodles or vegetables in soup |
| Coffee or tea (no milk, creamer, or non-dairy creamer) | NO Milk or non-dairy creamer |
| Carbonated and non-carbonated soft drinks | NO Red or Purple of any kind |
| Kool-Aid (no red or purple) or other fruit flavored drinks | NO Juice containing pulp |
| Fruit juice (white grape juice, apple juice) | |
| Jell-O, Popsicles, Hard Candy (no red or purple) | |

- **If you are diabetic** take 1/2 (half) of your normal dose of diabetic medication(s).
- If you have an Insulin Pump **DO NOT REMOVE IT** at any time. If you have questions regarding your dosing, discuss your rates with your prescribing physican (PCP or Endocrinologist).

**\*\* IMPORTANT\*\*  If you experience preparation-related symptoms (example: nausea, bloating, or cramping) pause or slow the rate of drinking the additional water until your symptoms diminish.**
**If you are prescribed an anti-nausea medication (Phenergan, Promethazine, Zofran, Ondansetron) you may take this 30 minutes prior to starting your prep.**
**If you experience vomiting at any point during your prep, stop drinking the solution, wait 30 minutes and restart at a slower pace.**

- Between 4:00 pm and 6:00 pm, Pour one 6-ounce bottle of Suprep into the provided mixing containter.  Add 10-ounces of cold water to the fill line (total of 16-ounces).
- Drink all the liquid over 15 to 20 minutes.
- Fill the mixing container with cold water to the fill line again. Drink all the water over 15 to 20 minutes.
- Fill the mixing container again with cold water to the fill line.  Drink all the water over 15 to 20 minutes.
- Continue clear liquids only - drinking additional water and clear liquids will help keep you hydrated and ensure the laxative will work.

**8 hours prior**    3.00 am on 09█ 22

- If you are a smoker, please refrain from smoking on the day of your procedure; this includes cigarettes, cigars, pipe, e-cigarettes and marijuana.
- Pour the second 6-ounce bottle of Suprep into the mixing container. Add 10-ounces of cold water to the fill line (total of 16-ounces).
- Drink all the liquid over 15 to 20 minutes.
- Fill the mixing container with cold water again to the fill line. Drink all of the water over 15 to 20 minutes.
- Fill the mixing container again with cold water to the fill line. Drink all of the water over 15 to 20 minutes.
- You may continue small quantities of clear liquids to stay hydrated and ensure the laxative will work.

**4 hours prior**    7.00am on 09█ 22

- Take your heart, blood pressure and/or seizure medications with a small sip of water. Please notify the nursing staff upon arrival of the medications you have taken.
- If you use inhalers, please bring them with you.
- If you are diabetic DO NOT take any of your diabetic medications. You may bring them with you to your procedure.
- If you have an Insulin Pump **DO NOT REMOVE IT** at any time.
- **STOP** clear liquids at this time.
- **DO NOT** eat any candy, gum, or mints.

## Colonoscopy

**What is a colonoscopy?**     A colonoscopy is an exam of the colon (large intestine, or bowel) with a slim, flexible lighted tube called a colonoscope. Your healthcare provider can use the colonoscope to get a clear, magnified view of the inside of your colon from the anus to the area near the appendix.

**When is it used?**     Colonoscopy is the most direct and complete way to see the entire lining of the colon. It is usually done for one of the following reasons:

- **Prevention and early detection of cancer.** If you are between 45 and 80 years old, your healthcare provider may recommend that you have a colonoscopy at least every 10 years. IF you have a personal or family history that increases your risk, your provider may recommend that you have the test more often. A colonoscopy can help your provider find and remove growths (polyps) before they become cancerous. It can also allow your provider to detect cancerous growths early, when the cancer is easier to cure.
- **Diagnosis of illness.** If you have symptoms of illness that your healthcare provider has not been able to explain, you may have this procedure to try to find the cause of your symptoms. For example, you may be having unexplained abdominal pain or abnormal bowel movements. Your provider can check for inflammation of the bowel lining or infected pockets (diverticula) in the bowel wall.

**What happens during the procedure?** A colonoscopy may be done in the doctor's office or in an outpatient facility. Just before your exam, you may be given a sedative, which will help relax you. You may be given this medicine with a needle in your vein (IV).  You will lie on a table on your side with your knees bent and drawn up to your stomach. This position makes it easier for the doctor to pass the colonoscope into your anus and rectum and up into your colon. The doctor can view the images of the colon on a TV monitor. As the scope is passed through your colon, air is pumped into the colon so your doctor can see as much of the wall of the colon as possible. This air may make your feel bloated and give you cramps. If your doctor sees anything abnormal during the exam, he or she may take small samples of tissue through the colonoscope for lab tests. The doctor may be able to remove any abnormal areas, polyps or small tumors from the colon through the colonoscope. This may help you avoid having another procedure to remove them.

