Exhibit 6

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

CHRISTOPHER JOSEPH QUAGLIN,

        Petitioner,

v.                                                                                    Civil Action No. 1:22CV1154-TNM

MERRICK GARLAND, et al.,

        Respondents.

## AFFIDAVIT OF JAMES BARNES

COMMONWEALTH OF VIRGINIA
COUNTY OF RICHMOND, to-wit:

James Barnes, being first duly sworn upon oath, deposes and states as follows:

1. Since August 2021, and at all times relevant to Christopher Quaglin's Petition for Writ of Habeas Corpus and Complaint, I have been employed by the Northern Neck Regional Jail Authority as the Program Services Coordinator at the Northern Neck Regional Jail ("NNRJ").

2. I base this affidavit on personal knowledge and on records maintained at the NNRJ in the ordinary and regular course of business.

3. In my role as Program Services Coordinator, I am responsible for multiple departments, including foodservice, the kitchen, and the commissary.

4. NNRJ contracts with Trinity Services Group, Inc., ("TSG") a nationwide correctional foodservice provider, to develop regular and special medical menus that meet inmates' dietary and nutritional requirements. TSG's registered dieticians develop the menus based on specifications and guidelines from the Food and Nutrition Board of the National Academy of Sciences.

5. Starting on December 21, 2021, the day of Mr. Quaglin's incarceration, the NNRJ medical department ordered Mr. Quaglin a gluten free diet.

6. I reviewed TSG's Correctional Foodservice Diet Reference Manual regarding a gluten free diet, and consulted directly with TSG's registered dieticians for further instructions and guidance.

7. I also consulted with Cheney Brothers, NNRJ's food vendor for meat and other foods except for dairy and produce, to verify that all meat and the other foods products provided to Mr. Quaglin were 100% gluten free.

8. NNRJ uses TSG's four-week menus for a gluten free diet to prepare Mr. Quaglin's food trays for breakfast, lunch, and dinner.

9. To avoid cross contamination, Mr. Quaglin's food trays are prepared separately, using separate utensils, on the assembly line for special diet trays. His trays are not prepared on the assembly line for regular diet trays intended for the general inmate population.

10. To further avoid cross contamination, Mr. Quaglin's food trays are fitted with an individual lid, which is washed and sanitized every day and dedicated exclusively for use with his trays.

11. Mr. Quaglin's trays are also set separately on the serving cart.

12. In addition, I have instructed kitchen supervisors to take pictures of each of Mr. Quaglin's trays to ensure that all items comply with the TSG gluten free menus and are 100% gluten free. My purpose is to provide one extra layer of precaution and one extra set of eyes on Mr. Quaglin's trays before they leave the kitchen.

13. We continue to prepare breakfast, lunch, and dinner trays for Mr. Quaglin each day and in the manner set forth above. They are offered to him three times per day and he decides if he is going to refuse them.

14. Mr. Quaglin submits weekly commissary requests. Since he has been at NNRJ, he has purchased the following items, a number of which are not designated by the manufacturer as gluten-free:

| ITEM # | DESCRIPTION | GF Y/N |
| --- | --- | --- |
| 101 | SS Coffee | NO |
| 210 | Plain Chips | YES |
| 213 | Sour Cream & Onion Chips | YES |
| 215 | Jalapeno Poppers | YES |
| 231 | Hot Pickle | YES |
| 243 | Soup - Chili | NO |
| 250 | Trail Mix - Original | YES |
| 272 | Spanish Rice | NO |
| 278 | Ranch Dressing | NO |
| 286 | Tuna Pouch | YES |
| 302/3021 | Salted Peanuts | NO |
| 305 | Peppermints | NO |
| 310 | Snickers | NO |
| 316 | M&M Peanut | NO |
| 345 | Honey Bun | NO |
| 2133 | Jalapeno Chips | YES |
| 2192 | Salsitas Chips | NO |
| 2525 | Protein Bar | YES |
| 2621 | Beef Summer Sausage | NO |

| ITEM # | DESCRIPTION | GF Y/N |
|---|---|---|
| 2622 | Honey Pepper Turkey Sausage Log | NO |
| 2685 | Cheddar Cheese Squeezer | NO |
| 2692 | Mustard | NO |
| 2693 | Mayo | NO |
| 2829 | Refried Beans | YES |
| 2850 | Tuna Spicy Thai Chili | YES |
| 2880 | Sardines in Hot Sauce | NO |
| 3062 | Butterscotch Discs | NO |
| 3451 | Honey Bun (Iced) | NO |

Further affiant sayeth not.

JAMES BARNES

This day personally appeared before me, the undersigned Notary Public in and for the county/city and state aforesaid JAMES BARNES, to me known to be the person named herein, who after being duly sworn, deposed and said that the facts contained in the foregoing instrument are true and correct.

Sworn and subscribed to before me this 2nd day of September, 2022.

Notary Public

My Commission Expires: 11/30/25
My Registration No. 7737128

