Exhibit 7

| | | | |
|---|---|---|---|
| Incident Report # | 00032756 | Reporting Officer | LAWS, CHRISTOPHER |
| Case Nbr | 1081620222 | Location Type | Other |
| Incident DateTime | 08/16/2022 19:50 | Location | MEDICAL CELL 118 |
| Incident Type | GENERAL INCIDENT | | |

Billing Agency

Medical Att. Required ☐

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

### Employees Involved

| Name |
|---|

☐ Use of Force Required

**Type of Force**

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

**Type of Restraints**

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was the Main Control Officer. While listening to Inmate Quaglin via intercom, I heard Inmate Quaglin tell the inmate in Medical Cell 117 that he planned to lay down in the floor face down during the middle of the night to see how long it would take for the Officers and Medical to respond. Sergeant Hodges and Lieutenant Shropshire were notified. End of Report.

Reporting Officer: _____     Shift Supervisor: _____

1st Lieutenant: _____        Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00032751 | | Reporting Officer | HUFFMAN, AMBER |
| Case Nbr | 20816202201 | | Location Type | Other |
| Incident DateTime | 08/16/2022 07:00 | | Location | MEDICAL CELL 118 |
| Incident Type | DISTRUPTIVE BEHAVIOR | | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and time, Inmate Quaglin asked for a trustee to make him a mop bucket, I advised him that all the trustees were currently busy but we would arrange for his cell to be cleaned. He began to raise his voice and say, "Well since you are apparently in charge of the trustees, you can tell them they are doing a piss poor job." I asked him to please quiet down. He began to raise his voice and say, "I have an attorney visit scheduled." I advised him that if he has a visit, then security knows about it. He yelled, "Oh so you can tell trustees what to do but not security?" I advised him to lower his voice or I would charge him. He yelled, "I don't give a damn." I then advised him that he has lost his phone privileges for today. He then started yelling again. End of report. Nothing further at this time.

Reporting Officer: _____

1st Lieutenant: _____

Major's Review: _____

_____
Superintendent (if use of force)

Shift Supervisor: _____

Chief of Security: _____

## Northern Neck Regional Jail
## Disciplinary Offense Report

Disciplinary #    00011192

Inmate Number    00050929

Inmate Name    QUAGLIN, CHRISTOPHER

Cell Assignment    MED-118

Employee Name    CHAMPION

### Offense Details

Offense Date Time    08/16/2022 14:00

Location Type    **Building**

Location Description    MEDICAL

Offense Details

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |
| Minor | 305 | Making excessive noise or yelling |

Inmate was extremely disrespectful and delayed me from doing my job.

## Pre-Hearing Disposition

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:    08/23/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____  Date of Service _____

_____    _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____  Date of Report_____

Serving Officer Signature_____  Date of Service_____

Shift Supervisor Signature _____  Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032753 | Reporting Officer | CHAMPION, GRAHAM |
| Case Nbr | 2081620223 | Location Type | Building |
| Incident DateTime | 08/16/2022 14:00 | Location | MEDICAL |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |
| | | Billing Agency | |

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time I was the Medical Officer on post. I was observing another Inmate on a zoom call with Mental Health. While in Medical Inmate Quaglin become disrespectful and disrupting the zoom call going on in Medical. I gave Inmate Quaglin direct orders to calm down and stop being disruptive. Inmate Quaglin continued to be disruptive after several direct orders. Inmate Quaglin was moved from Medical and placed in Booking. Charges to follow. End of report.

Reporting Officer: _____

Shift Supervisor: _____

1st Lieutenant: _____

Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

Northern Neck Regional Jail
Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00011191 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | MED-118 |

Employee Name    HUFFMAN

| | |
|---|---|
| Offense Date Time | 08/16/2022 08:00 |
| Location Type | **Other** |
| Location Description | MEDICAL CELL 118 |
| Offense Details | |

**Offense Details**

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

Inmate Quaglin was yelling and using derogatory language.

**Pre-Hearing Disposition**

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:      08/24/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____     Date of Service _____

_____ _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____     Date of Report_____

Serving Officer Signature_____     Date of Service_____

Shift Supervisor Signature _____     Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032752 | Reporting Officer | HUFFMAN, AMBER |
| Case Nbr | 20816202202 | Location Type | Other |
| Incident DateTime | 08/16/2022 08:00 | Location | MEDICAL CELL 118 |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency   U.S. Marshal - DC District

Medical Att. Required   ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time, Inmate Quaglin was standing in his celling yelling, "Fuck Ms. Huffman. I don't give a fuck what she does, I'll make sure she is no longer an EMT." Charges to follow. End of report.

Reporting Officer: _____   Shift Supervisor: _____

1st Lieutenant: _____   Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

Northern Neck Regional Jail

Disciplinary Offense Report

Disciplinary #      00011185
Inmate Number    00050929
Inmate Name       QUAGLIN, CHRISTOPHER          Employee Name    CHAMPION
Cell Assignment    MED-119

Offense Date Time    08/13/2022 17:40            **Offense Details**

Location Type       **Other**                                              **Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 213 | Fail to follow institutional count procedures or interfere with lockdown p |

Location Description    MEDICAL

Offense Details

Inmate refused to stand for count procedures.

**Pre-Hearing Disposition**

PreHearing Action                          Evidence Disposition

PreHearing Dt/Tm
                                           Hearing Date set for:      08/23/2022 00:00

Detention Authorized  ☐

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

Inmate #        Name

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____    Date of Service _____

_____       _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____    Date of Report_____

Serving Officer Signature_____    Date of Service_____

Shift Supervisor Signature _____    Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032742 | Reporting Officer | CHAMPION, GRAHAM |
| Case Nbr | 4081320225 | Location Type | Other |
| Incident DateTime | 08/13/2022 17:40 | Location | MEDICAL |
| Incident Type | OTHER RULE VIOLATION | | |
| | | Billing Agency | |

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and time I was the A/B Float Officer on post. While conducting 17:30 head count in Medical, Inmate Quaglin refused to stand for count. I advised Inmate Quaglin to stand for count he responded, " I'm in Medical I dont have to stand." Inmate Quaglin still refused to stand after getting a direct order to. Charges to follow. End of report.

Reporting Officer: _____

1st Lieutenant: _____

Major's Review: _____

_____
Superintendent (if use of force)

Shift Supervisor: _____

Chief of Security: _____

## Northern Neck Regional Jail
## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00011164 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | C-216 |

Employee Name    HODGES

### Offense Details

| | |
|---|---|
| Offense Date Time | 08/09/2022 16:05 |
| Location Type | **Pod** |
| Location Description | C-POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 112 | Intentionally destroy, alter, or damage jail or any persons property |

Major 112-Wrote in an unauthorized area of the Newspaper/Magazine log book.

### Pre-Hearing Disposition

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:    08/24/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|
| | |

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____     Date of Service _____

_____ _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____     Date of Report_____

Serving Officer Signature_____     Date of Service_____

Shift Supervisor Signature _____     Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032692 | Reporting Officer | HODGES, SEAN |
| Case Nbr | 4080920229 | Location Type | Pod |
| Incident DateTime | 08/09/2022 16:05 | Location | C-POD |
| Incident Type | OTHER RULE VIOLATION | | |
| | | Billing Agency | |

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was delivering a newspaper to the above named inmate. When the above named inmate signed the log book for his newspaper, he also wrote on the side of the page, which he was not allowed to do. Charges to follow. End of report.

Reporting Officer: _____    Shift Supervisor: _____

1st Lieutenant:_____    Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

## Northern Neck Regional Jail
## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00011113 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | BK-H4 |

Employee Name   HUFFMAN

### Offense Details

| | |
|---|---|
| Offense Date Time | 08/02/2022 08:00 |
| Location Type | **Other** |
| Location Description | MEDICAL EXAM ROOM |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

Offense Details

Inmate used profanity and repeatedly raised his voice after being told not to.

### Pre-Hearing Disposition

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:   08/10/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|
| | |

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Ye

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature     _____     Date of Service _____

_____     _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____     Date of Report_____

Serving Officer Signature_____     Date of Service_____

Shift Supervisor Signature _____     Date of Review_____

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00032555 | | Reporting Officer | HUFFMAN, AMBER |
| Case Nbr | 20802202201 | | Location Type | Other |
| Incident DateTime | 08/02/2022 08:00 | | Location | MEDICAL EXAM ROOM |
| Incident Type | OTHER RULE VIOLATION | | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|
| |

### ☐ Use of Force Required

#### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

### ☐ Use of Restraints Required

#### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

Narrative

On the above date and time, Inmate Quaglin was being seen in Medical. Inmate Quaglin raised his voice towards myself and then proceeded to cuss at me. He made comments such as, "I'm a fucking detainee, not an inmate," I asked him to not cuss or raise his voice and he proceeded to do it anyways. He then made comments, "I can fucking refuse whatever I want." I advised him of the proper way to refuse. Charges to follow, end of report. Nothing further at this time.

