UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER JOSEPH QUAGLIN,

Plaintiff,

v.

MERRICK B. GARLAND, *in his official capacity as United States Attorney General*, et al.

Defendants.

Case No. 1:22-cv-01154 (TNM)

## ORDER

Upon consideration of the parties' cross-motions for summary judgment, Plaintiff's Emergency Motion for a Preliminary Injunction, Defendant's Opposition, the relevant law, and the entire record, for the reasons stated on the record during the September 29, 2022, Motions Hearing, it is hereby

**ORDERED** that Defendant's [17] Motion for Summary Judgment is GRANTED and that Plaintiff's [29] Cross-Motion for Summary Judgment is DENIED. It is also

**ORDERED** that Plaintiff's [26] Emergency Motion for a Preliminary Injunction is DENIED.

**SO ORDERED**.

The Clerk of Court shall close this case. This is a final, appealable Order.

Dated: September 29, 2022

TREVOR N. McFADDEN, U.S.D.J.