UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUAGLIN,<br>    *Petitioner,*<br><br>    v.<br><br>GARLAND, et al.<br>    *Respondents.* | Case No. 22-cv-1154 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as co-counsel for Petitioner CHRISTOPHER QUAGLIN.

Dated: October 4, 2022

Respectfully Submitted,

/s/Jonathan Gross
Bar ID: MD0162
2833 Smith Ave. Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/Jonathan Gross