UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| QUAGLIN,<br>   *Petitioner*<br><br>v.<br><br>GARLAND, et al<br>   *Respondent.* | Case No. 22-cv-1154 |

## DECLARATION OF CHRISTOPHER QUAGLIN

I, CHRISTOPHER QUAGLIN, hereby declares as follows

1. I am a pretrial detainee being held at Northern Neck Regional Jail.

2. When I arrived here on December 21, 2022, I weighed 210 pounds.

3. At the day of the hearing on September 29, 2022, I weighed 165 pounds.

4. As of October 21, 2022, I weigh 162 pounds.

5. Since December 21, 2022, I have submitted many grievances.

6. I have several hundred pages of documents that document my conditions of confinement.

7. On October 3, 2022, I was seen by Doctor James Dudley at NNRJ.

8. I told Doctor Dudley that I believe the food provided by the Jail was gluten contaminated and that I could not eat it.  I told him that I was subsisting on nothing but 3 Ensure drinks and 4 protein bars which I purchase at the commissary per day.

9. I also told him that every time I try to eat the trays of food provided by the Jail I get sick.

10. I saw Doctor Dudley's notes.

11. Doctor Dudley's assessment was "weight loss" and "celiac disease/gluten intolerance."

12. Doctor Dudley recommended that the Jail add an additional Ensure drink in the evening and "if possible, increase commissary allowance."

13. My commissary allowance is limited to $120 per week. I spend $110 - $115 of my allowance on protein bars, and the rest on toiletries and coffee. The Jail commissary just increased all prices by 10%.

14. Since the meeting, the Jail has added one Ensure drink, but the Jail has not increased my commissary allowance.

15. On October 17, 2022, I saw Doctor Dudley again.

16. I asked Doctor Dudley if he could transfer me to another facility.

17. Doctor Dudley said that only the U.S. Marshals have that authority.

18. I asked Doctor Dudley as a physician if it is his opinion that I should be transferred to another facility.

19. Doctor Dudley said, yes. In his opinion as a physician I should be transferred to another facility.

20. I asked Doctor Dudley if he would write a note to the U.S. Marshals recommending that I be transferred to another facility.

21. Dr. Dudley said he would.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 23, 2022

/s/ Christopher Quaglin

Christopher Quaglin