

Jonathan Gross <jonathansgross@gmail.com>

## Technology Approval Form
1 message

**Taylor, Karli** <ktaylor@nnrj.state.va.us>  Thu, Oct 20, 2022 at 3:05 PM
To: "jon@clevengerfirm.com" <jon@clevengerfirm.com>
Cc: "Barnes, James" <jbarnes@nnrj.state.va.us>

Good Afternoon,

Please see attached technology approval form. You will need to fill this out and send back before your scheduled appointment date.

Respectfully,

Karli Taylor
**Northern Neck Regional Jail**
Family Liaison/Video Arraignment/Programs Support
ktaylor@nnrj.state.va.us
Phone: (804)-333-6419


**Technology form (1).pdf**
87K

# Northern Neck Regional Jail

## Attorney Technology Registration

### Attorney Information

| Field | |
|---|---|
| Attorney Name | |
| Attorney Bar # | (Please attach a copy of a Valid Bar Card) |
| Firm | |
| Firm's Address | |

### Attorney Requested Technology

[ ] Lap Top           [ ] I Pad            [ ] Non I Pad Tablet
[ ] Translating Device   [ ] Other: _____

The Attorney Technology Registry is a free service that the Jail offers as a privilege and professional courtesy to attorneys that visit NNRJ. Registry privileges may be revoked subsequent to NNRJ rule infractions.

By signing this agreement, the Attorney acknowledges and accepts that accessing the Internet, making phone calls, watching un-authorized video, taking photos of any inmate while in the Security envelope of the Jail or allowing the inmate to operate the authorized device is committing a major institutional rules violation which will result in the inmate being institutionally charged/punished and the access rights of the attorney suspended or revoked.

The Jail is the final arbitrator of all issues, permissions and allowances associated with access of visitors and technologies allowed into the Jail.

### Attorney Signature

By my signature I acknowledge and accept the terms and conditions outlined above:

_____     _____
Attorney Signature                              Date

### Administrative Review

_____     _____
Jail Representative                              Date