UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTOPHER JOSEPH QUAGLIN**,<br><br>Plaintiff,<br><br>v.<br><br>**MERRICK B. GARLAND**, *in his official capacity as United States Attorney General*, *et al.*<br><br>Defendants. | Case No. 1:22-cv-01154 (TNM) |

## ORDER

Before the Court is Plaintiff Christopher Quaglin's Motion to Alter Judgment. *See* ECF No. 36. Quaglin asks this Court to reconsider its prior ruling granting summary judgment in favor of the warden at Northern Neck Regional Jail (NNRJ). *See id.* But Quaglin has since been transferred to another jail, Rappahannock Regional Jail. *See United States v. McCaughey*, 21-cr-40, ECF No. 501. Because this case revolves around Quaglin's conditions of confinement at NNRJ and the remaining Defendant is NNRJ's warden, the case is now moot in light of his transfer. It is therefore

**ORDERED** that Defendant's [36] Motion to Alter Judgment is DENIED as moot.

**SO ORDERED**.

The Clerk of Court shall close this case.

Dated: December 27, 2022

TREVOR N. McFADDEN, U.S.D.J.