### What are the benefits of this procedure?

This procedure helps your healthcare provider diagnose problems in the colon. For some problems, such as cancer, treatment is more effective when the problem is detected early.

### What are the risks associated with this procedure?

- Some pain or swelling in your lower abdomen if air was pumped into your intestine during the procedure (this will last until your body passes the extra air shortly after the procedure)
- Damage to the colon (perforation) from the colonoscope and possible infection, which may then require surgery for repair
- Bleeding inside the colon, which also may need surgery

Adult Health Advisor 2006.4; Copyright © McKesson Corporation and/ or one of its subsidiaries. All Rights Reserved. Developed by McKesson Provider Technologies. This content is reviewed periodically and is subject to change as new health information becomes available. The information is intended to inform and educate and is not a replacement for medical evaluation, advice, diagnosis or treatment by a healthcare professional.

### Screen Colonoscopy vs. Diagnostic Colonoscopy

If you are here today because you were sent by your physician for a "Screening Colonoscopy" or you have seen one of our providers and he/she recommends a colonoscopy, **please** read this form in its entirety.

Under the Affordable Care Act (ACA), the **"Preventative Screening"** initiative passed in January, 2011 requires commercial and government payors to cover certain preventative services, including colon cancer screening, at no cost to the patient. This means patients undergoing a **"screening colonoscopy"** will not be held to their coinsurance or deductible responsibilities.

It is important for you to understand what is considered a "**screening colonoscopy**" under these guidelines. A "screening colonoscopy" is "*A colonoscopy being performed on a patient who does not have any signs or symptoms in the lower GI anatomy PRIOR to the scheduled test.*" Any symptom such as change in bowel habits, diarrhea, constipation, rectal bleeding, anemia, etc. prior to the procedure and noted as a symptom by the physician in your medical record may change your benefit from a screening to a diagnostic colonoscopy.

**Please Note:** If you have had a colonoscopy within the last 10 years and the result indicated you had colon polyps, you are **NOT** eligible for a Preventative Screening Benefit, as you have prior history of colon polyps. Your colonoscopy is now a "surveillance of the colon" and is considered diagnostic.

If you are under the age of 45 and are here for a screening colonoscopy, you may not be eligible for Preventative Screening Benefits. *Please contact your insurance company to ask if this benefit is available to individuals under the age of 50 under your plan.*

If we believe your colonoscopy will **NOT** be processed as a screening colonoscopy and you have a deductible or coinsurance that may apply, you will be contacted in advance of your procedure to collect a deposit.

Please be advised that if during the procedure your doctor finds a polyp or tissue that must be removed for pathological testing, the procedure will still be considered a screening colonoscopy but the laboratory fees for analyzing these specimens are **NOT** covered by the Preventative Screening Benefit and will be applied toward your deductible or coinsurance.

You should expect to receive multiple bills for your procedure:

- Procedure charge from the physician performing the procedure
- Anesthesia charge
- Laboratory charge for processing any tissue removed (may not always occur)
- Facility fee if your procedure is performed at a hospital

We make every effort to code correctly for your procedure with the correct modifiers and diagnoses. The correct coding of a procedure is driven by the physician and your medical history. As much as we want our patients to have the most convenient and affordable access to care, we cannot alter the way we submit claims for procedures to minimize the cost to our patients as this is considered Insurance Fraud.

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglin, Christopher | D.O.B. | ████ 1985 |
| SSN: | ████ 1103 | | |
| Treatment Recommended | Dr Call on on 08.11.22 | | |

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or transportation recommended and offered to me, Quaglin, Christopher , by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