Reporting Officer: _____    Shift Supervisor: _____

1st Lieutenant: _____    Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032557 | Reporting Officer | RAY, R |
| Case Nbr | 10802202203 | Location Type | Pod |
| Incident DateTime | 08/02/2022 07:00 | Location | BOOKING |
| Incident Type | GENERAL INCIDENT | | |

Billing Agency

Medical Att. Required  ☐

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

### Employees Involved

| Name |
|---|

---

☐ Use of Force Required

#### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

#### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

### Narrative

On the above date and approximate time, I was the A/B Float Officer. While doing trays the above named inmate refused a tray at breakfast. End of report.

Reporting Officer: _____    Shift Supervisor: _____

1st Lieutenant: _____    Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032558 | Reporting Officer | DWYER, LEVI |
| Case Nbr | 10802202203 | Location Type | Pod |
| Incident DateTime | 08/02/2022 07:00 | Location | BOOKING |
| Incident Type | GENERAL INCIDENT | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was the A/B Float Officer. While doing trays the above named inmate refused a tray at breakfast. End of report.

Reporting Officer: _____    Shift Supervisor: _____

1st Lieutenant: _____    Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

Northern Neck Regional Jail

**Disciplinary Offense Report**

| | |
|---|---|
| Disciplinary # | 00011172 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | C-216 |

Employee Name    LANDMAN

**Offense Details**

| | |
|---|---|
| Offense Date Time | 08/01/2022 23:30 |
| Location Type | **Pod** |
| Location Description | C POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 213 | Fail to follow institutional count procedures or interfere with lockdown p |

201 - Disobeyed a direct order.

213 - Failed to follow institutional count procedures.

**Pre-Hearing Disposition**

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:    08/24/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Ye

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature       _____          Date of Service _____

_____          _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____          Date of Report_____

Serving Officer Signature_____          Date of Service_____

Shift Supervisor Signature _____          Date of Review_____

Northern Neck Regional Jail
Disciplinary Offense Report

Disciplinary #         00011111
Inmate Number      00050929
Inmate Name         QUAGLIN, CHRISTOPHER          Employee Name    JETT
Cell Assignment     BK-H4

Offense Details

Offense Date Time    08/01/2022 23:30
Location Type            **Pod**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 213 | Fail to follow institutional count procedures or interfere with lockdown p |
| Major | 228 | Being in unauthorized area |
| Major | 201 | Disobey a direct order |

Location Description    C-POD

Offense Details

213 Was in the day room floor during count
228 In the day room during count
201 did not lock down when I flashed the lights

Pre-Hearing Disposition

PreHearing Action                                    Evidence Disposition

PreHearing Dt/Tm

                                                              Hearing Date set for:        08/15/2022 00:00

Detention Authorized ☐

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

Inmate #        Name

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. {Mark Ye

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature _____        Date of Service _____

_____        _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____        Date of Report_____

Serving Officer Signature_____        Date of Service_____

Shift Supervisor Signature        _____        Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032551 | Reporting Officer | WHITE, ANTHONY |
| Case Nbr | 10801202203 | Location Type | Pod |
| Incident DateTime | 08/01/2022 23:30 | Location | C-POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|
| JETT, COLT |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

☑ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| QUAGLIN, CHRISTOPHER | HandCuffs | INMATE WAS CUFFED UPON ARRIV |

Narrative

On the above date and time, I was A/B Side Float. I was called to C-Building to assist with the above named inmate who had refused to lock down during count. The above named inmate was then removed from the pod along with his property. The above named inmate was then taken to Booking. At this time, he was placed in his cell and given multiple direct order to uncuff to which he refused all. After post change was completed and time permitted, the cuffs were then removed when the above named inmate complied. End of report.

Reporting Officer: _____     Shift Supervisor: _____

1st Lieutenant: _____     Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032549 | Reporting Officer | JETT, COLT |
| Case Nbr | 10801202203 | Location Type | Pod |
| Incident DateTime | 08/01/2022 23:30 | Location | C-POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|
| WHITE, ANTHONY |

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☑ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| QUAGLIN, CHRISTOPHER | HandCuffs | |

### Narrative

On the above date and approximate time, I was the C-Float Officer. During 2330 head count, the above named inmate was in the day room refusing to lock down. After count had cleared, Officer White assisted me in cuffing and removing the above named inmate from the pod along with his property. He was then taken to Booking. Once placed in the cell, he was told to uncuff to which he refused multiple direct orders to do so. Post change was completed and the cuffs were removed once he became compliant. Charges to follow. End of report.

Reporting Officer: _____

Shift Supervisor: _____

1st Lieutenant:_____

Chief of Security: _____

Major's Review: _____

_____
      Superintendent (if use of force)

| Incident Report # | 00032668 | Reporting Officer | HODGES, MATTHEW |
|---|---|---|---|
| Case Nbr | 10801202205 | Location Type | Other |
| Incident DateTime | 08/01/2022 18:30 | Location | BOOKING CELL 5 |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|
| WHITE, ANTHONY |
| JETT, COLT |
| TAYLOR, CHASITY |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☑ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was the Booking Officer. The above named inmate had been escorted to Booking by Ofc. White, Anthony. I observed that the above named inmate was in handcuffs. The above named inmate was placed in Cell 5 in Booking. Ofc. White, Anthony ordered the above named inmate to come to the cell door and put his hands through the food slot so that the cuffs could be removed. The above named inmate did not comply. Ofc. White, Anthony gave the above named inmate another order, and the inmate still did not comply. At this time Ofc. Jett, Colt told Ofc. White, Anthony to leave the above named inmate cuffed. I then exited Booking. End of report.

Reporting Officer: _____

Shift Supervisor: _____

1st Lieutenant: _____

Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

T1111 MIDDLEBROOK                08/24/2022 17:32                Page: 1

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00032575 | | Reporting Officer | TAYLOR, CHASITY |
| Case Nbr | 10801202205 | | Location Type | Other |
| Incident DateTime | 08/01/2022 18:30 | | Location | BOOKING CELL 5 |
| Incident Type | GENERAL INCIDENT | | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|
| WHITE, ANTHONY |
| JETT, COLT |
| HODGES, MATTHEW |

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|
| | | |

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|
| | | |

### Narrative

On the above date and approximate time I was the Classification Officer. Officer Jett and Officer White escorted Inmate Quaglin to Booking. They placed inmate in Cell 5 and gave a direct order to step back so they could remove the handcuffs. Inmate Quaglin refused to give the handcuffs back. Officer White gave another direct order to step back so they could remove the handcuffs. Inmate Quaglin sat down on the bed refusing to give the handcuffs back.  Officer Jett advised Officer White that they would go tell the supervisor. End of report.

Reporting Officer: _____    Shift Supervisor: _____

1st Lieutenant:_____    Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

## Northern Neck Regional Jail
## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00011174 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | C-216 |

Employee Name    LANDMAN

### Offense Details

| | | |
|---|---|---|
| Offense Date Time | 08/01/2022 18:00 | |
| Location Type | **Pod** | |
| Location Description | C POD | |
| Offense Details | | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |

201 - Disobeyed a direct order.

205 - Delay, hinder, and interfere with employee duties.

## Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Detention Authorized | |

Evidence Disposition

Hearing Date set for:     08/24/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

T1111 MIDDLEBROOK                08/24/2022 17:40

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature   _____        Date of Service _____

_____     _____ Inmate refuses to sign "preliminary hearing notification


1st. Witness :_____

2nd. Witness: _____


Reporting Officer Signature_____        Date of Report_____

Serving Officer Signature_____        Date of Service_____

Shift Supervisor Signature _____        Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032721 | Reporting Officer | LANDMAN, JAZMYNE |
| Case Nbr | 10801202204 | Location Type | Pod |
| Incident DateTime | 08/01/2022 18:00 | Location | C POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time I was the C Float Officer. While conducting my twice hourly scans, I informed Inmate Quaglin to pack his property because he was moving out of C-Pod. Inmate Quaglin refused saying that if he was moving to Medical then he was not going. I did not tell Inmate Quaglin where he was moving to, just that he was moving to which he continued to refuse. End of report. Charges to follow.