Signature of Inmate: Refused          Date 8·11·22

Signature 1st Witness: Ofc. K+          Date 8/11/22

Signature 2nd Witness: Huffman          Date 8·11·22

**Administrative Review**

_Nelson_          Date 8/11/22
Medical Department Supervisor

# Special Diet Request

Patient:  QUAGLIN, CHRISTOPHER           Location:  BLD-C / POD-C

SSN:  ████7103

DOB:  ████985

## Special Diet Requested

☐ Vegetarian                    ☐ Diabetic

☐ Caloric. # of Calories:           ☑ Other:   clear liquid diet

## Requested by Whom

- ◉ Doctor
- ◉ Nurse
- ○ Patient
- ◉ Other

## Reason

- ◉ Medical
- ○ Religious
- ○ Other

**If Other, explain:**   CT scan on 8-16-2022

## Medical Justification:

AM clear liquid diet on 8-16-2022

Date Placed on Special Diet

Date Removed from Special Diet

Version 20220124

## ADDITIONAL COMMENTS

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| ALLEN, HALEY | Saved | | 08/10/2022 14:03 |

Electronically signed by ALLEN, H at 08/10/2022 14:03

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

J Wilson
8-11-2022
1430

Nlson
8/11/22
1430

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglino Christopher | D.O.B. | ███ 85 |
| SSN: | | | |
| Treatment Recommended | | | |

Vitals ONLY

### Refusal of Service  Disclaimer

I hereby refuse the services, treatment, an/or ~~transportation~~ recommended and offered to me, _Chris Quagln_, by the personnel of the Medical Department of the Northern Neck Regional Jail.  I understand that I accept full responsibility for any consequences of such refusal and I understand the risks.  I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

On 8/12 I hae been brought here, Denied my legal call and call to my family. Long was still here and knew I had NO way of making a call and laughed about it

| Signature of Inmate: _Chris_ | Date 8-13-22 I want to go back to my Pod |
| Signature 1st Witness: | Date 8-13-22 |
| Signature 2nd Witness: _Epps_ | Date 8-13-22 |

| Administrative Review | | |
| Medical Department Supervisor | Date 8/13/22 |

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| | |
|---|---|
| Inmate Name: | Quaglin Chrishopher |
| SSN: | |
| Treatment Recommended | |

D.O.B. ███████ 1985

Liquid I.V. ONLY

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or ~~transportation~~ recommended and offered to me, __Chris Quaglin__, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

On 8-13 I have been brought here and given no Phone My property was not given to me for hours, Lina was here, knew I had no phone, AND Laughed about it.

Signature of Inmate: _____ Date __8-13-22__ I want

Signature 1st Witness: _____ Date __8-13-22__ to go back to

Signature 2nd Witness: _____ Date __8-13-22__ my pod

**Administrative Review**

_____ Date_____
Medical Department Supervisor

# Special Diet Request

Patient:   QUAGLIN, CHRISTOPHER        Location:   BLD-C / POD-C

SSN:    ███ 7103

DOB:    ███ 1985

**Special Diet Requested**

☐   Vegetarian                  ☐   Diabetic

☐   Caloric. # of Calories: ⬚       ☑   Other:   clear liquid diet

**Requested by Whom**                  **Reason**

◎ Doctor                           ◉ Medical

◉ Nurse                            ◎ Religious

◎ Patient                          ◎ Other

◎ Other

If Other, explain:    CT scan on 8-16-2022

**Medical Justification:**

AM clear liquid diet on 8-16-2022

Date Placed on Special Diet

Date Removed from Special Diet

Version 20220124

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| ALLEN, HALEY | Saved | | 08/10/2022 14:03 |

Electronically signed by ALLEN, H at 08/10/2022 14:03

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

J Wilson
8-11-2022
1430

Nlohn
8/11/22
1430

# NORTHERN NECK REGIONAL JAIL FOOD INTAKE LOG

INMATE NAME: Quaglin, Christopher          HOUSING: Med. 119



| BEGIN DATE: 8/13/22<br>END DATE: 8/14/22 | **BREAKFAST** | **LUNCH** | **DINNER** |
|---|---|---|---|
| **MONDAY**<br>DATE: _____ | Officer Initials _____ | Officer Initials _____ | Officer Initials _____ |
| **TUESDAY**<br>DATE: _____ | Officer Initials _____ | Officer Initials _____ | Officer Initials _____ |
| **WEDNESDAY**<br>DATE: _____ | Officer Initials _____ | Officer Initials _____ | Officer Initials _____ |
| **THURSDAY**<br>DATE: _____ | Officer Initials _____ | Officer Initials _____ | Officer Initials _____ |
| **FRIDAY**<br>DATE: _____ | Officer Initials _____ | Officer Initials _____ | Officer Initials _____ |
| **SATURDAY**<br>DATE: 8/13/22 | Refuse 100% Officer Initials _____ | Refused 100% Officer Initials _____ | Refused Officer Initials JB |
| **SUNDAY**<br>DATE: 8/14/22 | Refu 100% Officer Initials FL | Refused Officer Initials _____ | Refused Officer Initials _____ |