Reporting Officer: _____

Shift Supervisor: _____

1st Lieutenant: _____

Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032722 | Reporting Officer | LANDMAN, JAZMYNE |
| Case Nbr | 10801202205 | Location Type | Other |
| Incident DateTime | 08/01/2022 01:30 | Location | BOOKING |
| Incident Type | GENERAL INCIDENT | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time I was the A/B Float Officer. While conducting twice hourly scans in Booking, I noticed Inmate Quaglin sitting on his bunk facing me with his arms behind him. Inmate Quaglin appeared to be relaxing on his bunk. Inmate Quaglin did not say anything as I walked through and made sure the Booking area was secure. I was later told that he refused to let the other Officers take the handcuffs off of him. The handcuffs were removed and Inmate Quaglin remained in Booking and went to sleep. End of report.

Reporting Officer: _____

1st Lieutenant: _____

Major's Review: _____

_____

Superintendent (if use of force)

Shift Supervisor: _____

Chief of Security: _____

| | | | |
|---|---|---|---|
| Incident Report # | 00032524 | Reporting Officer | DALTON, MARSHALL |
| Case Nbr | 4072920226 | Location Type | Pod |
| Incident DateTime | 07/29/2022 16:56 | Location | C-POD |
| Incident Type | GENERAL INCIDENT | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was the C-Building float Officer. While finishing up serving trays in B-Pod I heard something in C-Pod. I entered the pod and the above listed inmate informed me he was going on a hunger strike as he found a noodle on his tray. End of Report.

Reporting Officer: _____

Shift Supervisor: _____

1st Lieutenant: _____

Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00032572 | | Reporting Officer | CHAMPION, GRAHAM |
| Case Nbr | 4072920224 | | Location Type | Pod |
| Incident DateTime | 07/29/2022 12:45 | | Location | C-POD |
| Incident Type | OTHER RULE VIOLATION | | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

| Name |
|---|

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

**Narrative**

On the above date and approximate time I was the C Building Float Officer on post. While observing lunch trays in C-Pod, Inmate Quaglin refused his lunch tray. After lunch trays were done serving I conducted walk through to finish my scan I observed Inmate Quaglin eating commissary after he stated, " I'm going on a hunger strike." End of report.

Reporting Officer: _____     Shift Supervisor: _____

1st Lieutenant:_____     Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | | |
|---|---|---|---|---|
| Name QUAGLIN, CHRISTOPHER | | Booking # 21024. | Facility JAIL | |
| Inmate # 00050929 | Sex Male | DOB ████ 1985 | Book Dt/Tm 12/21/2021 11:24 | Building C |
| Race White/Eurp/ N.Afr/Mid Eas | | Age 36 | Release Dt/Tm | Pod C |
| Status | In Jail | | Classification MEDIUM | Cell C-216 |

## Disciplinary Hearing Results

Hearing # 11089

Hearing Date/Time 07/28/2022 00:00:00      Next Classification Date/Time 08/09/2022 14:21:54

Inmate Present At Hearing ☐    If not, state reason HEARING DID NOT TAKE PLACE

Charging Officer Present at Hearing ☐    If not, state reason

| Offense Type | Offense Code | Description | Date/Time | Guilty Plea | Findings | Confinement Days | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| MAJOR | 201 | Disobey a direct order | 07/22/2022 08:45 | 0 | Null Prossed | | |
| MAJOR | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) | 07/22/2022 08:45 | 0 | Null Prossed | | |
| MAJOR | 232 | Disrespectful behavior toward staff, volunteer or visitor | 07/22/2022 08:45 | 0 | Null Prossed | | |

Inmate Witness

| Inmate No | Inmate Witnesses | Reason Inmate Was Called |
|---|---|---|

Employee Witness

| Employee Witnesses | Reason Employee Was Called |
|---|---|

Privileges Revoked

| Type | Date/Time | No Of Days | Location | No Days |
|------|-----------|------------|----------|---------|
|      |           |            | Credit Days |      |

Hearing Board Members

Board Member

_____     _____
Inmate Signature                     Date

_____     _____
Officer Signature                    Date

_____     _____
Witness Signature                    Date

# Northern Neck Regional Jail

## Penalty Offer

### Personal Information

Inmate Name: QUAGLIN, CHRISTOPHER

Building: C
Pod: B
Cell:

### Charge Information

| | | | |
|---|---|---|---|
| Chge1: | 201 | Desc | DISOBEYED DIRECT ORDER |
| Chge2: | 222 | Desc | USE OF VULGAR LANGUAGE |
| Chge3: | 232 | Desc | DISRESPECTFUL BEHAVIOR |

### Request for Penalty Offer

I wish to enter a Penalty offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administrati0on and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate _____     Date: 808pm 7/26/22

### Penalty Offer

Based upon a review of the facts in this case, and your institutional record, I offer the following:

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | 5 Days | 5 Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| Total | | Total | 5 Total | 5 Total | Total $ | Total |

[ ] Other _____

[ ] A penalty Offer will not be made

Signature of Officer: OFC. HODGES     Date: 7/26/2022

### Conditions of Penalty Offer and Decision

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinatry Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer, and that acceptance of this offer constitutes a guilty plea to the offense specified.

[ ] I accept the Penalty Offer.

[ ] I decline the Penalty Offer

Inmate Signature _____

Date 808pm 7/26/22

Witness Signature _____

# Northern Neck Regional Jail
## Penalty Offer

### Personal Information

Inmate Name: __QUAGLIN, CHRISTOPHER__

Building: __C__
Pod: __B__
Cell: _____

### Charge Information

Chge1: __201__   Desc __DISOBEYED DIRECT ORDER__
Chge2: __222__   Desc __USE OF VULGAR LANGUAGE__
Chge3: __232__   Desc __DISRESPECTFUL BEHAVIOR__

### Request for Penalty Offer

I wish to enter a Penalty Offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administratiOon and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate: _____   Date: _____

### Penalty Offer

Based upon a review of the facts in this case, and your institutional record, I offer the following:

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | 5 Days | 5 Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| Total | | Total | 5 Total | 5 Total | Total $ | Total |

[ ] Other _____

[ ] A penalty Offer will not be made

Signature of Officer: __OFC. HODGES__   Date: __7/26/2022__

### Conditions of Penalty Offer and Decision

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinary Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer, and that acceptance of this offer constitutes a guilty plea to the offense specified.

[ ] I accept the Penalty Offer.        [ ] I decline the Penalty Offer

Inmate Signature _____

Date _____   Witness Signature _____

Northern Neck Regional Jail

Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00011009 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | B-209 |

Employee Name    KENT

Offense Details

| | |
|---|---|
| Offense Date Time | 07/22/2022 08:45 |
| Location Type | **Pod** |
| Location Description | B-POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

201: Inmate disobeyed multiple direct orders to leave the dayroom.
222: Inmate said, "Fuck you, Brandon."
232: Inmate called me by my first name.

Pre-Hearing Disposition

PreHearing Action

PreHearing Dt/Tm

Evidence Disposition

Hearing Date set for:    07/27/2022 00:00

Detention Authorized ☐

_N_ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_N_ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

B-Pod

0398 WILLIAMS                    07/22/2022 14:51                    Page: 1

___N___ I request staff or inmate assistance. (Mark Yes or No)

___N___ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

___Y___ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____          Date of Service ___7-22-22___

_____    _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness : _____

2nd. Witness: _____

Reporting Officer Signature _____          Date of Report __07/22/22__

Serving Officer Signature _____          Date of Service __17-22-22__

Shift Supervisor Signature _____          Date of Review __7/22/22__

## Northern Neck Regional Jail
## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00011009 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | B-209 |

Employee Name   KENT

**Offense Details**

| | |
|---|---|
| Offense Date Time | 07/22/2022 08:45 |
| Location Type | **Pod** |
| Location Description | B-POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 201 | Disobey a direct order |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

201: Inmate disobeyed multiple direct orders to leave the dayroom.
222: Inmate said, "Fuck you, Brandon."
232: Inmate called me by my first name.

### Pre-Hearing Disposition

PreHearing Action

PreHearing Dt/Tm

Detention Authorized ☐

Evidence Disposition

Hearing Date set for:   07/27/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|
| | |

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature _____    Date of Service _____

_____        _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____    Date of Report_____

Serving Officer Signature_____    Date of Service_____

Shift Supervisor Signature _____    Date of Review_____

| | | | |
|---|---|---|---|
| Incident Report # | 00032449 | Reporting Officer | KENT, BRANDON |
| Case Nbr | 2072220221 | Location Type | Pod |
| Incident DateTime | 07/22/2022 08:45 | Location | B-POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required ☐

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

### Employees Involved

| Name |
|---|

☐ Use of Force Required

**Type of Force**

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

**Type of Restraints**

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was the C-Building Control Officer. While watching over commissary in B-Pod, I advised all inmates to clear the dayroom. Inmate Quaglin refused multiple direct orders to leave the dayroom. Inmate Quaglin then yelled, "Fuck you, Brandon." Charges to follow. End of report.