MEDICAL SUPERVISOR SIGNATURE: _____



Phone: 866-483-9729

FAX: 804-282-1773

**PATIENT REPORT**

Document ID: 808268

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | QUAGLIN, CHRISTOPHER | | |
| **DATE OF BIRTH:** | ████ 1985 | **DATE OF SERVICE:** | 08/05/2022 |
| **PATIENT ID:** | 345305 | **REFERRING PHY:** | Dudley, James |
| **FACILITY:** | Northern Neck Regional Jail | **TECHNOLOGIST:** | Fournia, Chris |
| **ROOM #:** | | **INTERPRETING COMPANY:** | Meridian Radiology |

**PROCEDURE:**   73030 - SHOULDER complete, minimum of 2 views (LT)

**RESULTS:**

**PROCEDURE:**
73030-(LT) SHOULDER COMPLETE, MINIMUM OF 2 VIEWS

History: pain

Correlative Films Provided: None.

**FINDINGS:**
2 views of the left shoulder are provided showing no fracture lytic lesion or blastic abnormality.
No evidence of dislocation is shown on today's study. I do not see degenerative change.

**IMPRESSION:**
1. Unremarkable left shoulder showing no degenerative change.

Signed by DORN, JONATHAN MD at 8/5/2022 5:32:05 PM
The Protected Health Information contained in this fax is highly confidential. This fax is intended
for use by the Facility
Named above and its designees. Unauthorized use of PHI is a violation of Federal Law ( HIPAA)
and will be reported as such. If you have received this fax in error, please destroy.
Signed By DORN, JONATHAN at 8/5/2022 5:32:05 pm

**INTERPRETING DOCTOR:**   JONATHAN DORN

**ELECTRONICALLY SIGNED:**   JONATHAN DORN  (Fri, Aug 05, 2022 17:32:00 EDT)

Please be advised that in accordance with the health insurance portability and accountability act of 1996 ( HIPAA), the information contained in this report may contain protected health information and is intended solely for use by the intended recipient.

If you are not the intended recipient, be advised that any use, disclosure, dissemination, distribution, of copying of this information is prohibited. As part of its ongoing efforts to protect and ensure the confidentiality of health information , if you are not the intended recipient, we request that you contact Dynamic Mobile Imaging at: 866-483-9729 or contact the sender and destroy all copies of the original message.
**1100 Welborne Road, 3rd Floor Henrico, VA 23229**

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglin Christopher | D.O.B. | ▓▓▓▓ 1985 |
|---|---|---|---|
| SSN: | ▓▓▓ 7103 | | |

Treatment Recommended

Liquid I.V. ONLY @ 1100

Refusal of Service Disclaimer

I hereby refuse the services, treatment, an/or ~~transportation~~ recommended and offered to me, ___Chriz Quaglin___, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

On 8-12 I have been brought here and given no phone. My property was not given to me for hours Lina Coas here, knew I had no phone, AND laughed about it.

| | | |
|---|---|---|
| Signature of Inmate: _____ | Date 8-13-22 | I want |
| Signature 1st Witness: _____ | Date 8-13-22 | to go |
| Signature 2nd Witness: _____ EPPS | Date 8-13-22 | back to my po... |

Administrative Review

_Hubbmer_
Medical Department Supervisor          Date 8/13/22

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglino Christopher | D.O.B. | ██████ 85 |
|---|---|---|---|
| SSN: | ████████ 703 | | |

Treatment Recommended

Vitals ONLY @ 0700

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or ~~transportation~~ recommended and offered to me, _Chris Quaglin_ , by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

On 8/12 I have been brought here, Denied my legal call and call to my family. Long was still here and knew I had NO way of making a call and laughed about it

| | | |
|---|---|---|
| Signature of Inmate: | _Chris_ | Date 8-13-22 I was |
| Signature 1st Witness: | _CM_ | Date 8-13-22 to go back t |
| Signature 2nd Witness: | _Epps_ | Date 8-13-22 My po |

**Administrative Review**

Medical Department Supervisor              Date 8/13/22

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglin, Christopher | D.O.B. | ▮ 1985 |
| SSN: | ▮ 7103 | | |

Treatment Recommended: Vitals + Liquid IV

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or transportation recommended and offered to me, Quaglin.Christopher, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