Reporting Officer: _____      Shift Supervisor: _____

1st Lieutenant: _____      Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

✗ Given to Hodges 8:45 8/9/22   **Northern Neck Regional Jail**

## Disciplinary Hearing Appeal (Superintendent)

**Personal Information**

Inmate Name: Quaglin, Chris

Housing:
Building: _____
Pod: C
Cell: Q 216

SSN: _____

**Hearing Officer Deliberations**

Chge1:: 205    Desc _____    Guilty [ ]   Not Guilty [ ]   Nolle Prosse [ ]   Dismiss [ ]
Chge2: 214    Desc _____    Guilty [ ]   Not Guilty [ ]   Nolle Prosse [ ]   Dismiss [ ]
Chge3: 232    Desc _____    Guilty [ ]   Not Guilty [ ]   Nolle Prosse [ ]   Dismiss [ ]

**Penalty Information**    The following penalty is hereby assessed upon finding of guilty

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| | Total | Total | Total | Total | Total $ | Total |

**Basis of Appeal**

- I asked Hearing off. to provide a copy of paperwork. Hodges said I missed or "refused" to sign" the 2nd Postponement of this charge. This isn't true. I was never asked to sign it. The day before, I was asked to sign a Postponement #1 for charges Disciplinary # 11008 and 11009. I did. 11009 was Null processed. Why was 11008 not Null processed? If one was postponed a 3rd time why wasn't the other one? The answer is that I was never asked to postpone a 3rd time. I asked Hodges to provide video of this. He couldn't. I have NEVER refused to sign a paper. Ever. I was never given the
- I was not given 24 hours to accept the plea offer. I signed it the same day as the Hearing
- The first plea offer was void by your officer because he wrote over it with Black Pen
- The "2nd" plea offer is therefore the only plea offer. I didn't have 24 hours.
- Your officer cursed and threatened my life. I want formal in house charges brought up on Kent

**Superintendent's Response**

Appeal Denied [✓]        Decision Overturned [ ]

**Reason For Decision**

There is no basis to overturn this, your version of events lack credibility

**Superintendent's Signature** _____   Date 8/15/22

**Inmate Information**

By my signature, I certify that I have received a copy of this appeal.
Inmate Signature: _____   Date: 8/16/22

*Previous "Charges to Dismiss! Charges,* **Northern Neck Regional Jail**

## Disciplinary Hearing Appeal (Major)

| Personal Information | |
|---|---|
| Date: 8-3-22 | Housing: |
| Inmate Name: Quaglin, Chris | Building: _____ |
| | Pod: C |

### Hearing Officer Deliberations

| | | | Guilty | Not Guilty | Nolle Prosse | Dismiss |
|---|---|---|---|---|---|---|
| Chge1: | 205 | Desc _____ | [ ] | [ ] | [ ] | [ ] |
| Chge2: | 214 | Desc _____ | [ ] | [ ] | [ ] | [ ] |
| Chge3: | 232 | Desc _____ | [ ] | [ ] | [ ] | [ ] |
| Chge4: | | Desc _____ | [ ] | [ ] | [ ] | [ ] |
| Chge5: | | Desc _____ | [ ] | [ ] | [ ] | [ ] |
| Chge6: | | Desc _____ | [ ] | [ ] | [ ] | [ ] |

*(right margin, rotated): I told Hodges this and asked him to review the video and he flat out denied. Said he had*

### Penalty Information

The following penalty is hereby assessed upon finding of guilty

| | Segregation | No | No | Lose Good Time | Restitution | Time Over Head |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | | Days |
| Chge 2 | Days | Days | Days | Days | | Days |
| Chge 3 | Days | Days | Days | Days | | Days |
| Chge 4 | Days | Days | Days | Days | | Days |
| Chge 5 | Days | Days | Days | Days | | Days |
| Chge 6 | Days | Days | Days | Days | | Days |

### Basis of Appeal

1– The 2nd time "Court" was missed. Hodges said his brother brought me a postponement. He didn't. I NEVER didn't sign or refused to sign a piece of paper EVER. I was never asked to sign a 2nd postponement. Even if I did, thats not right. I was ready both times, Hodges missed court. The Charge should be Null Prosessed/Dismissed. He missed Court 2 times. 
2– If you look at the plea offer. I was NOT given 24 hours to decide the plea offer. The First plea offer was changed/altered by Hodges or NNRJ employee. The charges should be thrown out.
3– The internal NNRJ person giving the charge wrote "whole pod" for whitnesses. That was not acceptable to Hodges. I was moved to another pod before I aquired ALL the names. Based off of that please dismiss.

### Major's Appeal Response

Appeal Denied [✓]          Decision Overturned [ ]

| Reason For Decision | I see proper documentation for postponement and staff witnesses that you refused to sign the postponement. There is no order if an altered penalty offer– "7 days" is typed in on both. You had 24 hours to decide whether or not to take the plea offer. Witness |
|---|---|
| Major's Signature | Statements were given to named witnesses as appropriate. Ofc. behavior will be *cus Lewis* reviewed and addressed as appropriate. Date 8/8/22 |

### Inmate Information

By my signature, I certify that I have received a copy of this appeal.

You have a right to appeal this decision to the Superintendent, do you wish to appeal? Yes [✓]   No [ ]

Inmate Signature: _____   Date: 8/8/22

4–My safety was threatened by your officer. He cursed and threatened me. He excalated the situation. I might have walked to the door to talk through it. He opened it and then threatened me which was 100% unacceptable. Look at Request +

# Northern ‾eck Regional Jail

## Disciplinary Hearing Appeal (Major)

**Personal Information**

Date: _____          Housing:
                                            Building: _____
Inmate Name: _____          Pod: _____

**Hearing Officer Deliberations**

| | | | | | |
|---|---|---|---|---|---|
| Chge1:: _____ | Desc _____ | Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] |
| Chge2: _____ | Desc _____ | Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] |
| Chge3: _____ | Desc _____ | Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] |
| Chge4: _____ | Desc _____ | Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] |
| Chge5: _____ | Desc _____ | Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] |
| Chge6: _____ | Desc _____ | Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] |

**Penalty Information**     The following penalty is hereby assessed upon finding of guilty

| | Segregation | No _____ | No _____ | Lose Good Time | Restitution | Time Over Head |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | | Days |
| Chge 2 | Days | Days | Days | Days | | Days |
| Chge 3 | Days | Days | Days | Days | | Days |
| Chge 4 | Days | Days | Days | Days | | Days |
| Chge 5 | Days | Days | Days | Days | | Days |
| Chge 6 | Days | Days | Days | Days | | Days |

**Basis of Appeal**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Major's Appeal Response**        Appeal Denied  [ ]        Decision Overturned  [ ]

**Reason For Decision** _____
_____
_____
_____

**Major's Signature** _____        Date _____

**Inmate Information**     By my signature, I certify that I have received a copy of this appeal.

You have a right to appeal this decision to the Superintendent, do you wish to appeal?  Yes [ ]     No [ ]

Inmate Signature: _____        Date: _____

# Northern Neck Regional Jail

## Disciplinary Hearing (Major Offense)

### Personal Information

Inmate Name: Quaglia, Christopher        Building: C        Pod: C

### Hearing Information

Date: 08 / 02 / 2022        Time: 18 : 45        Tape #: 220802_001

### Charge Information

|  | | Plea |
|---|---|---|
| Charge Code1: 205   04 H 54 | Guilty [ ] | Not Guilty [ ✓] |
| Charge Code2: 214   54 04 | Guilty [ ] | Not Guilty [ ✓] |
| Charge Code3: 232 | Guilty [ ] | Not Guilty [ ✓] |
| Charge Code4: | Guilty [ ] | Not Guilty [ ] |
| Charge Code5: | Guilty [ ] | Not Guilty [ ] |
| Charge Code6: | Guilty [ ] | Not Guilty [ ] |

### Reason for absence of witnesses    Read during hearing

Charging Officer Present?    Yes [✓]    No [ ]        Charging Officer Initials [ BR ]

### Hearing Officer Deliberations

|  | | | | Reason |
|---|---|---|---|---|
| 1. Guilty [ ] | Not Guilty [✓] | Nolle Prosse [ ] | Dismiss [ ] | Preponderance of evidence |
| 2. Guilty [✓] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] | Preponderance of evidence |
| 3. Guilty [✓] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] | Preponderance of evidence |
| 4. Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] | |
| 5. Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] | |
| 6. Guilty [ ] | Not Guilty [ ] | Nolle Prosse [ ] | Dismiss [ ] | |

### Penalty Information        The following penalty is hereby assessed upon finding of guilty

|  | Segregation | No _____ | No Commissary | Lose Good Time | Restitution | Time Over Head |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | 10 Days | Days | | 15 Days |
| Chge 2 | Days | Days | Days | Days | | Days |
| Chge 3 | Days | Days | Days | Days | | Days |
| Chge 4 | Days | Days | Days | Days | | Days |
| Chge 5 | Days | Days | Days | Days | | Days |
| Chge 6 | Days | Days | Days | Days | | Days |

### Inmate Signature        Inmate desires to appeal Hearing Officer's decision:    Yes [✓]    No [ ]

This is to certify that I have been advised of my right to appeal the decision to the Major or the Superintendent.