Signature of Inmate: Refused to Sign    Date 8·15·22

Signature 1st Witness: Huffman    Date 8·15·22

Signature 2nd Witness: [signature]    Date 8/15·22

**Administrative Review**

[signature]    Date 8/15/22
Medical Department Supervisor

# NORTHERN NECK REGIONAL JAIL FOOD INTAKE LOG

INMATE NAME: Quaglin, Christoper          HOUSING: C ped



| BEGIN DATE: 8/8/22  END DATE: 08-14-22 | **BREAKFAST** | **LUNCH** | **DINNER** |
|---|---|---|---|
| **MONDAY**  DATE: 8/8/22 | Refused  Officer Initials AS | REFused  Officer Initials LVR | Refused Whole Tray  Officer Initials CD |
| **TUESDAY**  DATE: 08-09-22 | Refused Tray  Officer Initials BD | Refused Whole Tray  Officer Initials CD | Refused Tray  Officer Initials MH |
| **WEDNESDAY**  DATE: 08-10-22 | Refused Tray  Officer Initials BD | refused tray  Officer Initials BK | refused  Officer Initials CM |
| **THURSDAY**  DATE: 08-11-22 | Refused  Officer Initials LD | Refused 100%  Officer Initials M | Refused 100%  Officer Initials DP |
| **FRIDAY**  DATE: 08-12-22 | refused  Officer Initials PC | Refused  Officer Initials LD | Refused  Officer Initials MH | Moved to Med 149 at 1100 on 8/12/22. |
| **SATURDAY**  DATE: 08-13-22 | Officer Initials | Officer Initials | Officer Initials |
| **SUNDAY**  DATE: 08-14-22 | Officer Initials | Officer Initials | Officer Initials |

MEDICAL SUPERVISOR SIGNATURE: Hubbman

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglin Christopher | D.O.B. | ████ 1985 |
|---|---|---|---|
| SSN: | ████ 1985 | | |
| Treatment Recommended | CT Prep for upcoming CT | | |

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or transportation recommended and offered to me, Quaglin Christopher , by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

Signature of Inmate: Refused to Sign        Date 8.15.22

Signature 1st Witness: _____        Date 8/15/22

Signature 2nd Witness: Anen BSN RN        Date 8/15/22

**Administrative Review**

Huffman        Date 8.15.22
Medical Department Supervisor

## Northern Neck Regional Jail

| | Revision 4/7/2013 |
|---|---|

### Refusal of Medical Treatment

| Inmate Name: | Quaglin Christopher | D.O.B. | ████ 1985 |
|---|---|---|---|
| SSN: | ████ 1985 | | |
| Treatment Recommended | CT Prep for upcoming CT | | |

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or transportation recommended and offered to me, Quaglin Christopher _____, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal and I understand the risks. I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

Signature of Inmate: Refused to Sign          Date 8.15.22

Signature 1st Witness: _____          Date 8/15/22

Signature 2nd Witness: Awen BSN RN          Date 8/15/22

**Administrative Review**

Huffman          Date 8.15.22
Medical Department Supervisor

## Northern Neck Regional Jail

Revision 4/7/2013

### Refusal of Medical Treatment

| Inmate Name: | Quaglin Christopher | D.O.B. | ███████ 1985 |
|---|---|---|---|
| SSN: | ███████ 1985 | | |
| Treatment Recommended | CT Prep for upcoming CT | | |

**Refusal of Service Disclaimer**

I hereby refuse the services, treatment, an/or transportation recommended and offered to me, Quaglin. Christopher _____, by the personnel of the Medical Department of the Northern Neck Regional Jail.  I understand that I accept full responsibility for any consequences of such refusal and I understand the risks.  I further release the Northern Neck Regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer both known and unknown, as a result of my refusal of such services, treatment and/or transportation.

Signature of Inmate: Refused to Sign           Date 8.15.22

Signature 1st Witness: _____           Date 8/15/22

Signature 2nd Witness: Awen BSN RN           Date 8/15/22

**Administrative Review**

Huffman           Date 8.15.22
Medical Department Supervisor

## Northern Neck Regional Jail

Revised 5/19/2010

### Doctor's Notes

| | | |
|---|---|---|
| **Inmate Name:** Quaglin Christopher | | **D.O.B.** ████ 1985 |
| **SSN:** ████ 7703 | **Jurisdiction** Local | **USMS #** 382 08-509 |
| **BIN #** | **RX #** N/A | **District** D.C |

**Date of Service:**

**Vital Signs**

Temp ...........................

Pulse ...........................

BP ...........................