Signature of Inmate        8-2-22   Date

Inmate Provided Copy of this hearing /Appeal Form    Yes [✓]    No [ ]    Date: 8 / 2 / 2022

### Hearing Officer Signature        Date: 8-2-22

### Administrative Review        Approve [ ]        Disapprove [ ]
Chief of Security Signature: _____        Date: _____

# Northern Neck Regional Jail
## Penalty Offer

**Personal Information**

Inmate Name: Quaglia, Christopher

Building: C
Pod: B
Cell:

**Charge Information**

Chge1: 205:    Desc delayed officer from duties
Chge2: 214:    Desc approached officer threatening manner.
Chge3: 232    Desc disrespectful behavior

**Request for Penalty Offer**

I wish to enter a Penalty offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administration and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate: _____ Date: 8-2-22

**Penalty Offer**    Based upon a review of the facts in this case, and your institutional record, I offer the following:

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| | Total | Total | Total | Total | Total $ | Total |

[X] Other 7 days overhead

[ ] A penalty Offer will not be made

Signature of Officer: OFC. HODGES    Date: 7/26/2022

**Conditions of Penalty Offer and Decision**

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinary Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer, and that acceptance of this offer constitutes a guilty plea to the offense specified.

[ ] I accept the Penalty Offer.    [X] I decline the Penalty Offer

Inmate Signature _____

Date 8-2-22    Witness Signature _____

| Name QUAGLIN, CHRISTOPHER | | Booking # 2102423 | Facility JAIL |
|---|---|---|---|
| Inmate # 00050929 | Sex Male | DOB ███ 1985 | Book Dt/Tm 12/21/2021 11:24 | Building B |
| Race White/Eurp/ N.Afr/Mid Eas | Age 36 | Release Dt/Tm | Pod MEDICAL |
| **Status** | In Jail | Classification MEDIUM | Cell MED-118 |

## Disciplinary Hearing Results

Hearing # 11088

Hearing Date/Time 08/02/2022 18:45:00          Next Classification Date/Time 08/09/2022 14:21:54

Inmate Present At Hearing ☑          If not, state reason 220802_001

Charging Officer Present at Hearing ☑          If not, state reason

| Offense Type | Offense Code | Description | Date/Time | Guilty Plea | Findings | Confinement Days | Restitution Amount | Comments |
|---|---|---|---|---|---|---|---|---|
| MAJOR | 205 | Delay, hinder, or interfere with employee in performance o | 07/21/2022 13:30 | 0 | Not Guilty | | | |
| MAJOR | 214 | Gather around or approach any person in a threatening or intimidating manne | 07/21/2022 13:30 | 0 | Guilty | | | 15 DAYS OH |
| MAJOR | 232 | Disrespectful behavior toward staff, volunteer or visitor | 07/21/2022 13:30 | 0 | Guilty | | | HEARING WAS POSTPONED TWICE |

**Inmate Witness**

| Inmate No | Inmate Witnesses | Reason Inmate Was Called |
|---|---|---|

**Employee Witness**

| Employee Witnesses | Reason Employee Was Called |
|---|---|

**Privileges Revoked**

| | Location | No Days |
|---|---|---|

| 0640 HODGES | 08/16/2022 16:39 | Page: 1 |
|---|---|---|

| Type | PrevRevokedDtTm | PrevRevokedDays | Credit Days |
|------|-----------------|------------------|-------------|
| Commissary | | 0 | |

Hearing Board Members
Board Member

_____     _____
            Inmate Signature              Date

_____     _____
            Officer Signature             Date

_____     _____
            Witness Signature             Date

# Northern Neck Regional Jail

### Witness Statement

Inmate Name Thomas, Darryl

You have been requested by inmate Quaglia, Christopher , as a
witness to the incident that occurred on 7-21-2022 , involving
Ofc. Kent

This is a voluntary statement as to what you have seen, heard, or was a party to.

If you choose to make this statement, include only the truth. If you are forced to perjure your

Make your statement below

I seen inmate Quaglia hit the window as C/O
Kent was passing B pod. C/O Kent came into the
Unit and asked inmate Quaglia to keep his hands
off of the windows and they got into each others
faces. I thought the altercation were the 2 parties
playing so I walked away from the situation. I
believed it to be a joking situation because C/O Kent
was saying he'd harm the inmate & both didn't
look to serious about the situation

I attest that this statement is true and correct to the best of my knowledge.

_____  8/2/22
Inmate Signature                Date

RETURN THIS FORM TO SGT. ENGLISH  LHS

M- Pod

## Northern Neck Regional Jail

### Witness Statement

Inmate Name SILVER SPENCE

You have been requested by inmate _____ QUAGLIA CHRISTOPHER _____, as a
witness to the incident that occurred on _7/21/2022_____, involving
_____ OFC KENT _____

This is a voluntary statement as to what you have seen, heard, or was a party to.

If you choose to make this statement, include only the truth.  if you are found to perjure your-
self in this statement, punitive action will be taken.

Make your statement below

Quaglin and officer Kent got into
a orguement they both met at the door at
the same time both started yelling, it
started when Quaglin knocked on the window to
get C/O attention then at the door C/O
yelled don't knock on my window, C/O yelled
get out my face Quaglin said I'm not in your
face you open the door and approached me then
said C/O is hostile and to calm down C/O
cussed at Quaglin and it went from
there, I believe the situation could have been handled
more professional on all parties involved!!

I attest that this statement is true and correct to the best of my knowledge.

X Spence Silver _____ X 8/1/22
   Inmate Signature                    Date

# Northern Neck Regional Jail

## Disciplinary Hearing Postponement

**Inmate Name**

Quaglin, Christopher

**Advisement**

You are hereby advised that your Disciplinary Hearing scheduled for

July     28     2022     has been postponed
Month     Day     Year

until August     2     2022     due to

Ofc. availability

Refused to sign

Inmate's Signature

**Witness**

Signature of 1st witness

Signature of 2nd witness (if required)

# Northern Neck Regional Jail

## Disciplinary Hearing Postponement

**Inmate Name**

QUAGLIN, CHRISTOPHER

**Advisement**

You are hereby advised that your Disciplinary Hearing scheduled for

_____ JULY _____   ___ 27 ___   ___ 2022 ___ has been postponed
    Month        Day       Year

until ___ JULY ___   ___ 28 ___   ___ 2022 ___ due to

INMATE REQUESTS MORE TIME TO CONSIDER THE PENALTY OFFER

X _____
               Inmate's Signature

**Witness**

X _____
               Signature of 1st witness

_____
          Signature of 2nd witness (if required)

# Northern Neck Regional Jail
## Penalty Offer

### Personal Information

Inmate Name: Quaglin, Christopher

Building: _C_
Pod: _B_
Cell: ____

### Charge Information

| | | |
|---|---|---|
| Chge1: 205: | Desc | delayed officer from duties |
| Chge2: 214: | Desc | approached officer threatening manner. |
| Chge3: 232 | Desc | disrespectful behavior |

### Request for Penalty Offer

I wish to enter a Penalty Offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administration and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate: _____  Date: 8:08pm 7/26/22

### Penalty Offer

Based upon a review of the facts in this case, and your institutional record, I offer the following:

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| | Total | Total | Total | Total | Total $ | Total |

[X] Other _7 days overhead_

[ ] A penalty Offer will not be made

Signature of Officer: OFC. HODGES    Date: 7/26/2022

### Conditions of Penalty Offer and Decision

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinatry Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer and that acceptance of this offer constitutes a guilty plea to the offense specified.