Weight ...........................

**Allergies**

[ X ] YES          [   ] NO

If Yes: wheat/gluten

**Subjective**

**Objective**

**Assessment**

**Plan**

**Signature**

Signature of Jail Physician _____        Date _____





# Refusal of Medical Treatment

| | | | | | |
|---|---|---|---|---|---|
| Patient: | QUAGLIN, CHRISTOPHER | DOB: | ████1985 | Date: | 08/20/2022 |
| Patient ID: | 00050929 | SSN: | ████7103 | | |

### TREATMENT RECOMMENDED

I/M refused liquid iv at 1600 diabetics

### REFUSAL OF SERVICE DISCLAIMER

I hereby refuse the services, treatment, and/or transportation recommended and offered to me, CHRISTOPHER QUAGLIN, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal, and I understand the risks. I further release the Northern Neck regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer, both known or unknown, as a result of my refusal of such services, treatment, and/or transportation.



**Signature of Patient**



**Signature of 1st Witness**



**Signature of 2nd Witness**

ADMINISTRATIVE REVIEW

**Signature of Medical Department Supervisor**          **Date**

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| SHROPSHIRE, SAVANNAH | Saved | | 08/20/2022 15:54 |

**Comments/Response**

Electronically signed by SHROPSHIRE, S (EMT) at 08/20/2022 15:54

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

# Refusal of Medical Treatment

| | | | | |
|---|---|---|---|---|
| Patient: | QUAGLIN, CHRISTOPHER | DOB: ▮▮1985 | | Date: 08/20/2022 |
| Patient ID: | 00050929 | SSN: ▮▮7103 | | |

**TREATMENT RECOMMENDED**

offered liquid IV. I/M refused.

**REFUSAL OF SERVICE DISCLAIMER**

I hereby refuse the services, treatment, and/or transportation recommended and offered to me, CHRISTOPHER QUAGLIN, by the personnel of the Medical Department of the Northern Neck Regional Jail. I understand that I accept full responsibility for any consequences of such refusal, and I understand the risks. I further release the Northern Neck regional Jail and individual medical staff from any injury, loss, or damage which I suffered or may suffer, both known or unknown, as a result of my refusal of such services, treatment, and/or transportation.

**Signature of Patient**

**Signature of 1st Witness**



**Signature of 2nd Witness**

___

ADMINISTRATIVE REVIEW

**Signature of Medical Department Supervisor**                    **Date**

**ADDITIONAL COMMENTS**

| From | To | Comments/Response | Date |
|------|-----|-------------------|------|
| SHROPSHIRE, SAVANNAH | Saved | | 08/20/2022 10:51 |

Electronically signed by SHROPSHIRE, S (EMT) at 08/20/2022 10:51

Northern Neck Regional Jail, Ph.8043336019

Generated by HealthSecure EMR

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

CHRISTOPHER JOSEPH QUAGLIN,          :
                                     :
                      Petitioner,    :
                                     :
v.                                   :          Civil Action No. 1:22CV1154-TNM
                                     :
MERRICK GARLAND, et al.,             :
                                     :
                      Respondents.   :

**AFFIDAVIT OF MARY CAROL BARNETTE**

COMMONWEALTH OF VIRGINIA
CITY OF ___Warsaw___ , to-wit:

Mary Carol Barnette, being first duly sworn upon oath, deposes and states as follows:

      1.     At all relevant times I was employed by Northern Neck Regional Jail as Heath Services Coordinator. In my role, I am the custodian of medical records.

      2.     I base this Affidavit on personal knowledge and on records maintained in the ordinary and regular course of business.

      3.     The records attached to this Response to Petition for Writ of Habeas Corpus and Complaint are true, correct, and genuine copies of medical records created and/or maintained at the Northern Neck Regional Jail.

      Further affiant sayeth not.

_____
MARY CAROL BARNETTE

This day personally appeared before me, the undersigned Notary Public in and for the county/city and state aforesaid, Mary Carol Barnette to me known to be the person named herein, who after being duly sworn, deposed and said that the facts contained in the foregoing instrument are true and correct.

Sworn and subscribed to before me this ___1___ day of ___June___, 2022.

Jessica C. Middlebrook
Notary Public

My Commission Expires: 11/30/23
My Registration No.: 7821074

JESSICA C MIDDLEBROOK
NOTARY
PUBLIC
REG. #7821074
MY COMMISSION
EXPIRES
11/30/23
COMMONWEALTH OF VIRGINIA

2