[ ] I accept the Penalty Offer.     [ ] I decline the Penalty Offer

Date 8:08pm 7/26/22

Inmate Signature _____

Witness Signature _____

# Northern Neck Regional Jail

## Penalty Offer

| Personal Information | |
|---|---|
| Inmate Name: Quaglia, Christopher | Building: C<br>Pod: B<br>Cell: |

| Charge Information | | |
|---|---|---|
| | Chge1: 205 | Desc delayed officer from duties |
| | Chge2: 214 | Desc approached officer threatening manner. |
| | Chge3: 232 | Desc disrespectful behavior |

### Request for Penalty Offer

I wish to enter a Penalty offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administration and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate: _____  Date: _____

| Penalty Offer | Based upon a review of the facts in this case, and your institutional record, I offer the following: | | | | | |
|---|---|---|---|---|---|---|
| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
| Chge 1 | Days | Days | Days | Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| | Total | Total | Total | Total | Total $ | Total |

[✗] Other 7 days overhead _____

[ ] A penalty Offer will not be made

Signature of Officer: OFC. HODGES          Date: 7/26/2022

### Conditions of Penalty Offer and Decision

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinary Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer, and that acceptance of this offer constitutes a guilty plea to the offense specified.

[ ] I accept the Penalty Offer.          [ ] I decline the Penalty Offer

Inmate Signature _____

Date _____          Witness Signature _____

## Northern Neck Regional Jail
### Disciplinary Offense Report

| | | | |
|---|---|---|---|
| Disciplinary # | 00011008 | | |
| Inmate Number | 00050929 | | |
| Inmate Name | QUAGLIN, CHRISTOPHER | Employee Name | KENT |
| Cell Assignment | B-209 | | |

**Offense Details**

| | | |
|---|---|---|
| Offense Date Time | 07/21/2022 13:30 | **Offenses** |
| Location Type | **Pod** | |
| Location Description | B-POD | |
| Offense Details | | |

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 214 | Gather around or approach any person in a threatening or intimidating manne |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

205: Inmate delayed me from my duties.
214: Inmate approached the reporting officer in a threatening manner.
232: Inmate got in my face and began to scream.

### Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | Evidence Disposition |
| PreHearing Dt/Tm | |
| | Hearing Date set for:    07/27/2022 00:00 |
| Detention Authorized ☐ | |

_N_  I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_N_  I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

### Witnesses

| Inmate # | Name |
|---|---|
| | *b-Ped* |

_N_ ___ I request staff or inmate assistance. (Mark Yes or No)

_N_ ___ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

_Y_ ___ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____     Date of Service ___7-22-22___

___ ___ ___ Inmate refuses to sign "preliminary hearing notification

1st. Witness : _____

2nd. Witness: _____

Reporting Officer Signature___ Ofc. Kent _____     Date of Report _07/21/22_

Serving Officer Signature_____     Date of Service _07-22-22_

Shift Supervisor Signature___ Sgt. Dewey _____     Date of Review _7/21/22_

Northern Neck Regional Jail
Disciplinary Offense Report

Disciplinary #        00011008

Inmate Number        00050929

Inmate Name          QUAGLIN, CHRISTOPHER          Employee Name    KENT

Cell Assignment      B-209

**Offense Details**

Offense Date Time    07/21/2022 13:30

Location Type        **Pod**

Location Description  B-POD

Offense Details

| | | **Offenses** |
| Offense Type | Offense Code | Description |
| --- | --- | --- |
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 214 | Gather around or approach any person in a threatening or intimidating manne |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

205: Inmate delayed me from my duties.
214: Inmate approached the reporting officer in a threatening manner.
232: Inmate got in my face and began to scream.

Pre-Hearing Disposition

PreHearing Action                          Evidence Disposition

PreHearing Dt/Tm                           Hearing Date set for:    07/27/2022 00:00

Detention Authorized ☐

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
| --- | --- |

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature _____          Date of Service _____

_____        _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____


Reporting Officer Signature_____          Date of Report_____

Serving Officer Signature_____          Date of Service_____

Shift Supervisor Signature _____          Date of Review_____

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00032436 | | Reporting Officer | KENT, BRANDON |
| Case Nbr | 40721202214 | | Location Type | Pod |
| Incident DateTime | 07/21/2022 13:30 | | Location | B-POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | | |

Billing Agency  U.S. Marshal - DC District

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time, I was the C-Building Float Officer. I was conducting my twice hourly scans when Inmate Quaglin punched a window in B-Pod. I then stepped into B-Pod to advise him to not punch any windows. He then got in my face and began to scream at me. I responded by stepping out of the pod to avoid further conflict. Charges to follow. End of report.

Reporting Officer: _____     Shift Supervisor: _____

1st Lieutenant: _____     Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032428 | Reporting Officer | TAYLOR, TYLER |
| Case Nbr | 4072120228 | Location Type | Pod |
| Incident DateTime | 07/21/2022 09:00 | Location | B-POD |
| Incident Type | GENERAL INCIDENT | | |
| | | Billing Agency | |

Medical Att. Required  ☐

### Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

### Employees Involved

| Name |
|---|

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time, I was C-Building Control Room Officer. I received a phone call from Main Control stating Inmate Quaglin was approved for haircut. At approximately 0909 Inmate Quaglin was escorted to attorney booth to complete approved haircut. End of report.

Reporting Officer: _____

Shift Supervisor: _____

1st Lieutenant: _____

Chief of Security: _____

Major's Review: _____

_____

Superintendent (if use of force)

| | | | | | |
|---|---|---|---|---|---|
| Name QUAGLIN, CHRISTOPHER | | | Booking # 2102423 | | Facility JAIL |
| Inmate # 00050929 | Sex Male | DOB ███ 1985 | Book Dt/Tm 12/21/2021 11:24 | | Building C |
| Race White/Eurp/ N.Afr/Mid Eas | Age 36 | | Release Dt/Tm | | Pod B |
| Status | In Jail | | Classification MEDIUM | | Cell B-209 |

# Disciplinary Hearing Results

Hearing # 11045

Hearing Date/Time 07/21/2022 00:00:00    Next Classification Date/Time 08/09/2022 14:21:54

Inmate Present At Hearing ☐    If not, state reason HEARING DID NOT TAKE PLACE

Charging Officer Present at Hearing ☐    If not, state reason

| Offense Type | Offense Code | Description | Date/Time | Guilty Plea | Findings | Confinement Days | Res titu tion / A c c un t |
|---|---|---|---|---|---|---|---|
| MAJOR | 232 | Disrespectful behavior toward staff, volunteer or visitor | 07/14/2022 17:15 | 0 | Null Prossed | | |
| MAJOR | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) | 07/14/2022 17:15 | 0 | Null Prossed | | |

**Inmate Witness**

| Inmate No | Inmate Witnesses | Reason Inmate Was Called |
|---|---|---|

**Employee Witness**

| Employee Witnesses | Reason Employee Was Called |
|---|---|

Privileges Revoked

| Type | PrevRevokedDtTm | PrevRevokedDays | Location | No Days |
|------|-----------------|-----------------|----------|---------|
|      |                 |                 | Credit Days |      |

Hearing Board Members

Board Member

_____   _____
Inmate Signature                                    Date

_____   _____
Officer Signature                                   Date

_____   _____
Witness Signature                                   Date

### Northern Neck Regional Jail
### Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00010966 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | B-209 |

Employee Name   KENT

**Offense Details**

| | |
|---|---|
| Offense Date Time | 07/14/2022 23:55 |
| Location Type | **Pod** |
| Location Description | B-POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |
| Minor | 305 | Making excessive noise or yelling |

205: Inmate Quaglin delayed me from my duties.
222: Inmate Quaglin used vulgar language towards the reporting officer.
232: Inmate Quaglin used vulgar language, as well as, yelling in my face.
305: Inmate Quaglin was yelling at the reporting officer.

### Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Detention Authorized ☐ | |

Evidence Disposition

Hearing Date set for:      07/19/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

Inmate #         Name

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature    _____        Date of Service _____

_____       _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature_____        Date of Report_____

Serving Officer Signature_____        Date of Service_____

Shift Supervisor Signature  _____        Date of Review_____

Northern Neck Regional Jail

Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00010966 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | B-209 |

Employee Name   KENT

**Offense Details**

| | |
|---|---|
| Offense Date Time | 07/14/2022 23:55 |
| Location Type | **Pod** |
| Location Description | B-POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |
| Minor | 305 | Making excessive noise or yelling |

205: Inmate Quaglin delayed me from my duties.
222: Inmate Quaglin used vulgar language towards the reporting officer.
232: Inmate Quaglin used vulgar language, as well as, yelling in my face.
305: Inmate Quaglin was yelling at the reporting officer.

**Pre-Hearing Disposition**

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Detention Authorized ☐ | |

Evidence Disposition

Hearing Date set for:   07/19/2022 00:00

_NO_   I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_NO_   I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

Inmate #          Name

**no** ___ I request staff or inmate assistance. (Mark Yes or No)

**no** ___ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

**yes** ___ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____          Date of Service _7/15/22_

_____ Inmate refuses to sign "preliminary hearing notification

1st. Witness :_____

2nd. Witness: _____

Reporting Officer Signature _____          Date of Report _07/14/22_

Serving Officer Signature _____          Date of Service _7/15/22_

Shift Supervisor Signature _____          Date of Review _7/15/2_

Northern Neck Regional Jail
## Disciplinary Offense Report

Disciplinary #         00010966
Inmate Number    00050929
Inmate Name       QUAGLIN, CHRISTOPHER        Employee Name    KENT
Cell Assignment    B-209

### Offense Details

Offense Date Time    07/14/2022 23:55

Location Type        **Pod**

Location Description    B-POD

Offense Details

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 205 | Delay, hinder, or interfere with employee in performance of duty |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |
| Minor | 305 | Making excessive noise or yelling |

205: Inmate Quaglin delayed me from my duties.
222: Inmate Quaglin used vulgar language towards the reporting officer.
232: Inmate Quaglin used vulgar language, as well as, yelling in my face.
305: Inmate Quaglin was yelling at the reporting officer.

### Pre-Hearing Disposition

PreHearing Action                     Evidence Disposition

PreHearing Dt/Tm
                                            Hearing Date set for:      07/19/2022 00:00
Detention Authorized   ☐

_NO_  I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_NO_  I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

Inmate #          Name

_NO_ I request staff or inmate assistance. (Mark Yes or No)

_NO_ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

_Yes_ I am requesting a penalty offer. (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____          Date of Service _7/15/22_

_____ Inmate refuses to sign "preliminary hearing notification

1st. Witness : _____

2nd. Witness: _____

Reporting Officer Signature _Ofc. _____          Date of Report _07/14/22_

Serving Officer Signature _____          Date of Service _7/15/22_

Shift Supervisor Signature _____          Date of Review _7/15/2_

# Northern Neck Regional Jail
## Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00010965 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | B-209 |

Employee Name   LUNA

### Offense Details

| | |
|---|---|
| Offense Date Time | 07/14/2022 17:15 |
| Location Type | **Pod** |
| Location Description | B-POD |
| Offense Details | |

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |

232- Disrespectful behavior toward staff
222- Vulgar language

## Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Detention Authorized ☐ | |

Evidence Disposition

Hearing Date set for:   07/19/2022 00:00

_NO_ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_NO_ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name   All B-Pod inmates |
|---|---|

_NO_ I request staff or inmate assistance. (Mark Yes or No)

_NO_ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

_Yes_ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____    Date of Service _7/14/22_

_____    _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness : _____

2nd. Witness: _____

Reporting Officer Signature_____    Date of Report____ _7/14/22_

Serving Officer Signature_____    Date of Service _07/14/22_

Shift Supervisor Signature _____    Date of Review____ _7/14/22_

## Northern Neck Regional Jail
## Disciplinary Offense Report

Disciplinary #    00011196

Inmate Number    00050929

Inmate Name    QUAGLIN, CHRISTOPHER

Cell Assignment    MED-118

                              Employee Name    LUNA

Offense Date Time    07/14/2022 17:15

Location Type    **Pod**

Location Description    B-POD

Offense Details

**Offense Details**

### Offenses

| Offense Type | Offense Code | Description |
| --- | --- | --- |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |

### Pre-Hearing Disposition

PreHearing Action                        Evidence Disposition

PreHearing Dt/Tm

                                      Hearing Date set for:    08/09/2022 00:00

Detention Authorized  ☐

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

### Witnesses

| Inmate # | Name |
| --- | --- |
|  |  |

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature   _____     Date of Service _____

_____   _____ Inmate refuses to sign "preliminary hearing notification


1st. Witness :_____

2nd. Witness: _____


Reporting Officer Signature_____     Date of Report_____

Serving Officer Signature_____     Date of Service_____

Shift Supervisor Signature _____     Date of Review_____          _____

| | | | |
|---|---|---|---|
| Incident Report # | 00032376 | Reporting Officer | KENT, BRANDON |
| Case Nbr | 2071420222 | Location Type | Pod |
| Incident DateTime | 07/14/2022 23:55 | Location | B-POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time, I was the C-Building Float Officer. While serving charges to Inmate Quaglin, he tried to grab the papers from my hands but was unable to successfully do so. Inmate Quaglin then became irate and began to yell and use vulgar language towards me. Charges to follow. End of report.

Reporting Officer: _____     Shift Supervisor: _____

1st Lieutenant: _____     Chief of Security: _____

Major's Review: _____

_____
       Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032372 | Reporting Officer | LUNA, SIGIFREDO A |
| Case Nbr | 10714202202 | Location Type | Pod |
| Incident DateTime | 07/14/2022 17:15 | Location | B-POD |
| Incident Type | DISTRUPTIVE BEHAVIOR | | |

Billing Agency

Medical Att. Required  ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

---

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

---

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

---

Narrative

On the above date and approximate time I was Classification Officer. As I was conducting a walk through in B-Pod day room when Inmate Quaglin walked up to me and started asking me why he had not been moved to the "honor pod". Inmate Quaglin stated, " I have gone 21 day with no incidents". I attempted to explain to Inmate Quaglin how our Incentive program worked multiple times. Inmate Quaglin did not like my response, became agitated and walked away from me saying, " I cant wait for my lawyer to call u up on the stand, you fucking bitch." . Charges to follow. End or report.

Reporting Officer: _____        Shift Supervisor: _____

1st Lieutenant:_____        Chief of Security: _____

Major's Review: _____

_____

Superintendent (if use of force)

| | | | |
|---|---|---|---|
| Incident Report # | 00032250 | Reporting Officer | CARTER, TYEISA |
| Case Nbr | 3070320226 | Location Type | Pod |
| Incident DateTime | 07/03/2022 12:40 | Location | D POD |
| Incident Type | GENERAL INCIDENT | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time while serving D POD lunch trays,  Inmate Quaglin refused his lunch tray. END OF REPORT.

Reporting Officer: _____     Shift Supervisor: _____

1st Lieutenant: _____     Chief of Security: _____

Major's Review: _____

_____
Superintendent (if use of force)

| Name | QUAGLIN, CHRISTOPHER | | | Booking # | 2102423 | | Facility | JAIL |
|------|------|------|------|------|------|------|------|------|
| Inmate # | 00050929 | Sex | Male | DOB | ███ 1985 | Book Dt/Tm | 12/21/2021 11:24 | Building | C |
| Race | White/Eurp/ N.Afr/Mid Eas | Age | 36 | Release Dt/Tm | | | Pod | D |
| **Status** | | In Jail | | Classification | MEDIUM | | Cell | D-119 |

## Disciplinary Hearing Results

Hearing # 10949

Hearing Date/Time  07/07/2022 10:09:00          Next Classification Date/Time  08/09/2022 14:21:54

Inmate Present At Hearing ☐   If not, state reason ACCEPTED PO

Charging Officer Present at Hearing ☐   If not, state reason

| Offense Type | Offense Code | Description | Date/Time | Guilty Plea | Findings | Confinement Days | Restitution Amount | Comments |
|------|------|------|------|------|------|------|------|------|
| MAJOR | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) | 06/21/2022 14:00 | 1 | Guilty | | | WARNING |
| MAJOR | 232 | Disrespectful behavior toward staff, volunteer or visitor | 06/21/2022 14:00 | 1 | Guilty | | | |

**Inmate Witness**

| Inmate No | Inmate Witnesses | Reason Inmate Was Called |
|------|------|------|

**Employee Witness**

| Employee Witnesses | Reason Employee Was Called |
|------|------|

**Privileges Revoked**

| Type | PrevRevokedDtTm | PrevRevokedDays | Location | No Days |
|------|------|------|------|------|
| | | | Credit Days | |

**Hearing Board Members**

| Board Member |
|------|

_____   _____
Inmate Signature                              Date


_____   _____
Officer Signature                             Date


_____   _____
Witness Signature                             Date

# Northern Neck Regional Jail

## Penalty Offer

### Personal Information

Inmate Name: _Quaglin, Christopher_

Building: _C_
Pod: _D_
Cell:

### Charge Information

Chge1: _227_   Desc _Use of Vulgar Language_
Chge2: _232_   Desc _Disrespectful Behavior_
Chge3: _____   Desc

### Request for Penalty Offer

I wish to enter a Penalty Offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administrati0on and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate: _____   Date: _7/1/22_

### Penalty Offer

Based upon a review of the facts in this case, and your institutional record, I offer the following:

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| | Total | Total | Total | Total | Total $ | Total |

[✓] Other _Written Warning_

[ ] A penalty Offer will not be made

Signature of Officer: _____   Date: _7-1-22_

### Conditions of Penalty Offer and Decision

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinary Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer, and that acceptance of this offer constitutes a guilty plea to the offense specified.

[✓] accept the Penalty Offer.          [ ] I decline the Penalty Offer

Inmate Signature _____

Date _7/1/22_

Witness Signature _____

# Northern Neck Regional Jail

## Penalty Offer

### Personal Information

Inmate Name: _Quaglin, Christopher_

Building: _C_
Pod: _D_
Cell: ___

### Charge Information

Chge1: _227_     Desc _Use of Vulgar language_
Chge2: _232_     Desc _Disrespectful Behavior_
Chge3: ___       Desc ___

### Request for Penalty Offer

I wish to enter a Penalty Offer for the above listed offense(s). I understand that by making this request I am not admitting guilt and I am not waiving my right to a Disciplinary Hearing or any other rights afforded by NNRJ Policy J-04, unless I choose to accept an offer if a penalty made by the institutional administration. I understand that the offer of a penalty by the administrati0on and my acceptance of any such offer are voluntary and that the institutional administration may decline to make a penalty offer. I may decline any offer proposed by the administration in which case I will retain my right to a full Disciplinary Hearing

I understand that I may have 24 hours from the time this charge was served on me to make this request for a penalty offer. (This time limit may be extended by the administration.)

Signature of inmate: _____  Date: _____

### Penalty Offer

Based upon a review of the facts in this case, and your institutional record, I offer the following:

| | Segregation | No Visits | No Recreation | No Commissary | Lose Good Time | Restitution |
|---|---|---|---|---|---|---|
| Chge 1 | Days | Days | Days | Days | Days | |
| Chge 2 | Days | Days | Days | Days | Days | |
| Chge 3 | Days | Days | Days | Days | Days | |
| | Total | Total | Total | Total | Total $ | Total |

[✓] Other _Written Warning_
[ ] A penalty Offer will not be made

Signature of Officer: _Hoffer_     Date: _7-1-22_

### Conditions of Penalty Offer and Decision

By signing below, I indicate that I have been advised of my rights to enter into or refuse this penalty offer and I understand that:

1. If I accept the penalty offer indicated:
   - I will waive my right to a Disciplinary Hearing, including any right I may have to present witnesses or other evidence on my behalf, as well as any right I may have to ask questions of anyone who may have given a statement against me, and;
   - I will plead guilty to the offense specified in the offer and accept the penalty indicated and;
   - Any appeal of this offense is limited to a determination of whether there was a guilty plea, whether there was acceptance of a penalty offer and wheter there was any serious procedural error. No other reason for an appeal will be considered.
2. If I refuse the penalty offer indicated:
   - This offense will be referred to a Disciplinary Hearing; I will have the right to enter a not guilty plea at the hearing and this penalty offer will in no way influence the outcome of the hearing or the severity of any penalty imposed as a result of the hearing.
3. I understand that I have 24 hours from time of this offer to respond; failure to do so will result in the termination of this offer.
4. I understand that I have the right to appeal this penalty offer, should I accept, to the Major and the Superintendent.

By my signature below, I certify that I have been informed of the administrations decision, my rights pertaining to this penalty offer, and that acceptance of this offer constitutes a guilty plea to the offense specified.

[ ] I accept the Penalty Offer.          [ ] I decline the Penalty Offer

Inmate Signature _____

Date _____          Witness Signature _____

Northern Neck Regional Jail
Disciplinary Offense Report

Disciplinary #    00010869
Inmate Number    00050929
Inmate Name    QUAGLIN, CHRISTOPHER                     Employee Name    KNOWLES
Cell Assignment    D-119

Offense Date Time    06/21/2022 14:00

Location Type    **Other**

Location Description    GREEN MILE HALLWAY

Offense Details

### Offense Details

**Offenses**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

Inmate was being disrespectful towards me.

### Pre-Hearing Disposition

PreHearing Action                          Evidence Disposition

PreHearing Dt/Tm
                                           Hearing Date set for:    07/05/2022 00:00

Detention Authorized  ☐

___*No*___ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

___*Yes*___ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

0667 GARCIA                          06/24/2022 13:21                          Page:  1

*N/O* I request staff or inmate assistance. (Mark Yes or No)

*NO* I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

*Yes* I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____     Date of Service ____ 6-24-22 ____

_____   _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness : _____

2nd. Witness: _____

Reporting Officer Signature _____     Date of Report _____

Serving Officer Signature _____     Date of Service 06/24/22

Shift Supervisor Signature _____     Date of Review _____

## Northern Neck Regional Jail
## Disciplinary Offense Report

Disciplinary #   00010869

Inmate Number   00050929

Inmate Name   QUAGLIN, CHRISTOPHER                    Employee Name   KNOWLES

Cell Assignment   D-119

**Offense Details**

Offense Date Time   06/21/2022 14:00

Location Type   **Other**

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

Location Description   GREEN MILE HALLWAY

Offense Details

Inmate was being disrespectful towards me.

### Pre-Hearing Disposition

PreHearing Action                                     Evidence Disposition

PreHearing Dt/Tm

Hearing Date set for:   07/05/2022 00:00

Detention Authorized  ☐

_NO_ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_Yes_ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

### Witnesses

Inmate #        Name

_NO_ I request staff or inmate assistance. (Mark Yes or No)

_NO_ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Y

_Yes_ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)

Inmate Signature _____          Date of Service _6-24-22_

_____ _____ Inmate refuses to sign "preliminary hearing notification

1st. Witness : _____

2nd. Witness: _____

Reporting Officer Signature _Knowll_          Date of Report _6/24/22_

Serving Officer Signature _Ofc. K t_          Date of Service _06/24/22_

Shift Supervisor Signature _I.T. Tough_          Date of Review _6/24/22_

## Northern Neck Regional Jail
### Disciplinary Offense Report

| | |
|---|---|
| Disciplinary # | 00010869 |
| Inmate Number | 00050929 |
| Inmate Name | QUAGLIN, CHRISTOPHER |
| Cell Assignment | D-119 |

Employee Name    KNOWLES

**Offense Details**

| | |
|---|---|
| Offense Date Time | 06/21/2022 14:00 |
| Location Type | **Other** |
| Location Description | GREEN MILE HALLWAY |
| Offense Details | |

### Offenses

| Offense Type | Offense Code | Description |
|---|---|---|
| Major | 222 | Use hand gestures, abusive, vulgar or insolent language (written or verbal) |
| Major | 232 | Disrespectful behavior toward staff, volunteer or visi |

Inmate was being disrespectful towards me.

### Pre-Hearing Disposition

| | |
|---|---|
| PreHearing Action | |
| PreHearing Dt/Tm | |
| Detention Authorized ☐ | |

Evidence Disposition

Hearing Date set for:    07/05/2022 00:00

_____ I waive my right to appear at the Adjustment Hearing to present my case. (Mark Yes or No)

_____ I waive my right to call witnesses. (Mark Yes or No)

List Witnesses (if any requested)

**Witnesses**

| Inmate # | Name |
|---|---|

_____ I request staff or inmate assistance. (Mark Yes or No)

_____ I waive my right to 24 hour advance notice of my hearing date and I understand that my hearing might be set ASAP. (Mark Yes

_____ I am requesting a penalty offer.  (inmate has 24 hours from receipt of this notice to request penalty offer) (Mark Yes or No)


Inmate Signature   _____        Date of Service _____

_____        _____ Inmate refuses to sign "preliminary hearing notification


1st. Witness ;_____

2nd. Witness: _____


Reporting Officer Signature_____        Date of Report_____

Serving Officer Signature_____        Date of Service_____

Shift Supervisor Signature   _____        Date of Review_____

| | | | | |
|---|---|---|---|---|
| Incident Report # | 00032079 | | Reporting Officer | KNOWLES, JERRY |
| Case Nbr | 1062120225 | | Location Type | Other |
| Incident DateTime | 06/21/2022 14:00 | | Location | GREEN MILE HALLWAY |
| Incident Type | DISTRUPTIVE BEHAVIOR | | | |

Billing Agency

Medical Att. Required ☐

## Inmates Involved

| Inmate # | Name |
|---|---|
| 00050929 | QUAGLIN, CHRISTOPHER |

## Employees Involved

Name

☐ Use of Force Required

### Type of Force

| Name | Force | Note |
|---|---|---|

☐ Use of Restraints Required

### Type of Restraints

| Name | Restraint | Note |
|---|---|---|

Narrative

On the above date and approximate time, I was the A Float Officer. While standing on the Green Mile Hallway the above named inmate began using disrespectful language towards me and the facility. He stated," All of you are like monkeys trying to fuck a football." The above named inmate will be removed from M-Pod and placed into D217. Charges to follow. End of report.

Reporting Officer: _____

1st Lieutenant: _____

Major's Review: _____

Shift Supervisor: _____

Chief of Security: _____

Superintendent (if use of force) _____